Chad S. Campbell, Bar No. 012080
CSCampbell@perkinscoie.com
Aaron Matz, Bar No. 024108
AMatz@perkinscoie.com
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000

Holly L. Gibeaut, Bar No. 019786
hgibeaut@taser.com
TASER International, Inc.
17800 North 85th Street
Scottsdale, AZ  85255-9603
Telephone:  480.502.6265
Facsimile:  480.991.0791

Attorneys for Plaintiff
TASER International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TASER International, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Stinger Systems, Inc.,<br><br>　　　　　Defendant. | No. CV07-0042-PHX-MHM<br><br>**DECLARATION (I) OF COUNSEL IN SUPPORT OF TASER'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF LITERAL INFRINGEMENT**<br><br>**(Non-Confidential Exhibits)** |

Aaron Matz declares as follows:

I am an attorney with the law firm of Perkins Coie Brown & Bain P.A., counsel for TASER International, Inc. ("TASER") in this matter.  I make this Declaration in support of TASER's Motion for Partial Summary Judgment of Literal Infringement.  Except where indicated, I have personal knowledge of the facts set forth herein.

1. Attached as Exhibit 1 is an accurate copy of a report entitled *A Qualitative & Quantitative Analysis of Conducted Energy Devices: TASER X26 vs. Stinger S200: A Report to the National Institute of Justice*, dated March 5, 2008.

2. Attached as Exhibit 2 is an accurate copy of U.S. Patent Application No. 11/746,952 ("S-200 Patent Application"), published by the United States Patent and Trademark Office ("PTO") as Publication No. US 2008/027882 A1 on November 13, 2008.

3. Attached as Exhibit 3 is an accurate copy of excerpts of the transcript of the deposition of Robert Gruder, taken on August 26, 2008.

4. Attached as Exhibit 4 is an accurate copy of excerpts of the transcript of the deposition of Thomas V. Saliga, taken on August 27, 2008.

5. Attached as Exhibit 5 is an accurate copy of excerpts of the transcript of the deposition of Leonard Tachner, taken on June 23, 2009.

6. Attached as Exhibit 6 is an accurate copy of specification sheets for TASER's X26 device and associated cartridge.

7. Attached as Exhibit 7 is an accurate copy of specifications for Stinger Systems, Inc.'s ("Stinger's") S-200 device, downloaded from Stinger's website (http://www.stingersystems.com/s200TechSpecification.aspx) on August 10, 2009.

8. Attached as Exhibit 8 is an accurate copy of a webpage entitled *Always Improving to Create the Best EID*, downloaded from the Stinger's website (http://www.stingersystems.com/alwaysimproving.aspx) on July 30, 2009.

9. Attached as Exhibit 9 is an accurate copy of Stinger's Form 10-K for fiscal year 2007, filed with the United States Securities and Exchange Commission ("SEC") on March 31, 2008.

10. Attached as Exhibit 10 is an accurate copy of Stinger's Form 10-K for fiscal year 2008, filed with the SEC on April 6, 2009.

11. Attached as Exhibit 11 is an accurate copy of Stinger's Form 10-Q for the quarter ending March 31, 2009, filed with the SEC on May 15, 2009.

12. Attached as Exhibit 12 is an accurate copy of the Abstract of Title for the S-200 Patent Application, obtained from the PTO assignment database

1  (http://assignments.uspto.gov/assignments/q?db=pat&pub=2008027882) on August 10,
2  2009.

3      13.    Attached as Exhibit 13 is an accurate copy of *The Stinger S-200 Basic
4  Operator Certification Program Student Manual.*

5      14.    Exhibits 14 through 25, described below, have already been filed in this
6  case. Pursuant to LRCiv 7.1(d), and as set forth below, those exhibits are incorporated by
7  reference and are not attached to this declaration as filed. Full copies of those exhibits are
8  attached to the Court's copy of this declaration and to the copy separately served on
9  counsel for Stinger.

