IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TASER International, Inc., | No. CV07-0042-PHX-MHM |
| Plaintiff, | |
| v. | **ORDER GRANTING TASER PERMISSION TO FILE UNDER SEAL SUPPORTING EXHIBITS RELATED TO TASER'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF LITERAL INFRINGEMENT** |
| Stinger Systems, Inc., | |
| Defendant. | |

Having considered the parties' Stipulation to File Under Seal Selected Briefing Documents and Supporting Exhibits Related to TASER's Motion for Partial Summary Judgment of Literal Infringement, and good cause appearing,

IT IS ORDERED that TASER International, Inc., in connection with its Motion for Partial Summary Judgment of Literal Infringement, shall be permitted to file under seal the confidential documents referred to in the stipulation.

Dated this 18th day of August, 2009.

_____
Mary H. Murguia
United States District Judge

cc: all counsel

No. CV07-0042-PHX-MHM