IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| TASER International, Inc., | ) | No.  07-42-PHX-MHM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Stinger Systems, Inc., | ) | |
| Defendant. | ) | |

      Having considered the parties' Stipulation for the Entry of (1) Final Injunction; (2) Final Adjudication and Order of Dismissal; and (3) Final Judgment, (Doc. 256), and good cause appearing therefor:

**Accordingly,**

**IT IS HEREBY ORDERED** approving the Parties' Stipulation for the Entry of (1) Final Injunction; (2) Final Adjudication and Order of Dismissal; and (3) Final Judgment. (Doc. 256).

**IT IS FURTHER ORDERED** entering Judgment in favor of TASER International, Inc. ("TASER") and against Stinger Systems, Inc. ("Stinger") on Count One of the operative Complaint, (Doc. 51).

**IT IS FURTHER ORDERED** adjudging Stinger to have infringed claims 2 and 40 of United States Patent No. 6,999,295 ("the '295 patent"). Claims 2 and 40 of the '295 patent

1 are hereby adjudged to be valid and enforceable.

2 **IT IS FURTHER ORDERED** dismissing without prejudice, pursuant to Fed. R. Civ.
3 P. 41(a)(2), TASER's claims for monetary relief pursuant to Count One of the operative
4 Complaint, (Doc. 51), for infringement of the '295 patent.

5 **IT IS FURTHER ORDERED** dismissing without prejudice, pursuant to Fed. R. Civ.
6 P. 41(a)(2), TASER's claims for relief pursuant to Count Two and Count Three for
7 infringement of U.S. Patent No. 7,102,870 and U.S. Patent No. 7,234,262.

8 **IT IS FURTHER ORDERED** dismissing without prejudice, pursuant to Fed. R. Civ.
9 P. 41(a)(2), TASER's claim for relief pursuant to Counts Six and Seven of the operative
10 Complaint, (Doc. 51).

11 **IT IS FURTHER ORDERED** dismissing without prejudice as moot all pending
12 motions (Docs. 232, 233, 234, 234, and 248).

13 **IT IS FURTHER ORDERED** that each party shall bear its own costs and attorney's
14 fees in connection with this case.

15 DATED this 27th day of August, 2010.

_____
Mary H. Murguia
United States District Judge