IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TASER International, Inc., </br></br>  Plaintiff, </br></br> vs. </br></br> Stinger Systems, Inc., </br></br>  Defendant. | No.  07-42-PHX-MHM </br></br> **FINAL JUDGMENT** |

Upon stipulation of the Parties, all claims having been resolved in this action:

**Accordingly**

**IT IS HEREBY ORDERED** directing the Clerk of the Court to enter judgment in favor of TASER International, Inc. and against Stinger Systems, Inc. is on Count One of the operative Complaint, (Doc. 51).

**IT IS FURTHER ORDERED** that TASER International, Inc. shall have injunctive relief in the form of the Final Injunction entered by the Court.

**IT IS FURTHER ORDERED** that this FINAL JUDGMENT constitutes notice of entry of judgment as required by Fed. R. Civ. P. 77(d).

DATED this 27th day of August, 2010.

_____
Mary H. Murguia
United States District Judge