Chad S. Campbell, Bar No. 012080
CSCampbell@perkinscoie.com
John W. Rogers, Bar. No. 006439
JWRogers@perkinscoie.com
Aaron Matz, Bar No. 024108
AMatz@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000

Holly L. Gibeaut, Bar No. 019786
hgibeaut@taser.com
TASER International, Inc.
17800 North 85th Street
Scottsdale, AZ  85255-9603
Telephone:  480.502.6265
Facsimile:  480.991.0791

Attorneys for Plaintiff
TASER International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TASER International, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Stinger Systems, Inc., <br><br> Defendant. | No. CV07-0042-PHX-MHM <br><br> **TASER'S MOTION TO RE-OPEN CASE** <br> —and— <br> **MEMORANDUM IN SUPPORT** |

**MOTION**

TASER International, Inc. ("TASER") moves for an order re-opening this case for the purpose of considering its Motion for Contempt and Application for Order to Show

Cause, filed concurrently with this motion, to enforce the Final Injunction entered by the Court in this matter in August 2010 (Dkt. #259).

## MEMORANDUM IN SUPPORT

On August 30, 2010, a stipulated final judgment was entered in this action (Dkt. #260), along with a final injunction (Dkt. #259). Concurrent with the filing of this motion, TASER has filed a Motion for Contempt and Application for Order to Show Cause to enforce that injunction. Even after a case terminates, a court retains the jurisdiction to enforce an injunction that it issued. *McCall-Bey v. Franzen*, 777 F.2d 1178, 1183 (7th Cir. 1985) ("When an equity case ends in a permanent injunction, the trial court . . . retains jurisdiction to enforce the injunction, as by contempt proceedings."). As such, TASER requests that this matter be re-opened so the Court may consider TASER's contempt motion and other matters related to this proceeding.

Dated: July 5, 2011          **PERKINS COIE LLP**

By:/s/ Chad S. Campbell
    Chad S. Campbell
    John W. Rogers
    Aaron Matz
    2901 North Central Avenue, Suite 2000
    Phoenix, AZ  85012-2788

    Holly L. Gibeaut
    TASER International, Inc.
    17800 North 85th Street
    Scottsdale, AZ  85255-9603

Attorneys for Plaintiff TASER International, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2011, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Chad S. Campbell:    cscampbell@perkinscoie.com

John W. Rogers       jwrogers@perkinscoie.com

Aaron Matz:          amatz@perkinscoie.com

Holly L. Gibeaut:    hgibeaut@taser.com

Attorneys for Plaintiff

—and—

Stefan V. Stein:     stefan.stein@gray-robinson.com

Attorneys for Defendant


Copies of the foregoing documents will also be hand delivered to:

> Robert F. Gruder
> 5505 Johns Road
> Suite 702
> Tampa, FL 33634
>
> Karbon Arms, Inc.
> c/o The Corporation Trust Company
> The Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

By /s/ Indy Fitzgerald

LEGAL20987467.3