Chad S. Campbell, Bar No. 012080
CSCampbell@perkinscoie.com
John W. Rogers, Bar. No. 006439
JWRogers@perkinscoie.com
Aaron Matz, Bar No. 024108
AMatz@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000

Holly L. Gibeaut, Bar No. 019786
hgibeaut@taser.com
TASER International, Inc.
17800 North 85th Street
Scottsdale, AZ  85255-9603
Telephone:  480.502.6265
Facsimile:  480.991.0791

Attorneys for Plaintiff
TASER International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TASER International, Inc.,<br><br>               Plaintiff,<br><br>    v.<br><br>Stinger Systems, Inc.,<br><br>               Defendant. | No. CV07-0042-PHX-MHM<br><br>**DECLARATION OF COUNSEL CHAD S. CAMPBELL IN SUPPORT OF TASER'S MOTION FOR CONTEMPT AND APPLICATION FOR ORDER TO SHOW CAUSE** |

I, Chad S. Campbell, hereby declare:

1. I am an attorney with the law firm of Perkins Coie LLP, and I am one of the attorneys representing TASER International, Inc. ("TASER") in this matter. I make this declaration in support of TASER's Motion for Contempt and Application for Order to Show Cause. I make this declaration based on my own personal knowledge and from information derived from firm records maintained in connection with this matter. If called to testify, I am competent to testify to the facts set forth in this declaration.

2. Attached as Exhibit 1 is an accurate copy of a Verified Return of Service, demonstrating that Robert F. Gruder was personally served with a copy of this Court's Final Injunction on September 28, 2010.

3. Attached as Exhibit 2 is an accurate copy of an Affidavit of Service, demonstrating that Karbon Arms, Inc. was personally served with a copy of this Court's Final Injunction on September 28, 2010.

4. Attached as Exhibit 3 is an accurate copy of an excerpt from the deposition of Thomas V. Saliga, taken in this action on August 27, 2008.

5. Attached as Exhibit 4 is an accurate copy of the Petition Commencing Assignment for Benefit of Creditors, filed on July 20, 2010 with the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County Florida, Civil Division, obtained from the court file in that action.

6. Attached as Exhibit 5 is an accurate copy of an Order of the Court in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.), Docket No. 150, filed October 7, 2010, and obtained from the court file in that action.

7. Attached as Exhibit 6 is an accurate copy of an email from Robert F. ("Bob") Gruder to Stefan Stein and John Anthony, dated July 26, 2010, and other emails in the same email string, that was produced by Stinger Systems, Inc. ("Stinger") and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.).

8. Attached as Exhibit 7 is an accurate copy of an email from Bob Gruder to P. Sterling Kerr, dated July 7, 2010, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.).

9. Attached as Exhibit 8 is an accurate copy of an email from Shad Stastney to Bob Gruder, dated July 7, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.).

10. Attached as Exhibit 9 is an accurate copy of an email from Bob Gruder to Matthew Pliskin, dated July 8, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.).

11. Attached as Exhibit 10 is an accurate copy of an email from Bob Gruder to James McNulty, dated July 22, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.).

12. Attached as Exhibit 11 is an accurate copy of the Certificate of Incorporation for Karbon Arms, Inc., filed August 2, 2010 and obtained from the files of the State of Delaware, Secretary of State, Division of Corporations.

13. Attached as Exhibit 12 is an accurate copy of an email from Bob Gruder to Stefan V. Stein and John Anthony, dated August 11, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.).

14. Attached as Exhibit 13 is an accurate copy of a Notice of and Motion to Authorize the Sale of Assets, to Establish Bidding and Sale Procedures, and Notice of Hearing on Any Timely Filed Objections, filed on August 13, 2010 in the matter *In re: Assignment for the Benefit of Creditors of Stinger Systems, Inc., Assignor, to Larry S.*

*Hyman, Assignee*, Case No. 10-014854, then pending in the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County Florida, Civil Division.

15. Attached as Exhibit 14 is an accurate copy of an email from Vann McCollough to Bob Gruder, dated August 18, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.).