10     15.    Incorporated by reference as Exhibit 14 is the Declaration of Patrick W.
11 Smith in Support of TASER's Opposition to Stinger's Motion for Summary Judgment,
12 which was filed as Exhibit 1 to the Declaration of Aaron Matz in Support of TASER's
13 Opposition to Stinger's Motion for Summary Judgment (Docket No. 175, filed July 6,
14 2009) ("Matz Declaration"), and which can be found in the Clerk's file at Docket No.
15 175-2, pages 4 through 6.

16     16.    Incorporated by reference as Exhibit 15 is the Declaration of Magne H.
17 Nerheim in Support of TASER's Opposition to Stinger's Motion for Summary Judgment,
18 which was filed as Exhibit 2 to the Matz Declaration, and which can be found in the
19 Clerk's file at Docket No. 175-3, pages 2 through 9.

20     17.    Incorporated by reference as Exhibit 16 is an accurate copy of United States
21 Patent No. 6,999,295 ('295 patent), which was filed as Exhibit 5 to the Matz Declaration,
22 and which can be found in the Clerk's file at Docket No. 175-6, pages 2 through 36.

23     18.    Incorporated by reference as Exhibit 17 is an accurate copy of United States
24 Patent No. 7,234,262 ('262 patent), which was filed as Exhibit 7 to the Matz Declaration,
25 and which can be found in the Clerk's file at Docket No. 175-8, pages 2 through 16.

26     19.    Incorporated by reference as Exhibit 18 is an accurate copy of Stinger's
27 Answer and Counterclaim, filed November 6, 2007, which can be found in the Clerk's file
28 at Docket No. 54.

20. Incorporated by reference as Exhibit 19 is an accurate copy of a paper entitled *Technical White Paper SS-WP-11: A Comparison of Stun Gun Waveforms for Safety and Effectiveness*, Stinger Systems, 2008, which was filed as Exhibit 12 to the Matz Declaration, and which can be found in the Clerk's file at Docket No. 175-13, pages 2 through 8.

21. Incorporated by reference as Exhibit 20 is an accurate copy of excerpts of the transcript of the *Markman* hearing conducted on May 7, 2008, which can found in the Clerk's file at Docket No. 95, pages 17, 70, 94.

22. Incorporated by reference as Exhibit 21 is an accurate copy of the Statement of Leonard Tachner, dated April 17, 2009, which can found in the Clerk's file at Docket No. 162-1, pages 9 through 17.

23. Incorporated by reference as Exhibit 22 is an accurate copy of the Supplemental Statement of Leonard Tachner, dated May 17, 2009, which can be found in the Clerk's file at Docket No. 162-1, pages 2 through 7.

24. Incorporated by reference as Exhibit 23 is an accurate copy of the S-200 Schematic attached as Exhibit F to the Statement of Leonard Tachner dated April 17, 2009.

25. Incorporated by reference as Exhibit 24 is an accurate copy of the *Report Concerning Infringement of U.S. Patent Nos. 6,999,295; 7,102,870; and 7,234,262* by Jeffrey Rodriguez, Ph.D., dated April 3, 2009, together with materials cited therein, which was filed as Exhibit 28 to the Declaration (II) of Counsel in Support of TASER's Opposition to Stinger's Motion for Summary Judgment (Docket No. 180, filed July 10, 2009), and which can be found in the Clerk's file at Docket No. 180 (filed under seal).

26. Incorporated by reference as Exhibit 25 is an accurate copy of an email dated September 10, 2007, which was filed as page 129 of Exhibit 28 to the Declaration (II) of Counsel in Support of TASER's Opposition to Stinger's Motion for Summary Judgment (Docket No. 180, filed July 10, 2009), and which can be found in the Clerk's file at Docket No. 180, page 129 (filed under seal).

Executed on August 14, 2009, at Phoenix, Arizona.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Aaron Matz
Aaron Matz

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2009, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Chad S. Campbell: | cscampbell@perkinscoie.com |
| Aaron Matz: | amatz@perkinscoie.com |
| Holly L. Gibeaut: | hgibeaut@taser.com |

Attorneys for Plaintiff

—and—

| | |
|---|---|
| Ray K. Harris: | rharris@fclaw.com |
| James F. McNulty, Jr. | macslaw2000@yahoo.co.in |

Attorneys for Defendant

By s/ Indy Fitzgerald

57518-0006/LEGAL16714093.1