16. Attached as Exhibit 15 is an accurate copy of an email from Bob Gruder to James McNulty, dated August 23, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.).

17. Attached as Exhibit 16 is an accurate copy of the decision of the United States Patent and Trademark Office regarding a reexamination of U.S. Patent No. 6,999,295, received by TASER International, Inc. on or about May 2, 2011.

18. Attached as Exhibit 17 is an accurate copy of an Application by Foreign Corporation for Authorization to Transact Business in Florida, and related filings, filed September 14, 2010 with the Florida Division of Corporations and obtained from the files of that Division.

19. Attached as Exhibit 18 is an accurate copy of a Amended Order on Notice of and Motion to Authorize the Sale of Assets, to Establish Bidding and Sale Procedures, and Notice of Hearing on Any Timely Filed Objections, filed on or about September 15, 2010 in the matter *In re: Assignment for the Benefit of Creditors of Stinger Systems, Inc., Assignor, to Larry S. Hyman, Assignee*, Case No. 10-014854, then pending in the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County Florida, Civil Division.

20. Attached in Exhibit 19 are accurate copies of a State of Delaware Certificate of Conversion from a Corporation to a Limited Liability Company converting Karbon Arms, Inc. to Karbon Arms, LLC, and a State of Delaware Limited Liability Company Certificate of Formation for Karbon Arms, LLC, both filed February 23, 2011, and both obtained from the files of the State of Delaware, Secretary of State, Division of

Corporations.

21. Attached in Exhibit 20 is an accurate copy of an email from George DiScioscia to Jerry Kovar, dated September 28, 2010.

22. Attached as Exhibit 21 is an accurate copy of an excerpt from the deposition of Robert Gruder, taken in this action on August 26, 2008.

23. Attached as Exhibit 22 are photographs taken of the Stinger S-200 and Karbon MPID devices that accurately depict the devices.

24. Attached as Exhibit 23 are photographs taken of certain printed wiring boards obtained from a Karbon MPID, serial no. S7033, when it was partially disassembled. The photographs accurately depict those printed wiring boards and the electronic components attached to those printed wiring boards.

25. Attached in Exhibit 24 is an accurate copy of an email from George DiScioscia to Allen L. Edington, dated February 25, 2011.

26. Attached as Exhibit 25 is an accurate copy of a page from the Karbon Arms website, http://www.karbonarms.com, obtained on May 27, 2011.

27. Attached as Exhibit 26 is an accurate copy of U.S. Patent No. 7,778,005 (Aug. 17, 2010).

28. Attached as Exhibit 27 is an accurate copy of the *Basic Operator Certification Program Student Manual* for the Stinger Systems S-200, bearing Bates Nos. STINGER000805-58.

29. Attached as Exhibit 28 is an accurate copy of the *Owners Manual & Operating Instructions* for the Stinger Systems S-200, bearing Bates Nos. STINGER000025-38.

30. Attached as Exhibit 29 is an accurate copy of *Basic Operator Certification Program Student Manual* for the Karbon MPID.

31. Attached as Exhibit 30 is an accurate copy of the *Owners Manual & Operating Instructions* for the Karbon MPID.

1  I declare under penalty of perjury of the laws of the United States that the
2  foregoing is true and correct.
3  Executed at Phoenix, Arizona on July 5, 2011.

/s/ Chad S. Campbell
Chad S. Campbell

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2011, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Chad S. Campbell: | cscampbell@perkinscoie.com |
| John W. Rogers | jwrogers@perkinscoie.com |
| Aaron Matz: | amatz@perkinscoie.com |
| Holly L. Gibeaut: | hgibeaut@taser.com |

Attorneys for Plaintiff

—and—

Stefan V. Stein:   stefan.stein@gray-robinson.com

Attorneys for Defendant


Copies of the foregoing documents will also be hand delivered to:

Robert F. Gruder
5505 Johns Road
Suite 702
Tampa, FL 33634

Karbon Arms, Inc.
c/o The Corporation Trust Company
The Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801


By /s/ Indy Fitzgerald