*TASER International, Inc. v. Stinger Systems, Inc.*
Case No. CV07-0042-PHX-MHM

**Index of Exhibits to**
**Declaration of Counsel In Support of TASER's Motion For Contempt And**
**Application For Order To Show Cause**

| Exhibit No. | Description |
|:---:|:---|
| 1 | An accurate copy of a Verified Return of Service, demonstrating that Robert F. Gruder was personally served with a copy of this Court's Final Injunction on September 28, 2010. |
| 2 | An accurate copy of an Affidavit of Service, demonstrating that Karbon Arms, Inc. was personally served with a copy of this Court's Final Injunction on September 28, 2010. |
| 3 | An accurate copy of an excerpt from the deposition of Thomas V. Saliga, taken in this action on August 27, 2008. |
| 4 | An accurate copy of the Petition Commencing Assignment for Benefit of Creditors, filed on July 20, 2010 with the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County Florida, Civil Division, obtained from the court file in that action. |
| 5 | An accurate copy of an Order of the Court in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.), Docket No. 150, filed October 7, 2010, and obtained from the court file in that action. |
| 6 | An accurate copy of an email from Robert F. ("Bob") Gruder to Stefan Stein and John Anthony, dated July 26, 2010, and other emails in the same email string, that was produced by Stinger Systems, Inc. ("Stinger") and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.). |
| 7 | An accurate copy of an email from Bob Gruder to P. Sterling Kerr, dated July 7, 2010, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.). |
| 8 | An accurate copy of an email from Shad Stastney to Bob Gruder, dated July 7, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.). |
| 9 | An accurate copy of an email from Bob Gruder to Matthew Pliskin, dated July 8, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.). |

*TASER International, Inc. v. Stinger Systems, Inc.*
Case No. CV07-0042-PHX-MHM

**Index of Exhibits to**
**Declaration of Counsel In Support of TASER's Motion For Contempt And**
**Application For Order To Show Cause**

| Exhibit No. | Description |
|---|---|
| 10 | An accurate copy of an email from Bob Gruder to James McNulty, dated July 22, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.). |
| 11 | An accurate copy of the Certificate of Incorporation for Karbon Arms, Inc., filed August 2, 2010 and obtained from the files of the State of Delaware, Secretary of State, Division of Corporations. |
| 12 | An accurate copy of an email from Bob Gruder to Stefan V. Stein and John Anthony, dated August 11, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.). |
| 13 | An accurate copy of a Notice of and Motion to Authorize the Sale of Assets, to Establish Bidding and Sale Procedures, and Notice of Hearing on Any Timely Filed Objections, filed on August 13, 2010 in the matter *In re: Assignment for the Benefit of Creditors of Stinger Systems, Inc., Assignor, to Larry S. Hyman, Assignee*, Case No. 10-014854, then pending in the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County Florida, Civil Division. |
| 14 | An accurate copy of an email from Vann McCollough to Bob Gruder, dated August 18, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.). |
| 15 | An accurate copy of an email from Bob Gruder to James McNulty, dated August 23, 2010, and other emails in the same email string, that was produced by Stinger and Robert Gruder in *TASER Int'l v. Stinger Sys. Inc, James F. McNulty and Robert Gruder*, No. 2:09-CV-00289-KJD-PAL (D. Nev.). |
| 16 | An accurate copy of the decision of the United States Patent and Trademark Office regarding a reexamination of U.S. Patent No. 6,999,295, received by TASER International, Inc. on or about May 2, 2011. |
| 17 | An accurate copy of an Application by Foreign Corporation for Authorization to Transact Business in Florida, and related filings, filed September 14, 2010 with the Florida Division of Corporations and obtained from the files of that Division. |

*TASER International, Inc. v. Stinger Systems, Inc.*
Case No. CV07-0042-PHX-MHM

**Index of Exhibits to**
**Declaration of Counsel In Support of TASER's Motion For Contempt And**
**Application For Order To Show Cause**

| Exhibit No. | Description |
|---|---|
| 18 | An accurate copy of a Amended Order on Notice of and Motion to Authorize the Sale of Assets, to Establish Bidding and Sale Procedures, and Notice of Hearing on Any Timely Filed Objections, filed on or about September 15, 2010 in the matter *In re: Assignment for the Benefit of Creditors of Stinger Systems, Inc., Assignor, to Larry S. Hyman, Assignee*, Case No. 10-014854, then pending in the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County Florida, Civil Division. |
| 19 | Accurate copies of a State of Delaware Certificate of Conversion from a Corporation to a Limited Liability Company converting Karbon Arms, Inc. to Karbon Arms, LLC, and a State of Delaware Limited Liability Company Certificate of Formation for Karbon Arms, LLC, both filed February 23, 2011, and both obtained from the files of the State of Delaware, Secretary of State, Division of Corporations. |
| 20 | An accurate copy of an email from George DiScioscia to Jerry Kovar, dated September 28, 2010. |
| 21 | An accurate copy of an excerpt from the deposition of Robert Gruder, taken in this action on August 26, 2008. |
| 22 | Photographs taken of the Stinger S-200 and Karbon MPID devices that accurately depict the devices. |
| 23 | Photographs taken of certain printed wiring boards obtained from a Karbon MPID, serial no. S7033, when it was partially disassembled.  The photographs accurately depict those printed wiring boards and the electronic components attached to those printed wiring boards. |
| 24 | An accurate copy of an email from George DiScioscia to Allen L. Edington, dated February 25, 2011. |
| 25 | An accurate copy of a page from the Karbon Arms website, http://www.karbonarms.com, obtained on May 27, 2011. |
| 26 | An accurate copy of U.S. Patent No. 7,778,005 (Aug. 17, 2010). |
| 27 | An accurate copy of the *Basic Operator Certification Program Student Manual* for the Stinger Systems S-200, bearing Bates Nos. STINGER000805-58. |
| 28 | An accurate copy of the *Owners Manual & Operating Instructions* for the Stinger Systems S-200, bearing Bates Nos. STINGER000025-38. |
| 29 | An accurate copy of *Basic Operator Certification Program Student Manual* for the Karbon MPID. |

*TASER International, Inc. v. Stinger Systems, Inc.*
Case No. CV07-0042-PHX-MHM

**Index of Exhibits to
Declaration of Counsel In Support of TASER's Motion For Contempt And
Application For Order To Show Cause**

| Exhibit No. | Description |
|:---:|:---|
| 30 | An accurate copy of the *Owners Manual & Operating Instructions* for the Karbon MPID. |

57518-0006/LEGAL21254739.1

# Exhibit 1

# VERIFIED RETURN OF SERVICE

| Court | County | Case # | Court Date & Time |
|---|---|---|---|
| DISTRICT OF ARIZONA | US DISTRICT COURT | 07-42-PHX-MHM | |

**Plaintiff:** TASER INTERNATIONAL, INC.

-v-

**Defendant:** STINGER SYSTEMS, INC.

| | Process |
|---|---|
| PERKINS COIE BROWN & BAIN, PA<br>AARON MATZ<br>2901 NORTH CENTRAL AVENUE<br>SUITE 2000<br>PHOENIX, AZ. 85012 | HAND DELIVERY OF LETTER, COPY OF FINAL INJUCTION |

**Served Upon**
ROBERT F. GRUDER
5505 JOHNS ROAD, STE 702   TAMPA, FL. 33634

Received this process on September 28, 2010 at 10:36AM and Served the same on
ROBERT F. GRUDER
at 11:45AM on September 28, 2010, in TAMPA, HILLSBOROUGH County, FL

**INDIVIDUAL**

F.S. 48.031(1) INDIVIDUAL SERVICE

**Comments:**

ROBERT F. GRUDER  IS DESCRIBED: WHITE, MALE, 51 YRS OLD, 5'10", 175 LBS., BROWN HAIR, NO GLASSES, NO MILITARY.

Subscribed and sworn to before me on the 29
Day of Sept 2016 by the affiant who
is personally known to me.

_____
NOTARY PUBLIC (STATE OF FLORIDA)

ELAINE F. JONES
MY COMMISSION # DD 857266
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters

Circuit Certified Or Appointed Process Server

JAMIE SNYDER
08-660605 - Hillsborough County

G 29 /2010

Tracker SQL v9.09
*Affidavit*

I Acknowledge that I am authorized to serve process, in good standing in the jurisdiction  wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing doucment and that the facts stated in it are true. F.S.92.525(2).

Our #:      192710
Client's #:

S & W PROCESS SERVICE
902 NORTH ROME
TAMPA, FL. 33606
(813) 251-9197

# VERIFIED RETURN OF SERVICE

| Court | County | Case # | Court Date & Time |
|---|---|---|---|
| DISTRICT OF ARIZONA | US DISTRICT COURT | 07-42-PHX-MHM | |

**Plaintiff:** TASER INTERNATIONAL, INC.

-v-

**Defendant:** STINGER SYSTEMS, INC.

---

PERKINS COIE BROWN & BAIN, PA
AARON MATZ
2901 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, AZ. 85012

**Process**
HAND DELIVERY OF LETTER, COPY OF FINAL
INJUCTION

---

**Served Upon**
ROBERT F. GRUDER
5505 JOHNS ROAD, STE 702  TAMPA, FL. 33634

Received this process on September 28, 2010 at 10:36AM and Served the same on
ROBERT F. GRUDER
at 11:45AM on September 28, 2010, in TAMPA, HILLSBOROUGH County, FL

## INDIVIDUAL

F.S. 48.031(1) INDIVIDUAL SERVICE

## Comments:

ROBERT F. GRUDER IS DESCRIBED: WHITE, MALE, 51 YRS OLD, 5'10", 175 LBS., BROWN HAIR, NO GLASSES,
NO MILITARY.

---

Circuit Certified Or Appointed Process Server:

JAMIE SNYDER
08-060605 - HILLSBOROUGH County

9 29 /2010

Tracker SQL v9.09
*Affidavit*

I Acknowledge that I am authorized to
serve process, in good standing in the
jurisdiction wherein this process was
served and I have no interest in the
above action. Under penalties of
perjury, I declare that I have read the
foregoing doucment and that the facts
stated in it are true. F.S.92.525(2).

**Our #:** 192710
**Client's #:**

S & W PROCESS SERVICE
902 NORTH ROME
TAMPA, FL. 33606
(813) 251-9197



Perkins
Coie
Brown
& Bain

2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8000
FAX: 602.648.7000
www.perkinscoie.com

Aaron H. Matz
PHONE: (602) 351-8407
FAX:   (602) 648-7167
EMAIL: AMatz@perkinscoie.com

September 27, 2010

Robert F. Gruder
5505 Johns Road
Suite 702
Tampa, FL 33634

Re:   *TASER International, Inc. v. Stinger Systems, Inc.*

Dear Mr. Gruder:

On August 30, 2010, the Honorable Mary H. Murguia, a judge of the United States District Court for the District of Arizona, entered a Final Injunction in the lawsuit entitled *TASER International, Inc. v. Stinger Systems, Inc.*, Civil No. 07-42-PHX-MHM (D. Ariz.). The Final Injunction states that it applies to Stinger Systems, Inc. and to Stinger Systems, Inc.'s officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the Final Injunction. Because of your relationship with Stinger Systems, Inc., you are being provided with the enclosed copy of the Final Injunction.

Very truly yours,

*Aaron M.*

Aaron H. Matz

AHM:ilf

Enclosure

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS
LOS ANGELES · MADISON · MENLO PARK · PHOENIX · PORTLAND
SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
Perkins Coie LLP (Perkins Coie Brown & Bain P.A. in Arizona)

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7                FOR THE DISTRICT OF ARIZONA
8
9    TASER International, Inc.,            )    No.  07-42-PHX-MHM
10              Plaintiff,                 )    **FINAL INJUNCTION**
                                           )
11   vs.                                   )
                                           )
12                                         )
     Stinger Systems, Inc.,               )
13                                         )
              Defendant.                   )
14                                         )
     _____  )
15
16         Having considered the parties' Stipulation for the Entry of (1) Final Injunction; (2)
17   Final Adjudication and Order of Dismissal; and (3) Final Judgment, (Doc. 256), and good
18   cause appearing therefor, the Court issues the following Final Injunction under Fed. R. Civ.
19   P. 65 and 35 U.S.C. § 283. Under Fed. R. Civ. P. 65(d)(1)(A), the following are the reasons
20   why the Court is issuing this Injunction:
21         A.    TASER International, Inc. ("TASER") is the owner of all right, title, and
22   interest in United States Patent No. 6,999,295 ("the '295 patent"), which issued on February
23   14, 2006, and which will expire on February 11, 2023.
24         B.    By order dated March 31, 2010, the Court found that, as a matter of law, the
25   S-200 Electronic Control Device ("ECD") manufactured and sold by Stinger Systems, Inc.
26   ("Stinger") literally infringes claims 2 and 40 of the '295 patent. (Doc. 211). In that same
27   order, the Court found that Stinger was not entitled to summary judgment that any claim of
28   the '295 patent is invalid or unenforceable. (Id.)

1      C.     Stinger is currently the subject of an Assignment for the Benefit of Creditors

2  ("ABC") proceeding in Florida State Court pursuant to which Stinger has assigned its assets

3  to Larry S. Hyman ("the Assignee"), who has the authority to operate Stinger for a limited

4  time, liquidate Stinger's assets, and distribute any proceeds of such liquidation to Stinger's

5  creditors.  In re Assignment for the Benefit of Creditors of Stinger Systems, Inc., Case No.

6  10-014854, 13th Judicial Circuit in and for Hillsborough County, Florida, Civil Division (the

7  "ABC Action").  (See Doc. 245).

8      D.     On July 29, 2010, the Assignee filed the Assignee's Motion for Authority to

9  Continue Business Operations of the Assignor for a Limited Period of 90 Days in the ABC

10  action.  This motion states that "the business will be operated in the ordinary course of

11  business and the status quo is to be maintained."

12      E.     Stinger has represented that it no longer sells the S-200 ECD and that the

13  Assignee intends to sell Stinger's assets if a buyer for Stinger's business cannot be located by

14  October 1, 2010.

15      F.     The parties, each of whom is represented by counsel, have stipulated to the

16  entry of this injunction.

17      **Accordingly,**

18      **IT IS HEREBY ORDERED**

19      1.     Stinger, together with its officers, agents, servants, employees, and attorneys,

20  and those persons in active concert or participation with them who receive actual notice of

21  this Final Injunction, are hereby restrained and enjoined, pursuant to 35 U.S.C. § 283 and

22  Fed. R. Civ. P. 65, from making, using, offering to sell, or selling in or from the United

23  States, or importing into the United States, the S-200 ECDs, either alone or in combination

24  with any other product, and all other products that are only colorably different from the

25  S-200 ECDs in the context of claims 2 or 40 of the '295 patent, whether individually or in

26  combination with other products or as part of another product, and from otherwise infringing,

27  contributing to the infringement of, or inducing others to infringe claims 2 or 40 of the '295

28  patent.

1   Prior Purchaser may have to such claims by TASER.

2        5.     This Final Injunction shall run until the expiration of the '295 patent.

3        6.     The Court shall retain jurisdiction over Stinger to enforce any and all aspects

4   of this Injunction.

5        DATED this 27th day of August, 2010.

6

7

8                                             Mary H. Murgula

9                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 2

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

TASER International, Inc.                          )
                                                  )
                                                  )
                                                  )
                         **Plaintiff**            )   Case No.: 07-42-PHX-MHM
                                                  )
                    **v.**                         )
                                                  )
Stinger Systems, Inc.                             )
                                                  )
                                                  )
                         **Defendant**            )

### AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Letter dated September 27, 2010 and Final Injunction

SERVE TO:  Karbon Arms, Inc. c/o CorpAmerica, Inc.
SERVICE ADDRESS:  2711 Centerville Road, Suite 400, Wilmington, Delaware 19808

DATE SERVED:  September 28, 2010   TIME SERVED:  2:30 PM

PERSON SERVED:  Paul Matthews, Assistant Secretary, authorized to accept.

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

10-1-2010
Executed on:

_____
Adam Golden
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 10-047109                                                      Client Reference: 57518-0006

**CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050**

# Exhibit 3

C O N F I D E N T I A L                                    1

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


1

2

3       TASER International, Inc.,        ]
                                         ]
4            Plaintiff,                   ]
                                         ]
5       vs.                              ]      CASE NO.
                                         ]  CV07-0042-PHX-MHM
6       Stinger Systems, Inc.,           ]
                                         ]
7            Defendant.                   ]

8                          **VIDEO TAPE**
9          **DEPOSITION OF THOMAS V. SALIGA**

10

11       DATE:          Wednesday, August 27, 2008

12       TIME:          9:00 a.m.  -  4:50 p.m.

13       PLACE:         Johnson & Associates
                        Court Reporters, Inc.
14                      620 East Twiggs Street
                        Suite 110
15                      Tampa, Florida  33602

16       PURSUANT TO:   Notice, upon oral examination

17       PURPOSE:       Of discovery, for use at trial
                        or for such other purposes as
18                      are permitted under Rule 45 of
                        the Federal Rules of Civil
19                      Procedure

20       REPORTED BY:   CATHY J. JOHNSON MESSINA, RMR, FPR
                        Registered Merit Reporter
21                      Florida Professional Reporter
                        Notary Public, State of Florida
22                      MEMBER:  NCRA, FCRA, STAR

23

24

25

C O N F I D E N T I A L                          90

1       A.    Yes.

2       Q.    Was that your signature below it there?

3       A.    Yes.

4       Q.    As you sit here today, are you familiar with the

5   inventions that are disclosed in this Application?

6       A.    Well, reasonably so.

7       Q.    Does this Application accurately represent or

8   disclose any aspect of the S-200 stun gun?

9       A.    Yes.

10      Q.    Which aspect or aspects does it disclose?

11      A.    The fundamental operation.

12      Q.    And does it relate to a specific version of the

13  S-200 stun gun, or does it relate generally to the S-200 stun

14  gun?

15      A.    I would -- well, let's put it this way:  There is a

16  figure four that represented a version or a particular

17  schematic of a gun that existed I would say in late 2006,

18  early 2007.  There's been a few changes since then, but it's

19  still substantially the same.

20      Q.    Can you describe what those changes are in reference

21  to figure four?

22      A.    Yeah.  The primary change is at -- the diode network

23  was changed somewhat.

24      Q.    How was it --

25      A.    It's referred to as item 48.

# Exhibit 4

Form 1.997

Civil Cover Sheet

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of Pleadings or other papers as required by law. This form is required for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Fla. Stat. 25.075. (See instructions on the reverse of the form.)

In re:

        Stinger Systems, Inc.,

            **Assignor**

                                  **10   014854**

                                Case No. _____

to

        Larry S. Hyman,

            **Assignee**

_____/

---

**II      TYPE OF CASE** (Place an x in one box only. If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| __ Simplified dissolution | __ Professional Malpractice | __ Contracts |
| __ Dissolution | __ Products liability | __ Condominium |
| __ Support – IV-D | __ Auto negligence | __ Real property/Mortgage foreclosure |
| __ Support – Non IV-D | __ Other negligence | __ Eminent Domain |
| __ URESA – IV-D | | X Other – Petition for Assignment for Benefit of Creditors |
| __ Domestic violence | | |
| __ Other domestic relations | | |

**III      Is Jury Trial Demanded in Complaint?**

      _____ Yes

      __X__ No

---

Date:_____        Signature of Attorney for Party Initiating Action

                                  _____

                                  Elena Paras Ketchum
                                  Stichter Riedel Blain & Prosser
                                  100 E. Madison Street, Suite 200
                                  Tampa, Florida 33602

DIVISION C

FILED
CLERK CIRCUIT COURT
2010 JUL 20  PM 2:05
HILLSBOROUGH CO., FL.
CIVIL

Jul 26 10 03:03p        S. Blank, P.I.                          (727) 535-3807              p.2

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT**
**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**CIVIL DIVISION**

In re Assignment for the
Benefit of Creditors of:
**STINGER SYSTEMS, INC.**

Case No. **10   014854**

     Assignor,

**To**

Division **DIVISION C**

**LARRY S. HYMAN,**

     Assignee.

_____/

## PETITION COMMENCING ASSIGNMENT FOR BENEFIT OF CREDITORS

LARRY S. HYMAN ("Assignee"), as Assignee for the Benefit of Creditors of Assignor, Stinger Systems, Inc. ("Stinger" or "Assignor"), by and through his undersigned counsel, hereby petitions the Court to administer the attached Assignment for the Benefit of Creditors from Assignor to Assignee in accordance with Chapter 727, Fla. Stat. (1997), and states the following in support thereof:

1.    This is a Petition for the Assignment for the Benefit of Creditors. This Court has jurisdiction of the proceeding in accordance with the provisions of Florid Statute §727, *et seq.*

2.    The Assignor Stinger has been engaged in the business of manufacturing law enforcement technology.

3.    Assignee's office is located at 106 S. Tampania Avenue, Suite 200, Tampa, Florida 33609.

4.    The Assignor is indebted to creditors and is unable to pay the amounts due to these creditors, and wishes to pay these creditors, insofar as possible, through the assignment of its assets for their benefit.

5.    A copy of the Assignment, together with Schedules A and B, are attached hereto and are incorporated by reference herein.

DATED: July 20, 2010

Elena Paras Ketchum (Florida Bar No. 0129267)
eketchum@srbp.com
STICHTER, RIEDEL, BLAIN
  & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
PH    (813) 229-0144
FAX   (813) 229-1811
ATTORNEYS FOR ASSIGNEE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Petition Commencing Assignment for Benefit of Creditors** has been sent by U.S. MAIL on the 20th day of July, 2010 to:

Cheryl Thompson, Esquire
ANTHONY & PARTNERS, LLC
201 N. Franklin Street, Suite 2400
Tampa, Florida  33602

Elena Paras Ketchum (Florida Bar No. 0129267)

2

Prepared by and return to:
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
c/o Elena Paras Ketchum, Esquire
110 East Madison Street – Suite 200
Tampa, Florida 33602

## ASSIGNMENT FOR THE BENEFIT OF CREDITORS

ASSIGNMENT, made this __6__ day of July, 2010, between Stinger Systems, Inc. with

its principal place of business at 5505 Johns Road, Suite 702, Tampa, Florida 33634, hereinafter

"assignor," and Larry S. Hyman, whose address is 106 S. Tampania Avenue, Suite 200, Tampa,

Florida 33609, hereinafter "assignee."

WHEREAS, the assignor has been engaged in the business of manufacturing of law

enforcement technology.

WHEREAS, the assignor is indebted to creditors, as set forth in Schedule A annexed

hereto, is unable to pay its debts as they become due, and is desirous of providing for the

payment of its debts, so far as it is possible by an assignment of all of its assets for that purpose.

NOW, THEREFORE, the assignor, in consideration of the assignee's acceptance of this

assignment, and for other good and valuable consideration, hereby grants, assigns, conveys,

transfers, and sets over, unto the assignee, her or his successors and assigns, all of its assets,

except such assets as are exempt by law from levy and sale under an execution, including, but

not limited to, all real property, fixtures, goods, stock, inventory, equipment, furniture,

furnishings, accounts receivable, bank deposits, cash, promissory notes, case value and proceeds

of insurance policies, claims and demands belonging to the assignor, and all books, records, and

electronic data pertaining to all such assets, wherever such assets may be located, hereinafter the

"estate," as which assets are, to the best knowledge and belief of the assignor, set forth on

Schedule B annexed hereto.

The assignee shall take possession of, and protect and preserve, all such assets and administer the estate in accordance with the provisions of Chapter 727, Florida Statutes, and shall liquidate the assets of the estate with reasonable dispatch and convert the estate into money, collect all claims and demands hereby assigned as may be collectible, and pay and discharge all reasonable expenses, costs, and disbursements in connection with the execution and administration of this assignment from the proceeds of such liquidations and collections.

The assignee shall then pay and discharge in full, to the extent that funds are available in the estate after payment of administrative expenses, costs, and disbursements, all of the debts and liabilities now due from the assignor, including interest on such debts and liabilities. If funds of the estate shall not be sufficient to pay such debts and liabilities in full, then the assignee shall pay from funds of the estate such debts and liabilities, on a pro rata basis and in proportion to their priority as set forth in Section 727.114, Florida Statutes.

If all debts and liabilities are paid in full, any funds of the estate remaining shall be returned to the assignor.

To accomplish the purposes of this assignment, the assignor hereby appoints the assignee its true and lawful attorney, irrevocable, with full power and authority to do all acts and things which may be necessary to execute the Assignment hereby created; to demand and recover from all persons all assets of the estate; to sue for the recovery of such assets; to execute, acknowledge, and deliver all necessary deeds, instruments, and conveyances; and to appoint one or more attorneys under her or him to assist the assignee in carrying out her or his duties hereunder.

The assignor hereby authorizes the assignee to sign the name of the assignor to any check, draft, promissory note, or other instrument in writing which is payable to the order of the

assignor, or to sign the name of the assignor to any instrument in writing, whenever it shall be

necessary to do so, to carry out the purpose of this Assignment.

The assignee hereby accepts the trust created by the assignment, and agrees with the

assignor that the assignee will faithfully and without delay carry out her or his duties under the

assignment.

_____        _____
                                        Assignor

_____        _____
                                        Assignee


STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing assignment was acknowledged by Robert F. Gruder this ___ day of July,
for Stinger Systems, Inc., as assignor, and by Larry S. Hyman, as assignee, for the purposes
therein expressed who is personally known to me or who has produced identification.

_____
Signature of Notary Public

_____

NYKELLE D. CARMON
MY COMMISSION # DD 692113
EXPIRES: June 18, 2011
Bonded Thru Notary Public Underwriters

3

Witnesses:                                    Assignee: Larry Hyman

*Chelsea J. McNabb*                    By: _____

*Elena Ramos Ketchum*

STATE OF FLORIDA

COUNTY OF Hillsborough

    The foregoing Assignment for the Benefit of Creditors was acknowledged before me this 16th day July, 2010, by Larry Hyman, as Assignee, who is personally known to me or who produced a valid Florida driver's license and who did not take an oath for the purposes therein expressed.


    WITNESS my hand and official seal in the County and State last aforesaid on this 16th day of July, 2010.

[SEAL]

                                              *Chelsea J. McNabb*
                                              Signature of Notary Public

Chelsea J. McNabb
Commission #DD598150
Expires:    SEP. 24, 2010
www.AaronNotary.com

                                              *Chelsea J. McNabb*
                                              Printed or typed name Notary Public

4

## VERIFICATION OF ASSIGNMENT TO ASSIGNEE

The undersigned, Robert F. Gruder of Stinger Systems, Inc., hereby verifies the Assignment (the "Assignment") of all of its rights, title and interest in and to all of its assets, as indicated on attached Schedules to that certain Assignment as filed with this Court on or about July 16, 2010, and further verifies each of the facts set forth in the Schedules annexed to the Assignment to the best of my knowledge and belief.

STINGER SYSTEMS, INC.

By: _____
        Robert F. Gruder, President

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

THE FOREGOING INSTRUMENT was acknowledged before me this _____ day of July, 2010, by Robert F. Gruder who is personally known to me.



Notary Public, State of Florida

_____
Notary Name Printed
My commission expires:_____

MYKELLE D. CARMON
MY COMMISSION # DD 682113
EXPIRES: June 19, 2011
Bonded Thru Notary Public Underwriters

## OATH OF ASSIGNOR

**KNOW ALL MEN BY THESE PRESENTS**, that Stinger Systems, Inc., a Nevada

corporation, doing business in Hillsborough County, Florida, has executed an Assignment for the

Benefit of Creditors ("Assignment") and that the true intention of the Assignment is to place in

the hands of its Assignee all of its property of every description, except such property as is

exempt by law from forced sale, to be divided among the creditors in proportion to their

respective demands and legal right. Assignor asserts that is has obtained all necessary authority

to file this Assignment.

Witnesses:

_____
[signature]

Stacy B Hyman
[type or print name]

_____
[signature]

Tiffany Dunton
[type or print name]

STINGER SYSTEMS, INC.

By:  _____
Robert F. Gruder, President and
Authorized agent of Stinger Systems,
Inc.

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

    **BEFORE ME**, the undersigned authority, duly authorized to take acknowledgements and
administer oaths, personally appeared Robert F. Gruder, President of Stinger Systems, Inc., as
assignor, who is personally known to me and who did take an oath for the purpose therein
expressed.

    **WITNESS** my hand and official seal in the County and State last aforesaid on
_____, 2010.

_____
Notary Public

_____
Printed
My commission expires:


NYKELLE D. CARMON
MY COMMISSION # DD 682113
EXPIRES: June 19, 2011
Bonded Thru Notary Public Underwriters

## ACCEPTANCE OF ASSIGNMENT

The undersigned, Larry S. Hyman, as Assignee, under that certain Assignment by Stinger

Systems, Inc., with its principal place of business at 5505 Johns Road, Suite 702, Tampa, Florida

33634, hereby duly acknowledges that the Assignee accepts delivery of the assignment and that

he will dully perform the duties imposed upon the Assignee pursuant to Chapter 727, Florida

Statutes.

By: _____
Larry S. Hyman, as Assignee

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

SWORN TO AND SUBSCRIBED in my presence this _16th_ day of July, 2010 by

Larry S. Hyman who is <u>personally known</u> to me or who has produced _____

as identification and who did not take an oath as to the Acceptance of Assignment.

_Chelsea J. McNabb_
Notary Public, State of Florida
Print Name: _Chelsea J. McNabb_
My Commission Expires: _sept. 24, 2010_

Chelsea J. McNabb
Commission #DD598150
Expires: SEP. 24, 2010
WWW.AARONNOTARY.com

## OATH OF ASSIGNEE

COMES NOW, Larry Hyman, the Assignee herein and duly acknowledges that the Assignee accepts delivery of the within Assignment and that they will duly perform the duties imposed upon the Assignee pursuant to Florida Statute Section 727.

By: _____

Larry S. Hyman, Assignee

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

THE FOREGOING Assignment for the Benefit of Creditors was acknowledged before me on this _16th_ day of July, 2010, by Larry Hyman as Assignee, who is personally known to me or who has produced a valid Florida driver's license for identification and who did not take an oath for the purpose therein expressed.

WITNESS my hand and official seal in the County and State last aforesaid on
_July 16_, 2010.

_Chelsea J. McNabb_
Notary Public
_Chelsea J. McNabb_
Printed
My commission expires:

Chelsea J. McNabb
Commission #DD598150
Expires:  SEP. 24, 2010
WWW.AARONNOTARY.com

## SCHEDULE A – CREDITOR LIST

1.    List all creditors showing:

| No. | Name | Address | Amount | Collateral | Whether or not Disputed |
|---|---|---|---|---|---|
| 1. | Atlantic Gasket | 3908 Frankford Avenue Philadelphia, PA 19124 | $640.20 | | Undisputed |
| 2. | Beccolini Enterprises | 741 Keewaydin Court San Jose, CA 95111 | $2,171.11 | | Undisputed |
| 3. | Bellistri, Ronald | 221-04 Corbett Rd. Bayside, NY 11361 | $30,000.00 | | Undisputed |
| 4. | Blade-Tech Industries | 5530 184th St. East, Suite A Puyallup, WA 98375 | $17,008.80 | | Undisputed |
| 5. | Bowne of Atlanta, Inc. | P.O. Box 101591 Atlanta, GA 30392-1691 | $19,470.00 | | Undisputed |
| 6. | BTX Air Express | P.O. Box 853 Shelton, CT 06484 | $1,315.00 | | Undisputed |
| 7. | Castlerigg Master Investments, Ltd. | c/o Sandell Asset Management 40 West 57th 26th Floor New York, NY 10019 | $5,413,902.23 | | Undisputed |
| 8. | CLW | As Agent for WCOT Thompson & Benjamin, LLC, 4301 Anchor Plaza Tampa, FL 33634 | $252,174.60 | | Undisputed |
| 9. | CNC Associates, Inc. | File 51160 Los Angeles, CA 90074-1160 | $23,100.28 | | Undisputed |
| 10. | CT Corporation | P.O. Box 4349 Carol Stream, IL 60197-4349 | $703.10 | | Undisputed |
| 11. | CUSIP | P.O. Box 19140A Newark, NJ 07195 | $100.00 | | Undisputed |
| 12. | Debt Opportunity Fund, LLLP, as Collateral Agent c/o Vicis Captial Master Fund | 445 Park Avenue 16th Floor New York, NY 10022 | $3,686,875.00 | | Undisputed |
| 13. | DeSantis Holster and Leather Goods Co. | 431 Bayview Ave Amityville, NY 11701 | $342.32 | | Undisputed |
| 14. | DLA Piper | P.O. Box 64029 Baltimore, MD 21264-4029 | $124,214.36 | | Undisputed |
| 15. | Duncanson Electric Co | 1770 Kenesaw Lane Clearwater, FL 33765 | $7,806.56 | | Undisputed |
| 16. | Electronic Design Associates | 12918 Commodity Place Tampa, FL 33626 | $62,939.63 | | Undisputed |
| 17. | Electronic Manufacturing Co. | 13440 Wright Circle Tampa, FL 33626 | $28,005.28 | | Undisputed |
| 18. | Fennemore Craig, P.C. | 3003 N Central Ave. Suite 2600 Phoenix, AZ 85010-2913 | $166,899.06 | | Undisputed |
| 19. | Fuller, Holsonback & Malloy | 400 N Ashley Dr. Suite 1500 Tampa, FL 33602 | $68,750.88 | | Undisputed |

| 20. | Gould & Goodrich | 709 E McNeil St. Lillington, NC 27546 | $4,914.00 | | Disputed |
|---|---|---|---|---|---|
| 21. | GR Marketing & Graphic Design | 5911 Benjamin Center Drive Tampa, FL 33634 | $299.60 | | Undisputed |
| 22. | Gray Robinson | Suite 1400 301 E Pine Street Orlando, FL 32802 | $36,827.19 | | Undisputed |
| 23. | Hass Factory Outlet, LLC | 913 US Hwy 301 S Tampa, FL 33619 | $2,051.94 | | Undisputed |
| 24. | IKON | LDS Southeast District – ATL P.O. Box 532545 Atlanta, GA 30353-2545 | $3,319.87 | | Undisputed |
| 25. | Jones Varges | 3773 Howard Hughes Parkway, 3rd FL South Las Vegas, NV 89109 | $1,976.92 | | Undisputed |
| 26. | Killman, Murrell & Company | 1931 E 37th Street Suite 7 Odessa, TX 79762 | $51,000.00 | | Undisputed |
| 27. | Lake Emergency SVCS, Inc-West | P.O. Box 30669 Middleburg Hts, OH 44130-0669 | $182.00 | | Undisputed |
| 28. | LegaLink | Attn: A/R P.O. Box 277951 Atlanta, GA 30384 | $3,179.55 | | Undisputed |
| 29. | Lowndes, Drosdick, Doster, Kantor & Reed | 215 N Eola Drive Orlando, FL 32801-2028 | $5,979.46 | | Undisputed |
| 30. | LWC Distributors, Inc. | 28056 Oakland Oaks Ct Wixom, MI 48393 | $706.00 | | Undisputed |
| 31. | McCarthy, Lebit, Crystal & Liffman Co. | 101 W Prospect Ave., Suite 1800 Cleveland, OH 44115-1088 | $4,763.93 | | Undisputed |
| 32. | Mergent | P.O. Box 403123 Atlanta, GA 30384-3123 | $975.00 | | Undisputed |
| 33. | MLQ Attorney Services | 2000 Riveredge Parkway Suite 885, Atlanta, GA 30328 | $455.00 | | Undisputed |
| 34. | MSC Industrial Supply Co., Inc. | Dept CH 0075 Palatine, IL 60094-4151 | $3,879.59 | | Undisputed |
| 35. | Navigent Consulting | 30 S Wacker Drive Suite 3100 Chicago, IL 60606 | $48,061.00 | | Disputed |
| 36. | Pitney Bowes | Purchase Power P.O. Box 856042 | $1,157.00 | | Undisputed |
| 37. | PR Newswire | Attn: A/R 806 Plaza Street New Jersey, NJ 07311-3801 | $680.00 | | Undisputed |
| 38. | Pure Compliance | P.O. Box 951839 Dallas, TX 75395-1838 | $1,037.00 | | Undisputed |
| 39. | Register Agent, Inc. | P.O. Box 2572 Carson City, NV 89702-2572 | $195.00 | | Undisputed |
| 40. | Rogers & Hardin | 2700 International Tower 229 Peachtree St Atlanta, GA 30303-1601 | $357,204.03 | | Undisputed |
| 41. | Staples | Dept 51-7872552640 P.O. Box 9020 | $2,234.82 | | Undisputed |

| | | Des Moines, IA 50368-9020 | | | |
|---|---|---|---|---|---|
| 42. | Tampa International Interpreters, LLC | 4135 Waters Ave. Tampa, FL 33614 | $367.68 | | Undisputed |
| 43. | Taser International, Inc. | 17800 N. 85th St. Scottsdale, AZ 85255-6311 | Notice only | | Undisputed |
| 44. | The Hartford | P.O. Box 2907 Hartford, CT 06104-2907 | $309.83 | | Undisputed |
| 45. | Tri Town Precision Plastics, Inc. | 12 Bridge Street Deep River, CT 06417 | $93,629.94 | | Undisputed |
| 46. | Ulmer Berne, LLP | Attorneys at Law, 1660 W 2nd St. Suite 1100 Cleveland, OH 44113-1448 | $3,696.65 | | Undisputed |
| 47. | Vanderhoef Design, Inc. | 30 Perseverance Way Hyannis, MA 02601 | $25,000.00 | | Undisputed |
| 48. | Wayne McDaniel | 601 S. Cedar Lake Dr. Columbia, MO 65203 | $1,630.52 | | Undisputed |
| 49. | Zelle McDonough, LLP | Four Longfellow Place Boston, MA 02114 | $4,235.00 | | Undisputed |
| 50. | Henry Co. SO – GA | Accounts Payable 120 Henry Pkwy McDonough GA 30253 | Notice only | | Undisputed |
| 51. | Standard DIST | Attn: Accounts Payable 4920 E 345th Street Willoughby, OH 44094 | Notice only | | Undisputed |
| 52. | Sioux Sales DIST | Accounts Payable P.O. Box 3276 Sioux City IA 51102-3276 | Notice only | | Undisputed |
| 53. | Clever PD | Attn: Accounts Payable PO Box 52 Clever, MO 65631 | Notice only | | Undisputed |
| 54. | Fife Police Department | Chief Mark Mears 3737 Pacific Highway East Fife, Washington 98424 | Notice only | | Undisputed |
| 55. | Henry Co PD – GA | Attn: Accounts Payable 108 Zack Hinton Parkway McDonough, GA 30253 | Notice only | | Undisputed |
| 56. | L & A Firearms | Attn: Josh Long 1704 W. Main Street Union City, TN 38261 | Notice only | | Undisputed |
| 57. | Durant PD – MS | P.O. Box 272 Durant, MS 39063 | Notice only | | Undisputed |
| 58. | Green Valley PD | Chief Randall Willoby PO Box 110 Green Valley IL 61534-0110 | Notice only | | Undisputed |
| 59. | Patterson PD – PA | Attn: Richard Cindrich 1800 Dixon Way Beaver Falls, PA 15010-2868 | Notice only | | Undisputed |
| 60. | KS DOC – El Dorado CF | Accounts Payable PO Box 311 El Dorado KS 67042 | Notice only | | Undisputed |

| | | | | |
|---|---|---|---|---|
| 61. | Southeast Public Safety | Attn: Brad Johnson 3330 New Easley Hwy Greenville SC 29611 | Notice only | | Undisputed |
| 62. | Jasper PD | Accounts Payable P.O. Box 1589 Jasper AL 35501 | Notice only | | Undisputed |
| 63. | Kingston PD – OK | P O Box 638 Kingston, OK 73439 | Notice only | | Undisputed |
| 64. | Putnam County SO – GA | Attn: Accounts Payable P.O. Box 3637 Eatonton, GA 31024 | Notice only | | Undisputed |
| 65. | Dos Palos PD – CA | 1546 Golden Gate Ave. Dos Palos, CA 93620 | Notice only | | Undisputed |
| 66. | Hill Country Village – TX | 116 Aspen Lane Hill Country Village, TX 78232 | Notice only | | Undisputed |
| 67. | Drew PD – MS | Chief Anthony Gibson 120 West Shaw Ave Drew, MS 38737 | Notice only | | Undisputed |
| 68. | Smyrna Police Distributors | 630-B Windy Hill Rd Smyrna, GA 30080 | Notice only | | Undisputed |
| 69. | Pooler PD | Attn: Maj. David Burke 119 W Hwy 80 Pooler, GA 31322 | Notice only | | Undisputed |
| 70. | Marshall Co. SO – OK | Accounts Payable 207 North Fourth Street Madill, OK 73446 | Notice only | | Undisputed |
| 71. | Godley PD – TX | Attn: Linda Leight City Secretary P.O. Box 27 Godley, TX 76044 | Notice only | | Undisputed |
| 72. | Tequesta PD, Villiage of | Attn: Accounts Payable 357 Tequesta Drive Tequesta, FL 33469 | Notice only | | Undisputed |
| 73. | Mendota PD – CA | Attn: Gerald Galvin 643 Quince Street Mendota, CA 93640 | Notice only | | Undisputed |
| 74. | Lee Co SO – GA | Attn: Maj. Dennis Parker 119 Pinewood Road Leesburg, GA 31763 | Notice only | | Undisputed |
| 75. | Galva PD | Chief J L Clark 103 N Center Ave Galva IL 61434 | Notice only | | Undisputed |
| 76. | Ward PD – AR | PO Box 237 405 Hickory Street Ward, AR 72176 | Notice only | | Undisputed |
| 77. | Norfolk Police Department | Attn: Accounts Payable P.O. Box 3908 Norfolk VA 23514-3908 | Notice only | | Undisputed |
| 78. | Castle Hills PD – TX | Attn: Accounts Payable 209 Lemonwood Dr. San Antonio, TX 78213 | Notice only | | Undisputed |
| 79. | Mascotte PD – FL | Attn: Accounts Payable 100 E. Myers Blvd. Mascotte, FL 34753 | Notice only | | Undisputed |
| 80. | Muldraugh PD – KY | Attn: Payables Department 120 South Main Street Muldraugh, KY 40155 | Notice only | | Undisputed |
| 81. | Marion Co. SO – MS | Attn: Accounts Payable | Notice only | | Undisputed |

| | | 503 S Main St<br>Columbia, MS 39429 | | | |
|---|---|---|---|---|---|
| 82. | Lancaster Co – PA | Attn:Sgt. William Aberts<br>625 East King Street<br>Lancaster, PA 17602 | Notice only | | Undisputed |
| 83. | Grimes Co SO – TX | Attn: Accounts Payable<br>382 FM 149<br>West Anderson, TX 77830 | Notice only | | Undisputed |
| 84. | Sullivan Police Department | Attn: Accounts Payable<br>32 N. Court Street<br>Sullivan, IN 47882 | Notice only | | Undisputed |
| 85. | Taylor PD – MI | Chief Dale Tamsen<br>23515 Goddard Rd<br>Taylor MI 48180 | Notice only | | Undisputed |
| 86. | Prairie du Chien PD | Chief Michael King<br>228 N Beaumont St<br>Prairie du Chien WI 53821 | Notice only | | Undisputed |
| 87. | Peabody PD | Chief Bruce F. Burke<br>300 N Walnut<br>Peabody KS 66866 | Notice only | | Undisputed |
| 88. | Upson Co SO – GA | Attn: Accounts Payable<br>235 Aviation Drive<br>Thomaston, GA 30286 | Notice only | | Undisputed |
| 89. | Iberville Parish – LA | P. O. Box 389<br>Plaquemine, LA 70764 | Notice only | | Undisputed |
| 90. | Hot Springs PD – AR | Accounts Payable<br>P.O. Box 6300<br>Hot Springs, AR 71902 | Notice only | | Undisputed |
| 91. | Jasper Co SO – GA | Attn: Lt. Donnie Pope<br>PO BOX 311<br>Monticello, GA 31064 | Notice only | | Undisputed |
| 92. | Brazos Co – TX | Accounts Payable<br>1700 HWY 21<br>West Bryan, TX 77803 | Notice only | | Undisputed |
| 93. | Pendleton Co Constable – KY | Constable Louis McCord<br>360 Kennedy Ridge Rd<br>Falmouth, KY 41040 | Notice only | | Undisputed |
| 94. | Willard PD – MO | Chief Tom McClain<br>PO Box 187<br>Willard, MO 65781 | Notice only | | Undisputed |
| 95. | Leon Co SO – FL | Sgt Charlie Strickland<br>2825 Municipal Way<br>Tallahassee FL 32304 | Notice only | | Undisputed |
| 96. | Bishopville PD – SC | Attn: Cam Watson<br>12 E. Council St<br>Bishopville SC 29010 | Notice only | | Undisputed |
| 97. | Marion Co. SO – MS | Attn: Accounts Payable<br>503 S Main St<br>Columbia, MS 39429 | Notice only | | Undisputed |
| 98. | Wellsville PD – OH | Accounts Payable 1200<br>Main Street<br>Wellsville, OH 43968 | Notice only | | Undisputed |
| 99. | Walkerton PD | Attn: Chief Layer 402<br>Michigan St<br>Walkerton IN 46574 | Notice only | | Undisputed |
| 100. | Morton, City of – MS | Attn: Accounts Payable<br>P.O. Box 555<br>Morton, MS 39117 | Notice only | | Undisputed |

| | | | | |
|---|---|---|---|---|
| 101. | L & A Firearms | Attn: Josh Long<br>1704 W. Main Street<br>Union City, TN 38261 | Notice only | | Undisputed |
| 102. | PA DOC - Training Academy | Accounts Payable<br>1451 N Market St<br>Elizabethtown PA 17022 | Notice only | | Undisputed |
| 103. | Chelsea PD – OK | Attn: Jeremy Murrell<br>508 Vine<br>Chelsea, OK 74016 | Notice only | | Undisputed |
| 104. | Jackson Co SO – OR | Dep. Ken Cosgrove<br>787 West 8th Street<br>Medford, OR 97501 | Notice only | | Undisputed |
| 105. | Marshall Co. SO – OK | Accounts Payable<br>207 North Fourth Street<br>Madill, OK 73446 | Notice only | | Undisputed |
| 106. | Durant PD – MS | P.O. Box 272<br>Durant, MS 39063 | Notice only | | Undisputed |
| 107. | East Coast Gun Sales, LLC – PA | 139 Apple Street<br>Duncansville, PA 16635 | Notice only | | Undisputed |
| 108. | Choctaw County SO - Hugo, Ok | Attn: Accounts Payable<br>305 East Jefferson<br>Hugo, OK 74743 | Notice only | | Undisputed |
| 109. | WA DOC - SW Region Business Office | P O Box 41107<br>Olympia, WA 98504-1107 | Notice only | | Undisputed |
| 110. | Mendota PD – CA | Attn: Gerald Galvin 643<br>Quince Street<br>Mendota, CA 93640 | Notice only | | Undisputed |
| 111. | Rockdale Co SO – GA | Attn: Capt. G. Boswell<br>911 Chambers Drive<br>Conyers, GA 30012 | Notice only | | Undisputed |
| 112. | Oakley PD – KS | Attn: Chief Danny<br>Shanks 209 Hudson<br>Oakley, KS 67748 | Notice only | | Undisputed |
| 113. | Leon Valley PD – TX | Attn: Rhonda Hewitt<br>6400 El Verde Road<br>Leon Valley, TX 78238 | Notice only | | Undisputed |
| 114. | Tuscumbia PD | Accounts Payable PO<br>Box 967<br>Tuscumbia AL 35674 | Notice only | | Undisputed |
| 115. | Ferriday PD | Department of Police<br>Attn: Accounts Payable<br>1302 E. E. Wallace<br>Blvd.<br>Ferriday, LA 71334 | Notice only | | Undisputed |
| 116. | Marshall Co. SO – OK | Accounts Payable 207<br>North Fourth Street<br>Madill, OK 73446 | Notice only | | Undisputed |
| 117. | Palmetto PD – FL | PO Box 1209<br>Palmetto, FL 34220-1209 | Notice only | | Undisputed |
| 118. | Missouri City PD – TX | Accounts Payable 1522<br>Texas Pkwy<br>Missouri City, TX 77489 | Notice only | | Undisputed |
| 119. | Kenneth City PD – FL | 4600 58th Street North<br>Kenneth City, FL 33709 | Notice only | | Undisputed |
| 120. | Crook County Sheriff's Office | Attn: Accounts Payable<br>308 E 2nd Street<br>Prineville, OR 97754 | Notice only | | Undisputed |
| 121. | Gordon College Dept. of Public Safety- | Accounts Payable | Notice only | | Undisputed |

| | | | | | |
|---|---|---|---|---|---|
| | GA | 419 College Drive Barnesville, GA 30204 | | | |
| 122. | Helotes PD – TX | PO BOX 507 Helotes, TX 78023 | Notice only | | Undisputed |
| 123. | St Tammany Parish SO | Attn Accounts Payable P.O. Box 1229 Slidell, LA 70459-1229 | Notice only | | Undisputed |
| 124. | Laurinburg PD – NC | 303 West Church Street Laurinburg, NC 28352 | Notice only | | Undisputed |
| 125. | Hill Country Village – TX | 116 Aspen Lane Hill Country Village, TX 78232 | Notice only | | Undisputed |
| 126. | Upson Co SO – GA | Attn: Accounts Payable 235 Aviation Drive Thomaston, GA 30286 | Notice only | | Undisputed |
| 127. | Zionsville PD – IN | Accounts Payable 1075 Parkway Drive Zionsville, IN 46077 | Notice only | | Undisputed |
| 128. | Ardmore PD – AL | Officer Terry Johnson 26704 Main St Ardmore AL 38449 | Notice only | | Undisputed |
| 129. | Spring Bay PD | Chief Norman Schaer 407 W Caroline St Spring Bay IL 61611 | Notice only | | Undisputed |
| 130. | Oakley PD – KS | Attn: Chief Danny Shanks 209 Hudson Oakley, KS 67748 | Notice only | | Undisputed |
| 131. | McDonald Co SO – MO | Accounts Payable PO Box 68 Pineville MO 64856 | Notice only | | Undisputed |
| 132. | Leon Co SO – FL | Sgt Charlie Strickland 2825 Municipal Way Tallahassee FL 32304 | Notice only | | Undisputed |
| 133. | Levelland PD – TX | Attn: Shawn Wilson 1310 Avenue H Levelland, TX 79336 | Notice only | | Undisputed |
| 134. | Baileyton PD – TN | Accounts Payable 6530 Horton Hwy Greeneville, TN 37745 | Notice only | | Undisputed |
| 135. | Hickman Co SO – TN | Accounts Payable 108 College Ave. Centerville, TN 37033 | Notice only | | Undisputed |
| 136. | Crawford Co. SO – IN | Attn: Accounts Payable P.O. Box 220 English, IN 47118 | Notice only | | Undisputed |
| 137. | North Randall PD – OH | Attn: Accounts Payable 4920 E 345th Street Willoughby, OH 44094 | Notice only | | Undisputed |
| 138. | Webster Co SD – WV | Attn: Accounts Payable 2 Court Square G3 Webster Springs, WV 26288 | Notice only | | Undisputed |
| 139. | Graham Co SO – AZ | 921 Thatcher Blvd Safford, AZ 85546 | Notice only | | Undisputed |
| 140. | Gallup McKinley Co – NM | Accounts Payable P.O. Box 70 Gallup, NM 87305-0070 | Notice only | | Undisputed |
| 141. | Campbell PD – OH | Accounts Payable 351 Tenney Ave | Notice only | | Undisputed |

| | | Campbell, OH 44405 | | | |
|---|---|---|---|---|---|
| 142. | Mustang Ridge PD – TX | Attn: Chief Gonzales 12800 Highway 183 South Mustang Ridge, TX 78610 | Notice only | | Undisputed |
| 143. | Guy PD – AR | PO Box 12 Guy, AR 72061 | Notice only | | Undisputed |
| 144. | Boyd Co SO – NE | Accounts Payable PO Box 48 Butte NE 68722 | Notice only | | Undisputed |
| 145. | Isola PD – MS | Accounts Payable 205 Julia Street Isola, MS 38754 | Notice only | | Undisputed |
| 146. | Whitestown PD – IN | Accounts Payable PO Box 332 Whitestown, IN 46075 | Notice only | | Undisputed |
| 147. | Lincoln Co SO | Accounts Payable 225 W Olive Street Newport OR 97365 | Notice only | | Undisputed |
| 148. | Opa-Locka PD– FL | City of Opa-Locka Attn: Accounts Payable 2495 Ali-Baba Avenue Opa-Locka, FL | Notice only | | Undisputed |
| 149. | Greenfield PD – IA | Account Payable 211 South 1st Street Greenfield, IA 50849 | Notice only | | Undisputed |
| 150. | Hogansville PD – GA | Attn: Accounts Payable 117 Lincoln Street Hogansville, GA 30230-1335 | Notice only | | Undisputed |
| 151. | Tignall PD – GA | Accounts Payable P.O. Box 218 Tignall, GA 30668 | Notice only | | Undisputed |
| 152. | Rio Vista PD – TX | Accounts Payable P.O. Box 129 Rio Vista, TX 76093 | Notice only | | Undisputed |
| 153. | Boone CO SD – NE | Accounts Payable 217 South 5th Street Albion, NE 68620 | Notice only | | Undisputed |
| 154. | Harrodsburg PD – KY | Chief Rodney Harlow 411 N Greenville St Harrodsburg KY 40330 | Notice only | | Undisputed |
| 155. | DE DOJ | Accounts Payable 820 N. French Street 6th Floor Wilmington, DE 19801 | Notice only | | Undisputed |

2.    List all wages owed showing:

| Name | Address | Amount | Collateral | Whether or not Disputed |
|---|---|---|---|---|
| None | None | None | None | None |

3.    Consumer deposits:

| Name | Address | Amount | Collateral | Whether or not Disputed |
|---|---|---|---|---|
| None | None | None | None | None |

4.   Secured Creditors:

| No. | Name | Address | Amount | Collateral | Whether or not Disputed |
|-----|------|---------|--------|-----------|------------------------|
| 1. | Castlerigg Master Investments, Ltd. | c/o Sandell Asset Management 40 West 57th 26th Floor New York, NY 10019 | $5,413,902.23 | Blanket Lien | Undisputed |
| 2. | CNC Associates, Inc. | File 51160 Los Angeles, CA 90074-1160 | $23,100.28 | Equipment (Under Secured) | Undisputed |
| 3. | Debt Opportunity Fund, LLLP, as Collateral Agent c/o Vicis Captial Master Fund | 445 Park Avenue 16th Floor New York, NY 10022 | $3,686,875.00 | Blanket Lien | Undisputed |

5.   List all taxes owed showing:

| Name | Address | Amount | Collateral | Whether or not Disputed |
|------|---------|--------|-----------|------------------------|
| Federal Unemployment | Internal Revenue Service Cincinnati, OH 4599-0039 | $961.25 | | Undisputed |
| OH – Withholding | Treasurer State of Ohio Ohio Department of Taxation PO Box 347 Columbus, OH 43216 | $2,767.37 | | Undisputed |
| OH – Mun. Tx | Ohio Income Tax Agency PO Box 94951 Cleveland, OH 44101-4951 | $1,717.75 | | Undisputed |
| NHES- NH UC | State of NH-UC Fund 32 South Main Street Concord, NH 03301-4857 | $102.82 | | Undisputed |
| LA UC | LA Workforce Commission Office of Unemployment Insurance P.O. Box 94050 Baton Rouge, LA 70804-9050 | 928.64 | | Disputed |

6.   List all unsecured claims showing:

| No. | Name | Address | Amount | Collateral | Whether or not Disputed |
|-----|------|---------|--------|-----------|------------------------|
| 1. | Atlantic Gasket | 3908 Frankford Avenue Philadelphia, PA 19124 | $640.20 | | Undisputed |
| 2. | Baccolini Enterprises | 741 Keewaydin Court San Jose, CA 95111 | $2,171.11 | | Undisputed |
| 3. | Bellistri, Ronald | 221-04 Corbett Rd. Bayside, NY 11361 | $30,000.00 | | Undisputed |
| 4. | Blade-Tech Industries | 5530 184th St. East, Suite A Puyallup, WA 98375 | $17,008.80 | | Undisputed |
| 5. | Bowne of Atlanta, Inc. | P.O. Box 101591 Atlanta, GA 30392-1691 | $19,470.00 | | Undisputed |
| 6. | BTX Air Express | P.O. Box 853 Shelton, CT 06484 | $1,315.00 | | Undisputed |

| | | | | | |
|---|---|---|---|---|---|
| 7. | CNC Associates, Inc. | File 51160<br>Los Angeles, CA 90074-1160 | $23,100.28 | | Undisputed |
| 8. | CT Corporation | P.O. Box 4349<br>Carol Stream, IL 60197-4349 | $703.10 | | Undisputed |
| 9. | CUSIP | P.O. Box 19140A<br>Newark, NJ 07195 | $100.00 | | Undisputed |
| 10. | DeSantis Holster and Leather Goods Co. | 431 Bayview Ave<br>Amityville, NY 11701 | $342.32 | | Undisputed |
| 11. | DLA Piper | P.O. Box 64029<br>Baltimore, MD 21264-4029 | $124,214.36 | | Undisputed |
| 12. | Duncanson Electric Co | 1770 Kenesaw Lane<br>Clearwater, FL 33765 | $7,806.56 | | Undisputed |
| 13. | Electronic Design Associates | 12918 Commodity Place<br>Tampa, FL 33626 | $62,939.63 | | Undisputed |
| 14. | Electronic Manufacturing Co. | 13440 Wright Circle<br>Tampa, FL 33626 | $28,005.28 | | Undisputed |
| 15. | Fennemore Craig, P.C. | 3003 N Central Ave.<br>Suite 2600<br>Phoenix, AZ 85010-2913 | $166,496.86 | | Undisputed |
| 16. | Fuller, Holsonback & Malloy | 400 N Ashley Dr.<br>Suite 1500<br>Tampa, FL 33602 | $68,750.88 | | Undisputed |
| 17. | Gould & Goodrich | 709 E McNeil St.<br>Lillington, NC 27546 | $4,914.00 | | Disputed |
| 18. | GR Marketing & Graphic Design | 5911 Benjamin Center Drive<br>Tampa, FL 33634 | $299.60 | | Undisputed |
| 19. | Gray Robinson | Suite 1400<br>301 E Pine Street<br>Orlando, FL 32802 | $36,827.19 | | Undisputed |
| 20. | Hass Factory Outlet, LLC | 913 US Hwy 301 S<br>Tampa, FL 33619 | $2,051.94 | | Undisputed |
| 21. | IKON | LDS<br>Southeast District – ATL<br>P.O. Box 532545<br>Atlanta, GA 30353-2545 | $3,319.87 | | Undisputed |
| 22. | Jones Varges | 3773 Howard Hughes Parkway, 3rd FL South<br>Las Vegas, NV 89109 | $1,976.92 | | Undisputed |
| 23. | Killman, Murrell & Company | 1931 E 37th Street<br>Suite 7<br>Odessa, TX 79762 | $51,000.00 | | Undisputed |
| 24. | Lake Emergency SVCS, Inc-West | P.O. Box 30669<br>Middleburg Hts, OH 44130-0669 | $182.00 | | Undisputed |
| 25. | LegaLink | Attn: A/R<br>P.O. Box 277951<br>Atlanta, GA 30384 | $3,179.55 | | Undisputed |
| 26. | Lowndes, Drosdick, Doster, Kantor & Reed | 215 N Eola Drive<br>Orlando, FL 32801-2028 | $5,979.46 | | Undisputed |
| 27. | LWC Distributors, Inc. | 28056 Oakland Oaks Ct<br>Wixom, MI 48393 | $706.00 | | Undisputed |
| 28. | McCarthy, Lebit, Crystal & Liffman Co. | 101 W Prospect Ave.,<br>Suite 1800<br>Cleveland, OH 44115- | $4,763.93 | | Undisputed |

| | | 1088 | | | |
|---|---|---|---|---|---|
| 29. | Mergent | P.O. Box 403123 Atlanta, GA 30384-3123 | $975.00 | | Undisputed |
| 30. | MLQ Attorney Services | 2000 Riveredge Parkway Suite 885, Atlanta, GA 30328 | $455.00 | | Undisputed |
| 31. | MSC Industrial Supply Co., Inc. | Dept CH 0075 Palatine, IL 60094-4151 | $3,879.59 | | Undisputed |
| 32. | Navigant Consulting | 30 S Wacker Drive Suite 3100 Chicago, IL 60606 | $48,061.00 | | Disputed |
| 33. | Pitney Bowes | Purchase Power P.O. Box 856042 Louisville, KY 40285 | $1,157.00 | | Undisputed |
| 34. | PR Newswire | Attn: A/R 806 Plaza Street New Jersey, NJ 07311-3801 | $680.00 | | Undisputed |
| 35. | Parc Compliance | P.O. Box 951839 Dallas, TX 75395-1838 | $1,037.00 | | Undisputed |
| 36. | Register Agent, Inc. | P.O. Box 2572 Carson City, NV 89702-2572 | $195.00 | | Undisputed |
| 37. | Rogers & Hardin | 2700 International Tower 229 Peachtree St Atlanta, GA 30303-1601 | $357,204.03 | | Undisputed |
| 38. | Staples | Dept 51-7872552640 P.O. Box 9020 Des Moines, IA 50368-9020 | $2,234.82 | | Undisputed |
| 39. | Tampa International Interpreters, LLC | 4135 Waters Ave. Tampa, FL 33614 | $367.68 | | Undisputed |
| 40. | Taser International, Inc | 17800 N. 85th St. Scottsdale, AZ 85255-6311 | Notice only | | Undisputed |
| 41. | The Hartford | P.O. Box 2907 Hartford, CT 06104-2907 | $309.83 | | Undisputed |
| 42. | Tri Town Precision Plastics, Inc. | 12 Bridge Street Deep River, CT 06417 | $93,629.94 | | Undisputed |
| 43. | Ulmer Berne, LLP | Attorneys at Law, 1660 W 2nd St. Suite 1100 Cleveland, OH 44113-1448 | $3,696.65 | | Disputed |
| 44. | Vanderhoef Design, Inc. | 30 Perseverance Way Hyannis, MA 02601 | $25,000.00 | | Undisputed |
| 45. | Wayne McDaniel | 601 S. Cedar Lake Dr. Columbia, MO 65203 | $1,630.52 | | Undisputed |
| 46. | Zelle McDonough, LLP | Four Longfellow Place Boston, MA 02114 | $4,235.00 | | Undisputed |
| 47. | Henry Co. SO – GA | Accounts Payable 120 Henry Pkwy McDonough GA 30253 | Notice only | | Undisputed |
| 48. | Standard DIST | Attn: Accounts Payable 4920 E 345th Street Willoughby, OH 44094 | Notice only | | Undisputed |
| 49. | Sioux Sales DIST | Accounts Payable P.O. Box 3276 | Notice only | | Undisputed |

| | | Sioux City IA 51102-3276 | | | |
|---|---|---|---|---|---|
| 50. | Clever PD | Attn: Accounts Payable PO Box 52 Clever, MO 65631 | Notice only | | Undisputed |
| 51. | Fife Police Department | Chief Mark Mears 3737 Pacific Highway East Fife, Washington 98424 | Notice only | | Undisputed |
| 52. | Henry Co PD – GA | Attn: Accounts Payable 108 Zack Hinton Parkway McDonough, GA 30253 | Notice only | | Undisputed |
| 53. | L & A Firearms | Attn: Josh Long 1704 W. Main Street Union City, TN 38261 | Notice only | | Undisputed |
| 54. | Durant PD – MS | P.O. Box 272 Durant, MS 39063 | Notice only | | Undisputed |
| 55. | Green Valley PD | Chief Randall Willoby PO Box 110 Green Valley IL 61534-0110 | Notice only | | Undisputed |
| 56. | Patterson PD – PA | Attn: Richard Cindrich 1800 Dixon Way Beaver Falls, PA 15010-2868 | Notice only | | Undisputed |
| 57. | KS DOC - El Dorado CF | Accounts Payable PO Box 311 El Dorado KS 67042 | Notice only | | Undisputed |
| 58. | Southeast Public Safety | Attn: Brad Johnson 3330 New Easley Hwy Greenville SC 29611 | Notice only | | Undisputed |
| 59. | Jasper PD | Accounts Payable P.O. Box 1589 Jasper AL 35501 | Notice only | | Undisputed |
| 60. | Kingston PD – OK | P O Box 638 Kingston, OK 73439 | Notice only | | Undisputed |
| 61. | Putnam County SO – GA | Attn: Accounts Payable P.O. Box 3637 Eatonton, GA 31024 | Notice only | | Undisputed |
| 62. | Dos Palos PD – CA | 1546 Golden Gate Ave. Dos Palos, CA 93620 | Notice only | | Undisputed |
| 63. | Hill Country Village – TX | 116 Aspen Lane Hill Country Village, TX 78232 | Notice only | | Undisputed |
| 64. | Drew PD – MS | Chief Anthony Gibson 120 West Shaw Ave Drew, MS 38737 | Notice only | | Undisputed |
| 65. | Smyrna Police Distributors | 630-B Windy Hill Rd Smyrna, GA 30080 | Notice only | | Undisputed |
| 66. | Pooler PD | Attn: Maj. David Burke 119 W Hwy 80 Pooler, GA 31322 | Notice only | | Undisputed |
| 67. | Marshall Co. SO – OK | Accounts Payable 207 North Fourth Street Madill, OK 73446 | Notice only | | Undisputed |
| 68. | Godley PD – TX | Attn: Linda Leight City Secretary P.O. Box 27 Godley, TX 76044 | Notice only | | Undisputed |
| 69. | Tequesta PD, Villiage of | Attn: Accounts Payable | Notice only | | Undisputed |

| | | 357 Tequesta Drive<br>Tequesta, FL 33469 | | | |
|---|---|---|---|---|---|
| 70. | Mendota PD – CA | Attn: Gerald Galvin<br>643 Quince Street<br>Mendota, CA  93640 | Notice only | | Undisputed |
| 71. | Lee Co SO – GA | Attn: Maj. Dennis Parker<br>119 Pinewood Road<br>Leesburg, GA  31763 | Notice only | | Undisputed |
| 72. | Galva PD | Chief J L Clark<br>103 N Center Ave<br>Galva IL  61434 | Notice only | | Undisputed |
| 73. | Ward PD – AR | PO Box 237<br>405 Hickory Street<br>Ward, AR  72176 | Notice only | | Undisputed |
| 74. | Norfolk Police Department | Attn:  Accounts Payable<br>P.O. Box 3908<br>Norfolk VA  23514-3908 | Notice only | | Undisputed |
| 75. | Castle Hills PD – TX | Attn:  Accounts Payable<br>209 Lemonwood Dr.<br>San Antonio, TX 78213 | Notice only | | Undisputed |
| 76. | Mascotte PD – FL | Attn:  Accounts Payable<br>100 E. Myers Blvd.<br>Mascotte, FL 34753 | Notice only | | Undisputed |
| 77. | Muldraugh PD – KY | Attn: Payables<br>Department<br>120 South Main Street<br>Muldraugh, KY  40155 | Notice only | | Undisputed |
| 78. | Marion Co. SO – MS | Attn:  Accounts Payable<br>503 S Main St<br>Columbia, MS 39429 | Notice only | | Undisputed |
| 79. | Lancaster Co – PA | Attn:Sgt. William Aberts<br>625 East King Street<br>Lancaster, PA  17602 | Notice only | | Undisputed |
| 80. | Grimes Co SO – TX | Attn:  Accounts Payable<br>382 FM 149<br>West Anderson, TX<br>77830 | Notice only | | Undisputed |
| 81. | Sullivan Police Department | Attn: Accounts Payable<br>32 N. Court Street<br>Sullivan, IN 47882 | Notice only | | Undisputed |
| 82. | Taylor PD – MI | Chief Dale Tamsen<br>23515 Goddard Rd<br>Taylor MI  48180 | Notice only | | Undisputed |
| 83. | Prairie du Chien PD | Chief Michael King<br>228 N Beaumont St<br>Prairie du Chien WI<br>53821 | Notice only | | Undisputed |
| 84. | Peabody PD | Chief Bruce F. Burke<br>300 N Walnut<br>Peabody KS  66866 | Notice only | | Undisputed |
| 85. | Upson Co SO – GA | Attn:  Accounts Payable<br>235 Aviation Drive<br>Thomaston, GA 30286 | Notice only | | Undisputed |
| 86. | Iberville Parish – LA | P. O. Box 389<br>Plaquemine, LA 70764 | Notice only | | Undisputed |
| 87. | Hot Springs PD – AR | Accounts Payable<br>P.O. Box 6300<br>Hot Springs, AR 71902 | Notice only | | Undisputed |
| 88. | Jasper Co SO – GA | Attn: Lt. Donnie Pope | Notice only | | Undisputed |

| | | PO BOX 311 Monticello, GA 31064 | | | |
|---|---|---|---|---|---|
| 89. | Brazos Co – TX | Accounts Payable 1700 HWY 21 West Bryan, TX 77803 | Notice only | | Undisputed |
| 90. | Pendleton Co Constable – KY | Constable Louis McCord 360 Kennedy Ridge Rd Falmouth, KY 41040 | Notice only | | Undisputed |
| 91. | Willard PD – MO | Chief Tom McClain PO Box 187 Willard, MO 65781 | Notice only | | Undisputed |
| 92. | Leon Co SO – FL | Sgt Charlie Strickland 2825 Municipal Way Tallahassee FL  32304 | Notice only | | Undisputed |
| 93. | Bishopville PD – SC | Attn: Cam Watson 12 E. Council St Bishopville SC  29010 | Notice only | | Undisputed |
| 94. | Marion Co. SO – MS | Attn: Accounts Payable 503 S Main St Columbia, MS 39429 | Notice only | | Undisputed |
| 95. | Wellsville PD – OH | Accounts Payable 1200 Main Street Wellsville, OH  43968 | Notice only | | Undisputed |
| 96. | Walkerton PD | Attn:  Chief Layer 402 Michigan St Walkerton IN  46574 | Notice only | | Undisputed |
| 97. | Morton, City of – MS | Attn:  Accounts Payable P.O. Box 355 Morton, MS 39117 | Notice only | | Undisputed |
| 98. | L & A Firearms | Attn: Josh Long 1704 W. Main Street Union City, TN  38261 | Notice only | | Undisputed |
| 99. | PA DOC - Training Academy | Accounts Payable 1451 N Market St Elizabethtown PA 17022 | Notice only | | Undisputed |
| 100. | Chelsea PD – OK | Attn: Jeremy Murrell 508 Vine Chelsea, OK  74016 | Notice only | | Undisputed |
| 101. | Jackson Co SO – OR | Dep. Ken Cosgrove 787 West 8th Street Medford, OR  97501 | Notice only | | Undisputed |
| 102. | Marshall Co. SO – OK | Accounts Payable 207 North Fourth Street Madill, OK  73446 | Notice only | | Undisputed |
| 103. | Durant PD – MS | P.O. Box 272 Durant, MS  39063 | Notice only | | Undisputed |
| 104. | East Coast Gun Sales, LLC – PA | 139 Apple Street Duncansville, PA  16635 | Notice only | | Undisputed |
| 105. | Choctaw County SO – Hugo, Ok | Attn: Accounts Payable 305 East Jefferson Hugo, OK 74743 | Notice only | | Undisputed |
| 106. | WA DOC - SW Region Business Office | P O Box 41107 Olympia, WA  98504-1107 | Notice only | | Undisputed |
| 107. | Mendota PD – CA | Attn: Gerald Galvin 643 Quince Street Mendota, CA  93640 | Notice only | | Undisputed |
| 108. | Rockdale Co SO – GA | Attn: Capt. G. Boswell 911 Chambers Drive Conyers, GA  30012 | Notice only | | Undisputed |
| 109. | Oakley PD – KS | Attn: Chief Danny | Notice only | | Undisputed |

| | | Shanks 209 Hudson Oakley, KS 67748 | | | |
|------|----------------------------------------|-----------------------------------------------------------------------|-------------|--|-----------|
| 110. | Leon Valley PD – TX | Attn: Rhonda Hewitt 6400 El Verde Road Leon Valley, TX 78238 | Notice only | | Undisputed |
| 111. | Tuscumbia PD | Accounts Payable PO Box 967 Tuscumbia AL 35674 | Notice only | | Undisputed |
| 112. | Ferriday PD | Department of Police Attn: Accounts Payable 1302 E. E. Wallace Blvd. Ferriday, LA 71334 | Notice only | | Undisputed |
| 113. | Marshall Co. SO – OK | Accounts Payable 207 North Fourth Street Madill, OK 73446 | Notice only | | Undisputed |
| 114. | Palmetto PD – FL | PO Box 1209 Palmetto, FL 34220-1209 | Notice only | | Undisputed |
| 115. | Missouri City PD – TX | Accounts Payable 1522 Texas Pkwy Missouri City, TX 77489 | Notice only | | Undisputed |
| 116. | Kenneth City PD – FL | 4600 58th Street North Kenneth City, FL 33709 | Notice only | | Undisputed |
| 117. | Crook County Sheriff's Office | Attn: Accounts Payable 308 E 2nd Street Prineville, OR 97754 | Notice only | | Undisputed |
| 118. | Gordon College Dept. of Public Safety-GA | Accounts Payable 419 College Drive Barnesville, GA 30204 | Notice only | | Undisputed |
| 119. | Helotes PD – TX | PO BOX 507 Helotes, TX 78023 | Notice only | | Undisputed |
| 120. | St Tammany Parish SO | Attn Accounts Payable P.O. Box 1229 Slidell, LA 70459-1229 | Notice only | | Undisputed |
| 121. | Laurinburg PD – NC | 303 West Church Street Laurinburg, NC 28352 | Notice only | | Undisputed |
| 122. | Hill Country Village – TX | 116 Aspen Lane Hill Country Village, TX 78232 | Notice only | | Undisputed |
| 123. | Upson Co SO – GA | Attn: Accounts Payable 235 Aviation Drive Thomaston, GA 30286 | Notice only | | Undisputed |
| 124. | Zionsville PD – IN | Accounts Payable 1075 Parkway Drive Zionsville, IN 46077 | Notice only | | Undisputed |
| 125. | Ardmore PD – AL | Officer Terry Johnson 26704 Main St Ardmore AL 38449 | Notice only | | Undisputed |
| 126. | Spring Bay PD | Chief Norman Schaer 407 W Caroline St Spring Bay IL 61611 | Notice only | | Undisputed |
| 127. | Oakley PD – KS | Attn: Chief Danny Shanks 209 Hudson Oakley, KS 67748 | Notice only | | Undisputed |
| 128. | McDonald Co SO – MO | Accounts Payable PO Box 68 Pineville MO 64856 | Notice only | | Undisputed |
| 129. | Leon Co SO – FL | Sgt Charlie Strickland | Notice only | | Undisputed |

| | | 2825 Municipal Way Tallahassee FL 32304 | | | |
|---|---|---|---|---|---|
| 130. | Levelland PD – TX | Attn: Shawn Wilson 1310 Avenue H Levelland, TX 79336 | Notice only | | Undisputed |
| 131. | Baileyton PD – TN | Accounts Payable 6530 Horton Hwy Greeneville, TN 37745 | Notice only | | Undisputed |
| 132. | Hickman Co SO – TN | Accounts Payable 108 College Ave. Centerville, TN 37033 | Notice only | | Undisputed |
| 133. | Crawford Co. SO – IN | Attn: Accounts Payable P.O. Box 220 English, IN 47118 | Notice only | | Undisputed |
| 134. | North Randall PD – OH | Attn:  Accounts Payable 4920 E 345th Street Willoughby, OH 44094 | Notice only | | Undisputed |
| 135. | Webster Co SD – WV | Attn: Accounts Payable 2 Court Square G3 Webster Springs, WV 26288 | Notice only | | Undisputed |
| 136. | Graham Co SO – AZ | 921 Thatcher Blvd Safford, AZ 85546 | Notice only | | Undisputed |
| 137. | Gallup McKinley Co – NM | Accounts Payable P.O. Box 70 Gallup, NM 87305-0070 | Notice only | | Undisputed |
| 138. | Campbell PD – OH | Accounts Payable 351 Tenney Ave Campbell, OH 44405 | Notice only | | Undisputed |
| 139. | Mustang Ridge PD – TX | Attn: Chief Gonzales 12800 Highway 183 South Mustang Ridge, TX 78610 | Notice only | | Undisputed |
| 140. | Guy PD – AR | PO Box 12 Guy, AR 72061 | Notice only | | Undisputed |
| 141. | Boyd Co SO – NE | Accounts Payable PO Box 48 Butte NE  68722 | Notice only | | Undisputed |
| 142. | Isola PD – MS | Accounts Payable 203 Julia Street Isola, MS 38754 | Notice only | | Undisputed |
| 143. | Whitestown PD – IN | Accounts Payable PO Box 332 Whitestown, IN 46075 | Notice only | | Undisputed |
| 144. | Lincoln Co SO | Accounts Payable 225 W Olive Street Newport OR  97365 | Notice only | | Undisputed |
| 145. | Opa-Locka PD- FL | City of Opa-Locka Attn:  Accounts Payable 2495 Ali-Baba Avenue Opa-Locka, FL | Notice only | | Undisputed |
| 146. | Greenfield PD – IA | Account Payable 211 South 1st Street Greenfield, IA  50849 | Notice only | | Undisputed |
| 147. | Hogansville PD – GA | Attn: Accounts Payable 117 Lincoln Street Hogansville, GA 30230-1335 | Notice only | | Undisputed |
| 148. | Tignall PD – GA | Accounts Payable P.O. Box 218 | Notice only | | Undisputed |

| No. | | Address | Amount | Shares | Whether or not Disputed |
|---|---|---|---|---|---|
| | | Tignall, GA 30668 | | | |
| 149. | Rio Vista PD – TX | Accounts Payable P.O. Box 129 Rio Vista, TX 76093 | Notice only | | Undisputed |
| 150. | Boone CO SD – NE | Accounts Payable 217 South 5th Street Albion, NE 68620 | Notice only | | Undisputed |
| 151. | Harrodsburg PD – KY | Chief Rodney Harlow 411 N Greenville St Harrodsburg KY 40330 | Notice only | | Undisputed |
| 152. | DE DOJ | Accounts Payable 820 N. French Street 6th Floor Wilmington, DE 19801 | Notice only | | Undisputed |

7.   List of all Owners or Shareholders showing:

| No. | Name | Address | Amount | Shares | Whether or not Disputed |
|---|---|---|---|---|---|
| 1. | Dean Barkley | 1300 West Medicine Lake Drive Apt 101 Plymouth, MN 55441 | | 600 | |
| 2. | Castilleja School Foundation | 1310 Bryant St Palo Alto, CA 94301 | | 1,000 | |
| 3. | Castlerigg Master Investments Ltd | 40 West 57th Street 26th Floor New York, NY 10019 | | 129,446 | |
| 4. | Cede & Co The Depository Trust Company | 55 Water Street New York, NY 10041 | | 2,944,272 | |
| 5. | Ceocast, Inc. | | | 15,000 | |
| 6. | Virginia Doyle Exley | | | 800 | |
| 7. | Barbara Evelyn Exley | | | 800 | |
| 8. | Charles E Exley Iii | 1 Martin Place Gross Pointe, MI 48230 | | 800 | |
| 9. | Scott D Goodspeed | 129 Parker Road East Haddam, CT 06423 | | 2,000 | |
| 10. | Robert Gruder | 4911 Saint Croix Drive Tampa, FL 33629 | | 194,405 | |
| 11. | Robert Gruder | 4911 Saint Croix Drive Tampa, FL 33629 | | 777,184 | |
| 12. | Enid S Gurney | 22500 Shaker Blvd Shaker Heights, OH 44122 | | 400 | |
| 13. | E Gary Hance | 13 Sweetbriar Lane Avon, CT 06001 | | 1,000 | |
| 14. | Andrew Helene | | | 2,000 | |
| 15. | Ozzie D Holshouser Jr | 16600 Greenfarm Rd Huntersville, NC 28078 | | 1,000 | |
| 16. | Cynthia W Jones | 4548 Strangford Ave Charlotte, NC 28215 | | 1,000 | |
| 17. | Carleton Krushinski | | | 1,000 | |
| 18. | David J Meador | 10022 Brompton Drive #101 Tampa, FL 33626 | | 12,000 | |
| 19. | Denise MedVed | 5115 Ravensworth Rd Annandale, VA 22003 | | 2,000 | |
| 20. | Midtown Partners & Co | 4218 W Linebaugh Ave | | 9,143 | |

| | | | | |
|---|---|---|---|---|
| | LLC | Tampa, FL 33624 | | |
| 21. | Glen M Mowrey | 6110 Gold Wagon Lane<br>Charlotte, NC 28827 | | 1,000 |
| 22. | Doug Murrell | 2607 N Riverhills Rd<br>Austin, TX 78733 | | 24,000 |
| 23. | Jeanette Ousley | 1306 5th Terrace NW<br>Largo, FL 33770 | | 200 |
| 24. | Frances Riemer | 38310 Ridge Road<br>Willoughby, OH 44094 | | 20,000 |
| 25. | Rodney R Schoemann | 19130 Spyglass Hill Drive<br>Baton Rouge, LA 70809 | | 200,000 |
| 26. | Florence M Schoemann<br>TR<br>FBO Kristina Marie<br>Schoemann<br>Intervivos Trust of 1998<br>UA/DTD<br>12/10/97 | 3904 Wheat Dr<br>Metairie, LA 70002 | | 100,000 |
| 27. | Florence M Schoemann<br>Tr<br>FBO Rodney Ryan<br>Schoemann Jr<br>Intervivos Trust Of 1998<br>UA/DTD<br>12/10/97 | 19130 Spyglass Hill Drive<br>Baton Rouge, LA 70809 | | 100,000 |
| 28. | Clayton J Starin<br>& Vicki A Starin | JT Ten<br>7420 W Spur Rd<br>Prescott, AZ 86305 | | 5 |
| 29. | James A Thibeault | 144 Baltic Rd<br>Norwich, CT 06360 | | 1,000 |
| 30. | Trimech Services Llc | 4461 Cox Rd<br>Suite 302<br>Glen Allen, VA 23060 | | 100 |
| 31. | Algerd M Ulinskas | 26 Persechino Dr<br>Torrington, CT 06790 | | 1,000 |
| 32. | Vicis Capital Master Fund | C/O Vicis Capital LLC<br>Attn Rich Duda<br>445 Park Avenue<br>16th Floor<br>New York, NY 10022 | | 166,667 |
| 33. | Scott E Wixom | 10440 E El Moro Ave<br>Mesa, AZ 85208 | | 123 |

8. **List all pending litigation and opposing counsel of records:**

| No. | Style | Parties | Opposing Counsel of Record |
|---|---|---|---|
| 1. | WCOT Thompson & Benjamin, LLC vs. Stinger Systems, Inc.<br><br>Case No.: 10-CA-009035<br>Hillsborough County, FL | WCOT Thompson & Benjamin, LLC<br>Stinger Systems, Inc. | Paul M. Silvestri, Esq.<br>Patrick W. Skelton, Esq. |
| 2. | Edward A. Malave vs. Lt. Bauer, Lt. Schultz, C.O. Barzyk, C.O. Schmaltz, C.O. Schears, Michael S. Thurmer, Stinger Company<br><br>Case No.: 09-C-0604<br><br>USDC, Eastern District of Wisconsin | Edward A. Malave<br>Lt. Bauer<br>Lt. Schultz<br>C.O. Barzyk<br>C.O. Schmaltz<br>C.O. Schears<br>Michael S. Thurmer<br>Stinger Company | *Pro Se*<br>S. Edward Sarskas, Esq.<br>Christopher E. Nyenhuis, Esq. |
| 3. | Ulmer & Berne LLP vs. Stinger Systems, Inc.<br><br>Case No.: TBA<br><br>Cayuhoga County, OH | Ulmer & Berne, LLP<br>Stinger Systems, Inc. | Amanda Rasbach Yurechko |
| 4. | Taser International, Inc., a Delaware corporation vs. Stinger Systems, Inc., a Nevada corporation, James F. McNulty, Jr., a Nevada resident and Robert Gruder, a Florida resident<br><br>Case No.: 2:09-cv-00289-KJD-PAL<br><br>USDC, Clark County, NV | Taser International, Inc.<br>Stinger Systems, Inc.<br>James McNulty, Jr.<br>Robert Gruder | G. Mark Albright, Esq.<br>D. Chris Albright, Esq.<br>Mark C. Dangerfield, Esq.<br>Paul Charlton, Esq. |
| 5. | Ronald Bellistri vs. Stinger Systems, Inc.<br><br>Administrative Case No.: 33-116-00594-08<br><br>Case No.: TBA – Hillsborough County, FL | Ronald Bellistri<br>Stinger Systems, Inc. | Lee Harang, Esq.<br>James Rose, Esq. |
| 6. | Vanderhoef Designs, Inc., vs. Stinger Systems, Inc.<br><br>Case No.: 07-cv-11212-JGD<br><br>USDC, District of Massachusetts | Vanderhoef Designs, Inc.<br>Stinger Systems, Inc. | James P. Connors, Esq. |
| 7. | John Ward vs. Dennis R. Kaufman, et. al.<br><br>Case No.: CV-08-665604<br><br>Cayuhoga County, OH | John Ward<br>Dennis Kaufman<br>Electronic Defense Technology<br>Stinger Systems, Inc. | John Lysenko, Esq. |
| 8. | CNC Associates vs. Stinger Systems, Inc<br><br>Case No.: 56-2010-00370140-CU-BC-VTA<br>Ventura County, CA | CNC Associates, Inc.<br>Stinger Systems, Inc. | Eric A. Spencer, Esq. |
| 9. | Taser International, Inc., vs. Stinger Systems, Inc.<br>Case No.: 2:07-042-PHX-MHM<br>USDC – District of Arizona | Taser International, Inc.<br>Stinger Systems, Inc. | Aaron Matz, Esq.<br>Holly Gibeaut, Esq.<br>Chad Campbell, Esq.<br>Indy Fitzgerald, Esq. |
| 10. | New England Wire Tech. Corp. V. Stinger Systems, Inc.<br>Case No.: 08-CA-05919C | New England Wire Tech. Corp.<br>Stinger Systems, Inc. | Eliot H. Ginsberg, Esq. |

## SCHEDULE B – LIST OF ASSETS

### I. NON-EXEMPT PROPERTY

**1. Real Property (Including Leasehold Interests)**

| Description | Location | Liquidation Value |
|---|---|---|
| None | Stinger Systems Inc Operating Account Ste 702 5505 Johns Rd Tampa FL 33634-4307 | None |
| | | |

**2. Fixtures and Furniture**

| Description | Location | Liquidation Value |
|---|---|---|
| Equipment/Furniture | Stinger Systems Inc Operating Account Ste 702 5505 Johns Rd Tampa FL 33634-4307 | $151,690 |

**3. Cash and Bank Accounts**

| Description | Location | Liquidation Value |
|---|---|---|
| Account Number XXXXXXX4583 Account Number XXXXXXX4986 | Regions Bank Westshore Branch 1511 North Westshore Blvd Tampa, FL 33607 | $26,545 $38,223 |

**4. Inventory**

| Description | Location | Liquidation Value |
|---|---|---|
| Inventory | Stinger Systems, Inc. Ste 702 5505 Johns Rd Tampa FL 33634-4307 | $95,506 |

### 5.  Accounts Receivable

| Description | Location | Liquidation Value |
|---|---|---|
| A/R | | $96,144 |

### 6.  Equipment

| Description | Location | Liquidation Value |
|---|---|---|
| None | None | None |

### 7.  Other Assets

| Description | Location | Liquidation Value |
|---|---|---|
| None | None | None |

### 8.  Prepaid Expenses, including Deposits, Insurance, Rents and Utilities

| Description | Location | Liquidation Value |
|---|---|---|
| Prepaid Expenses | Stinger Systems, Inc.<br>Ste 702<br>5505 Johns Rd<br>Tampa FL 33634-4307 | $91,943 |

### 9.  Other Property, including Loans to Third Parties, Claims and Causes of Action

| Description | Location | Liquidation Value |
|---|---|---|
| | | |

### 10. Leasehold Interests

| Description | Location | Liquidation Value |
|---|---|---|
| | | |

**11. Intellectual Property: patents, trademarks**

| Description | Location | Liquidation Value |
|---|---|---|
| Intangible Assets | N/A | $100,000 |

## II. EXEMPT PROPERTY

| Description | Location | Liquidation Value |
|---|---|---|
| N/A | N/A | N/A |

# Exhibit 5

**MINUTES OF PROCEEDINGS** - Status Conference held on 10/7/2010 before Magistrate Judge Peggy A. Leen. Crtrm Administrator: *Jeff Miller*; Pla Counsel: *Glen Hallman, Esq.*; Def Counsel: *Marvin Simeon, Esq., James McNulty, Pro Se*; Court Reporter/FTR #: *9:29:34 - 10:13:56;* Time of Hearing: *9:30am*; Courtroom: *3B*;

The Court reminds the parties that she had previously ordered Joint Status Reports to be filed, to both reduce the amount of motions and briefing on the docket and to facilitate dialogue between the parties. The Court instructs the parties to cease and desist their continued motions practices and to file Joint Status Reports as ordered. The Court also reminds parties that our Local Rules require that they meet and confer in good faith before filing requests for relief with the Court.

**IT IS ORDERED**: Plaintiffs' Motion to Compel [115] and Plaintiffs' Motion for Order to Show Cause [124] are deemed WITHDRAWN/TERMINATED pursuant to Notice [142].

The Court and the parties next address the proposed form of protective order. After hearing representations from all parties, **IT IS ORDERED:** The Court will enter, via separate written order, a protective order which adopts the stipulated form of proposed protective order with the exception of the portion that restricts Defendant McNulty from having access to documents marked as "confidential/attorney's eyes only", which will be striken from the Court's Order. The Court strongly cautions Defendant McNulty that he shall not use the documents marked as "confidential/attorney's eyes only" for any purpose unrelated to this litigation or violate the conditions of the protective order, he will be subject to harsh sanctions.

The Court next addresses Plaintiffs' Counsel concerning the documents his clients were directed to produce at the last scheduled Status Hearing on a rolling basis. Plaintiffs' Counsel represents that thousands of documents have been produced and another wave of production is being diligently worked on. Plaintiffs' Counsel further represents that the remaining production will be completed by the next scheduled Status Hearing. **IT IS ORDERED:** The Court directs Counsel to inform the Plaintiffs that it is extraordinarily disappointed in their failure to complete the production in the timeline that was provided, and if the production is not completed, with privilege logs, **within the next 30 days**, they can expect sanctions.

The Court next hears the arguments of the parties concerning Plaintiffs' Motion for Ruling Re: Waiver of Privilege...[118]. The Court clarifies with Mr. Simeon, Counsel for Defendants Stinger Systems and Robert Gruder, that they inteded to produce every document, including documents containing communication between parties in the Arizona litigation as well as press releases related to this action, produced to Plaintiffs' Counsel and did not prepare a privilege log or withhold any documents on the basis of privilege. Mr. Simeon further asserts that his clients reserve the right to object on the basis of relevance should Plaintiffs wish to use a specific portion of that production at the time of trial. **IT IS ORDERED:** Plaintiffs' Motion for Ruling Re: Waiver of Privilege...[118] is GRANTED to the extent that the clarification of Defense Counsel has been made on the record.

Page 1

The Court and the parties next address the remaining scheduling issues. The Court first

hears from Plaintiffs' Counsel, who requests that this matter be continued to the next scheduled Status Conference to afford the parties a chance to meet and confer and draft a Proposed Discovery Plan and Scheduling Order. The Court also hears representation from Mr. Simeon, Counsel for Defendants Stinger Systems and Robert Gruder, and from Plaintiffs' Counsel concerning a Request for Production of Documents which Plaintiffs have not complied with but were also not properly served with and were unaware of it until recent motions practice. Defendant McNulty states that Plaintiffs' Counsel still must produce a damages report from the Phoenix, Arizona litigation that he had requested. **The Court directs Plaintiffs' Counsel to produce the damages report to Mr. McNulty by no later than close of business on 10/08/2010.**

The Court again admonishes the parties that they are doing themselves a disservice by not communicating with each other, and it is building unnecessary delay into this action. **IT IS ORDERED:** The parties shall file a **comprehensive** Joint Status Report by 11/05/2010, which addresses the following: the exact status of the parties' document productions and their review of the document productions, what resources they are devoting to producing and reviewing document that the opposing parties have produced and how much time they will need to complete that, how many depositions the parties need to do in order to complete discovery on the primary claims and defenses, and any proposed schedule for completing discovery, including expert reports. Competing proposals shall still be included in the same Joint Status Report if the parties disagree. Additionally, the parties shall comprehensively address Defendant McNulty's claims of an attorney/client privilege on documents being produced. The Court will review and issue a ruling from the bench at the next scheduled Status Hearing.</P>

Plaintiffs' Counsel makes an Oral Motion for a Gag Order Concerning Press Releases in thia action. The Court DENIES the request as overbroad, but informs the parties that it takes a very dim view on the parties attempting to influence or litigate this case outside the courtroom by releasing  inflammatory statements to the press or public.

Finally, The Court strongly advises Defense Counsel and Defendant McNulty that the Rules of Professional Responsibility dictate that documents prepared filed with the Court should bear the signature of the party preparing said documents and the work product should be their own. The Court will not inquire further as to whether Defendant McNulty is ghost writing documents for Defense Counsel, but informs them that if they are engaging in that process to cease at once.

**Status Conference set for 11/09/2010 @ 9:30am in Courtroom #3B before Peggy A. Leen, U.S. Magistrate Judge.**

Page 2

# Exhibit 6

**From:** Bob Gruder <bob@stingersystems.com>
**Sent:** 07/26/2010 05:40:35 am
**To:** John Anthony <janthony@anthonyandpartners.com>; Stefan V. Steve Stein <Stefan.Stein@gray-robinson.com>
**Cc:** Cheryl Thompson <cthompson@anthonyandpartners.com>
**Bcc:**
**Subject:** RE: Taser/Stinger telecon Subject to Rule 408

---

The injunction would be on technology that is thought to infringe not newly developed technology. Taser of course will argue otherwise, that is why we discussed the possibility of a declaratory judgment action. Taser does not have an exclusive right to make stun guns, they have a patent that Stinger poorly actioned on.

-----Original Message-----
From: John Anthony [mailto:janthony@anthonyandpartners.com]
Sent: Mon 7/26/2010 8:31 AM
To: Stefan V. Steve Stein
Cc: Bob Gruder; Cheryl Thompson
Subject: Re: Taser/Stinger telecon Subject to Rule 408

Exactly the opposite of what was discussed. So we need to deal w that.

Sent from my iPhone
John A. Anthony
813/833/5066

On Jul 26, 2010, at 8:24 AM, ""Stefan V. ""Steve"" Stein"" [Stefan.Stein@gray-robinson.com
] wrote:

] For all practical purposes, the permanent injunction is a
] certainty. It
] will extend to Stinger, and those in privity (officers, directors,
] confederates, successors, assigns, etc.)
]
]
] Stefan V. ""Steve"" Stein
] Intellectual Property
] GrayRobinson, P.A.
] 201 North Franklin Street, Suite 2200
] P.O. Box 3324 (33601-3324)
] Tampa, Florida 33602
] Main: 813-273-5000 | Fax: 813-273-5145
] Direct: 813-273-5078 |
]
] This e-mail is intended only for the individual(s) or entity(s)
] named within the message. This e-mail might contain legally
] privileged and confidential information. If you properly received
] this e-mail as a client or retained expert, please hold it in
] confidence to protect the attorney-client or work product
] privileges. Should the intended recipient forward or disclose this

] message to another person or party, that action could constitute a
] waiver of the attorney-client privilege. If the reader of this
] message is not the intended recipient, or the agent responsible to
] deliver it to the intended recipient, you are hereby notified that
] any review, dissemination, distribution or copying of this
] communication is prohibited by the sender and to do so might
] constitute a violation of the Electronic Communications Privacy Act,
] 18 U.S.C. section 2510-2521. If this communication was received in
] error we apologize for the intrusion. Please notify us by reply e-
] mail and delete the original message without reading same. Nothing
] in this e-mail message shall, in and of itself, create an attorney-
] client relationship with the sender.
]
] Disclaimer under Circular 230: Any statements regarding tax matters
] made herein, including any attachments, are not formal tax opinions
] by this firm, cannot be relied upon or used by any person to avoid
] tax penalties, and are not intended to be used or referred to in any
] marketing or promotional materials.
] -----Original Message-----
]
] From: John Anthony [mailto:janthony@anthonyandpartners.com]
] Sent: Monday, July 26, 2010 8:01 AM
] To: Stefan V. ""Steve"" Stein; Gruder Bob; Cheryl Thompson
] Subject: Re: Taser/Stinger telecon Subject to Rule 408
]
] Bob repeatedly told me that at this stage it's money damages in that
] litigation, not injunctive relief. If that is not true then there is
] a fundamental problem here in addition to the delay that I had
] addressed separately w him in recent weeks.
]
] Sent from my iPhone
] John A. Anthony
] 813/833/5066
]
] On Jul 26, 2010, at 7:40 AM, ""Stefan V. ""Steve"" Stein""
] [Stefan.Stein@gray-robinson.com
]] wrote:
]
]] Taser wants to know if Stinger will no longer be selling the S-200.
]] Gruder says Stinger is not selling the S-200 and I have reported
]] this to
]] Taser's counsel, Chad Campbell. But Stinger's website is still
]] active
]] and therefore Taser's counsel needs to know whether to pursue the
]] case
]] through trial just to get a permanent injunction even if the damages
]] will not be collectable because of the ABC.
]]
]] Given all the delays thus far in filing the ABC instead of a
]] bankruptcy,
]] I don't know what the investors are intending to do with the Stinger

]] assets. Nor do I want to make any representations to Taser's counsel
]] concerning anything about the investors or their intentions. But I
]] suspect that the investors are thinking they will not be subject to
]] the
]] permanent injunction and will come out with some re-design of the
]] S-200.
]]
]]
]] Gruder and I had some discussions about Stinger re-designing the
]] S-200,
]] but I declined to get involved with that issue b/c any re-design will
]] undoubtedly be the subject of a motion for contempt of the injunction
]] order and I didn't want to work for free in perpetuity. I had
]] therefore
]] offered to refer them to other patent counsel to advise them on
]] whether
]] the redesign would be a ""colorable imitation"" of the S-200 and
]] therefore
]] still subject to the anticipated injunction order.
]]
]]
]] Stefan V. ""Steve"" Stein
]] Intellectual Property
]] GrayRobinson, P.A.
]] 201 North Franklin Street, Suite 2200
]] P.O. Box 3324 (33601-3324)
]] Tampa, Florida 33602
]] Main: 813-273-5000 | Fax: 813-273-5145
]] Direct: 813-273-5078 |
]]
]] This e-mail is intended only for the individual(s) or entity(s)
]] named within the message. This e-mail might contain legally
]] privileged and confidential information. If you properly received
]] this e-mail as a client or retained expert, please hold it in
]] confidence to protect the attorney-client or work product
]] privileges. Should the intended recipient forward or disclose this
]] message to another person or party, that action could constitute a
]] waiver of the attorney-client privilege. If the reader of this
]] message is not the intended recipient, or the agent responsible to
]] deliver it to the intended recipient, you are hereby notified that
]] any review, dissemination, distribution or copying of this
]] communication is prohibited by the sender and to do so might
]] constitute a violation of the Electronic Communications Privacy Act,
]] 18 U.S.C. section 2510-2521. If this communication was received in
]] error we apologize for the intrusion. Please notify us by reply e-
]] mail and delete the original message without reading same. Nothing
]] in this e-mail message shall, in and of itself, create an attorney-
]] client relationship with the sender.
]]
]] Disclaimer under Circular 230: Any statements regarding tax matters
]] made herein, including any attachments, are not formal tax opinions

]] by this firm, cannot be relied upon or used by any person to avoid
]] tax penalties, and are not intended to be used or referred to in any
]] marketing or promotional materials.
]] -----Original Message-----
]]
]] From: John Anthony [mailto:janthony@anthonyandpartners.com]
]] Sent: Monday, July 26, 2010 7:21 AM
]] To: Stefan V. ""Steve"" Stein
]] Subject: Re: Taser/Stinger telecon Subject to Rule 408
]]
]] Are you sure you want me involved in call re this bilateral
]] litigation?
]]
]] Sent from my iPhone
]] John A. Anthony
]] 813/833/5066
]]
]] On Jul 26, 2010, at 6:22 AM, ""Stefan V. teve Stein""
]] [Stefan.Stein@gray-robinson.com
]]] wrote:
]]
]]] When: Monday, July 26, 2010 1:00 PM-1:30 PM (GMT-05:00) Eastern Time
]]] (US & Canada).
]]] Where: call-in 1-866-750-7335 passcode 813-273-5078
]]]
]]] *~*~*~*~*~*~*~*~*
]]]
]]] Telecon is 1 p.m. EDT
]]]
]]]
]]]
]]]
]]]
]]]
]]] Stefan V. ""Steve"" Stein
]]]
]]] Intellectual Property
]]] GrayRobinson, P.A.
]]] 201 North Franklin Street, Suite 2200
]]] P.O. Box 3324 (33601-3324)
]]] Tampa, Florida 33602
]]] Main: 813-273-5000 | Fax: 813-273-5145
]]] Direct: 813-273-5078 |
]]] GRAY | ROBINSON[http://gray-robinson.com/]
]]] ATTORNEYS AT
]] LAW[http://www.gray-robinson.com/
]]]]
]]]
]]] [http://www.gray-robinson.com/]
]]]
]]] This e-mail is intended only for the individual(s) or entity(s)

]]] named within the message. This e-mail might contain legally
]]] privileged and confidential information. If you properly received
]]] this e-mail as a client or retained expert, please hold it in
]]] confidence to protect the attorney-client or work product
]]] privileges. Should the intended recipient forward or disclose this
]]] message to another person or party, that action could constitute a
]]] waiver of the attorney-client privilege. If the reader of this
]]] message is not the intended recipient, or the agent responsible to
]]] deliver it to the intended recipient, you are hereby notified that
]]] any review, dissemination, distribution or copying of this
]]] communication is prohibited by the sender and to do so might
]]] constitute a violation of the Electronic Communications Privacy Act,
]]] 18 U.S.C. section 2510-2521. If this communication was received in
]]] error we apologize for the intrusion. Please notify us by reply e-
]]] mail and delete the original message without reading same. Nothing
]]] in this e-mail message shall, in and of itself, create an attorney-
]]] client relationship with the sender.
]]]
]]] Disclaimer under Circular 230: Any statements regarding tax matters
]]] made herein, including any attachments, are not formal tax opinions
]]] by this firm, cannot be relied upon or used by any person to avoid
]]] tax penalties, and are not intended to be used or referred to in any
]]] marketing or promotional materials.
]]]
]]]
]]]
]]] [Taser_Stinger telecon Subject to Rule 408]

# Exhibit 7

**From:** Bob Gruder <bob@stingersystems.com>
**Sent:** 07/07/2010 10:13:58 am
**To:** P. Sterling Kerr, Esq. <psklaw@aol.com>
**Cc:**
**Bcc:**
**Subject:** Stinger

Sterling,

I received your voice and e mails. We have been out for the holiday and just returned back to the office today. We will send the additional funds today via wire transfer to your account.

Because of perceived risks with the patent suit brought on by Taser, I have been in communication with advisors and counsel. We have concluded that the best avenue to purse is have Stinger file for an Asset for the Benefit of Creditors (ABC). All of Stinger's assets are secured to Stinger's lenders. Stinger's secured lenders are friendly with Stinger. Therefore, what Stinger plans to do is effectively turn over the assets to the creditors. A new entity will be formed and renamed Stinger Systems, and a the new Stinger will support all of the prior Stinger's customers. The technology has already been modified, with opinion, to eliminate any possibility of infringement.

We hope to have this filed in the next few days. Therefore, Stinger Systems will be dissolved and Taser will no longer be able to sue Stinger. When this is filed, I will send you the data so the court can take that into advisement and possibly eliminate Stinger from the suit or stay all further actions until Stinger is actually dissolved. At the very least, I would suspect this will kill Taser's motivation to continue on.

Regarding Kevin Scholz, he is an absolute nut case. During my SEC trial (which Taser's president instigated and I won outright including the judge making Taser pay for court costs), Kevin Scholz testified. He was a disaster for the prosecution. Kevin was an ex sales person for Stinger whom is truly bi-polar. He ran up a ton of personal debts and literally broke down emotionally and mentally. We found out he was actually calling Taser and seeking a job for higher pay and providing them information about Stinger. He was subsequently fired. He became incredibly unstable and stole Stinger's database of law enforcement contacts and spammed them all with absolutely insane allegations. Stinger got a restraining order against him that is still in place. I have a ton of documentation about this guy that I think I should forward you.

I have meetings until 4 PM EST. I'll call you then.

Bob

# Exhibit 8

**From:** Shad Stastney <sstastney@viciscapital.com>
**Sent:** 07/07/2010 04:08:10 pm
**To:** Bob Gruder <BGruder@stingersystems.com>
**Cc:**
**Bcc:**
**Subject:** RE: Stinger ABC

---

Bob,

I was asking if you had time to chat for 5 minutes when I sent the email, I am now on the flight but have wireless access. I did speak to your lawyers just before I sent the email, which is why I sent it.

First, we need a fully up-to-date list of all payables from you, where you note which ones you think are critical to pay in order to continue to operate the business during and post the ABC, and which ones are not. The lawyers made it clear that we need to have support for which creditors we pay, and which we don't, even if it's done before the ABC filing. So that has to come before anyone else is paid. Once that's completed and agreed (whether before or after filing), we'll provide the funds to oldco.

Second, we'll set up the newco with funding and order components through that. All other expenses, including payroll, will continue to be funded through oldco by the assignee (the official name for the trustee in an ABC). As a fiduciary the secured creditors, the lawyers said the assignee will be very, very likely to take our direction as to who we pay, and who we don't pay. So payroll and all other expenses will continue to be paid by the assignee through oldco until the ABC is completed.

Fourth, the lawyers said the retainer amounts were $35,000 for the assignee (since this will be an operating concern during ABC), and $20,000 for the assignee's accountant. I have to believe we can do better than that, no? Certainly both should be willing to negotiate somewhat, let's work on that.

So Bob, next step is to get that full list of payables with your notes and support as to which are mission-critical going forward, and which aren't. If that's going to take longer than 2 days, we should consider filing the ABC Friday without paying those amounts, since the assignee is, according to the lawyers, exceptionally likely to take the direction of the secured creditors in terms of who gets paid and when, anyway.

I will be available to speak around noon tomorrow if you have any quesitons.

Thanks,

Shad

---

From: Bob Gruder [BGruder@stingersystems.com]
Sent: Wednesday, July 07, 2010 6:13 PM
To: Shad Stastney; matthewpliskin@gmail.com
Subject: RE: Stinger ABC

Shad,

I don't understand your email. Are you asking to talk for five minutes now or at 5 tomorrow? I'm available anytime to talk. My cell is 704-277-2089. We tried calling just before 5 today but unfortunately could not hook up with you.

I fear we are losing more time regarding filing.

One thing I think we could do is just file immediately, and let us deal with the old Stinger payables to vendors/suppliers. We can establish a new company ASAP, fund it and operate through that immediately. Or, we can create a budget to keep the old Stinger going until the ABC is approved. If that is the case, we would have to operate through the assignees though.

My biggest overall concern is ordering components so we can make guns in a timely fashion.

Payroll taxes need to be added to the below for $130k.

Bob

-----Original Message-----
From: Shad Stastney [mailto:sstastney@viciscapital.com]
Sent: Wed 7/7/2010 6:02 PM
To: Bob Gruder; 'matthewpliskin@gmail.com'
Subject: Re: Stinger ABC

Bob,

Time to chat for 5 now?

---------------------------
Sent from my BlackBerry Wireless Handheld

_____

From: Bob Gruder [BGruder@stingersystems.com]
To: matthewpliskin@gmail.com [matthewpliskin@gmail.com]; Shad Stastney
Sent: Wed Jul 07 09:53:51 2010
Subject: Stinger ABC


I met with the lawyers last night. I hope we can all move quickly on the information necessary in order to file the ABC in an expeditious manner.


If possible, we would like to file on Friday. If we can, we hope to have everything completed within 30 days. However, I need a few vital pieces of information from the secured lenders.


As the lawyers advised and, of course, makes sense, the notice to creditors should be as open and

informative as possible. Included on the distribution list of creditors will be shareholders of record and police departments that are still under warranty. I did have significant concerns about notice to these two entities because of the viral nature of the Internet and the spamming that the Taserites would try to spin the ABC as. However, we can easily mitigate this by putting out a press release that explains the ABC as a necessary action to mitigate potential damages to the departments and to Stinger because of the patent suit. We can clearly state the plan of action that a new company will be formed and support the police departments whom have purchased Stinger products. In fact this is recommended by the lawyers to eliminate any thoughts of a fraudulent conveyance. Therefore, I am sure that the police departments really won't care about the mechanics of an ABC as long as they are supported.

Two vital pieces of information are needed: The structure of the new company and continuing operations/bill paying of the old Stinger.

Since Sandell and Vicis desire to have the assets, Bruce at Midtown will not have to be used to try and sell the company. The secured creditors can simply demand that they want the assets and a Notice of Abandonment will be filed by the trustee. The creditors will have an opportunity to buy the assets if they so desire by the notice put out by the trustee but the chances of that are incredibly remote. The question I need to know is how to structure the new company. Two avenues appear to be the most prudent. The first would be for me to incorporate a new company. When the secured lenders get their assets the new company would provide equity in return for capital and the assets. Or, the secured lenders can start a new company capitalize it and place the assets in it and then hire the individuals in Tampa.

As mentioned, as soon as the ABC is filed, the trustee will send out a notice to the creditors. At that time, Stinger can no longer negotiate or pay any of its bills the Company is in the control of the trustee. Therefore, whomever is on that list will not be getting paid because Vicis and Sandell are the secured creditors. Several vendors on that list are vital to on-going relationships with Stinger. In order to make a seamless transition to the new company, I strongly recommend paying these bills immediately before filing the ABC. That would mean Stinger would need money wired in immediately to send these payments out and exclude them from the creditors list. Once the ABC is filed, Stinger has no authority to pay bills. The trustee will take control of the bank accounts and what is in them.

The immediate payables is as follows:

All vendors/suppliers for all three Stinger products: $26, 302

Aside from these vendors, major areas of concern are as follows:

Bladetech: Stinger's holster supplier: $18,404

CLW: Stinger's landlord. As you know a lump sum payment is due on July 14th in the amount of $71,125.62. I believe the cost of moving, up fitting, and security deposits would probably cost well more than that amount. Stinger spent over $100k up fitting its present facilities.

CNC: This is the milling machine lease. I believe I will be able to make this lease assumable under the new company

EDA: This is the engineering firm that has developed the Stinger electronics. Stinger owes $59k. I think if they get stiffed that will make relationships and moving forward very difficult

Therefore, if all established important relationships are paid in full, that would be approximately $175k. Additionally, our timeline for release of the new gun is getting close to being pushed back significantly because we have not ordered new parts. As mentioned in yesterday's email, paying them for a new order is vital if we want to make deliveries this summer and not turn away established sales and probable new sales. We've seen in the past, if we dip in production, just when sales ramp, the marketing efforts to re-establish ourselves is all that more difficult.

Please let me know how you would like to proceed on new company structure as well as maintaining established vendor relationships.

Bob

---

All e-mail sent to or from this address will be received or otherwise recorded by Vicis Capital, LLC and is subject to archival, monitoring and/or review, by and/or disclosure to, someone other than the recipient. This message is intended only for the use of the person(s) (""intended recipient"") to whom it is addressed. It may contain information that is privileged and confidential. If you are not the intended recipient, please contact the sender as soon as possible and delete the message without reading it or making a copy. Any dissemination, distribution, copying, or other use of this message or any of its content by any person other than the intended recipient is strictly prohibited. Vicis Capital, LLC only transacts business in states where it is properly registered or notice filed, or excluded or exempted from registration or notice filing requirements.

All e-mail sent to or from this address will be received or otherwise recorded by Vicis Capital, LLC and is subject to archival, monitoring and/or review, by and/or disclosure to, someone other than the recipient. This message is intended only for the use of the person(s) (""intended recipient"") to whom it is addressed. It may contain information that is privileged and confidential. If you are not the intended recipient, please contact the sender as soon as possible and delete the message without reading it or making a copy. Any dissemination, distribution, copying, or other use of this message or any of its content by any person other than the intended recipient is strictly prohibited. Vicis Capital, LLC only transacts business in states where it is properly registered or notice filed, or excluded or exempted from registration or notice filing requirements.

# Exhibit 9

**From:** Bob Gruder <bob@stingersystems.com>
**Sent:** 07/08/2010 06:52:11 am
**To:** matthewpliskin@gmail.com
**Cc:**
**Bcc:**
**Subject:** FW: Stinger ABC

This is what Shad sent me last night.

What I recommend is to save money on the assignee by having Stinger pay its employees through tomorrow. File on Friday, and have the assignee not manage the on-going business of Stinger via a budget but to just shut it down. Have the new company formed, and pay the employees through that starting next week. There is really no reason to keep the existing Stinger active. We are in a good position now to stall production as the new gun is being made. I can call and have the leases with CNC assumed by New Co.

If we go down this path and Shad is the one forming the company, make sure he calls it Stinger something like Stinger Acquisition Corp. Then, we can answer the phones as "Stinger". We will put out a press release immediately upon filing stating why we are doing this and that the new company will support all old Stinger products.

If this is the plan, we will contact the utility companies to change the name of the billing immediately. We can also contact the landlord.

From: Shad Stastney [mailto:sstastney@viciscapital.com]
Sent: Wednesday, July 07, 2010 7:08 PM
To: Bob Gruder
Subject: RE: Stinger ABC
Importance: High

Bob,

I was asking if you had time to chat for 5 minutes when I sent the email, I am now on the flight but have wireless access. I did speak to your lawyers just before I sent the email, which is why I sent it.

First, we need a fully up-to-date list of all payables from you, where you note which ones you think are critical to pay in order to continue to operate the business during and post the ABC, and which ones are not. The lawyers made it clear that we need to have support for which creditors we pay, and which we don't, even if it's done before the ABC filing. So that has to come before anyone else is paid. Once that's completed and agreed (whether before or after filing), we'll provide the funds to oldco.

Second, we'll set up the newco with funding and order components through that. All other expenses, including payroll, will continue to be funded through oldco by the assignee (the official name for the trustee in an ABC). As a fiduciary the secured creditors, the lawyers said the assignee will be very, very likely to take our direction as to who we pay, and who we don't pay. So payroll and all other expenses will continue to be paid by the assignee through oldco until the ABC is completed.

Fourth, the lawyers said the retainer amounts were $35,000 for the assignee (since this will be an operating concern during ABC), and $20,000 for the assignee's accountant. I have to believe we can do better than that, no? Certainly both should be willing to negotiate somewhat, let's work on that.

So Bob, next step is to get that full list of payables with your notes and support as to which are mission-critical going forward, and which aren't. If that's going to take longer than 2 days, we should consider filing the ABC Friday without paying those amounts, since the assignee is, according to the lawyers, exceptionally likely to take the direction of the secured creditors in terms of who gets paid and when, anyway.

I will be available to speak around noon tomorrow if you have any quesitons.

Thanks,

Shad

---

From: Bob Gruder [BGruder@stingersystems.com]
Sent: Wednesday, July 07, 2010 6:13 PM
To: Shad Stastney; matthewpliskin@gmail.com
Subject: RE: Stinger ABC

Shad,

I don't understand your email. Are you asking to talk for five minutes now or at 5 tomorrow? I'm available anytime to talk. My cell is 704-277-2089. We tried calling just before 5 today but unfortunately could not hook up with you.

I fear we are losing more time regarding filing.

One thing I think we could do is just file immediately, and let us deal with the old Stinger payables to vendors/suppliers. We can establish a new company ASAP, fund it and operate through that immediately. Or, we can create a budget to keep the old Stinger going until the ABC is approved. If that is the case, we would have to operate through the assignees though.

My biggest overall concern is ordering components so we can make guns in a timely fashion.

Payroll taxes need to be added to the below for $130k.

Bob

-----Original Message-----
From: Shad Stastney [mailto:sstastney@viciscapital.com]
Sent: Wed 7/7/2010 6:02 PM
To: Bob Gruder; 'matthewpliskin@gmail.com'
Subject: Re: Stinger ABC

Bob,

Time to chat for 5 now?

--------------------------
Sent from my BlackBerry Wireless Handheld

From: Bob Gruder [BGruder@stingersystems.com]
To: matthewpliskin@gmail.com [matthewpliskin@gmail.com]; Shad Stastney
Sent: Wed Jul 07 09:53:51 2010
Subject: Stinger ABC


I met with the lawyers last night. I hope we can all move quickly on the information necessary in order to file the ABC in an expeditious manner.


If possible, we would like to file on Friday. If we can, we hope to have everything completed within 30 days. However, I need a few vital pieces of information from the secured lenders.

As the lawyers advised and, of course, makes sense, the notice to creditors should be as open and informative as possible. Included on the distribution list of creditors will be shareholders of record and police departments that are still under warranty. I did have significant concerns about notice to these two entities because of the viral nature of the Internet and the spamming that the Taserites would try to spin the ABC as. However, we can easily mitigate this by putting out a press release that explains the ABC as a necessary action to mitigate potential damages to the departments and to Stinger because of the patent suit. We can clearly state the plan of action that a new company will be formed and support the police departments whom have purchased Stinger products. In fact this is recommended by the lawyers to eliminate any thoughts of a fraudulent conveyance. Therefore, I am sure that the police departments really won't care about the mechanics of an ABC as long as they are supported.

Two vital pieces of information are needed: The structure of the new company and continuing operations/bill paying of the old Stinger.

Since Sandell and Vicis desire to have the assets, Bruce at Midtown will not have to be used to try and sell the company. The secured creditors can simply demand that they want the assets and a Notice of Abandonment will be filed by the trustee. The creditors will have an opportunity to buy the assets if they so desire by the notice put out by the trustee but the chances of that are incredibly remote. The question I need to know is how to structure the new company. Two avenues appear to be the most prudent. The first would be for me to incorporate a new company. When the secured lenders get their assets the new company would provide equity in return for capital and the assets. Or, the secured lenders can start a new company capitalize it and place the assets in it and then hire the individuals in Tampa.

As mentioned, as soon as the ABC is filed, the trustee will send out a notice to the creditors. At that time, Stinger can no longer negotiate or pay any of its bills the Company is in the control of the trustee. Therefore, whomever is on that list will not be getting paid because Vicis and Sandell are the secured creditors. Several vendors on that list are vital to on-going relationships with Stinger. In order to make a seamless transition to the new company, I strongly recommend paying these bills immediately before filing the ABC. That would mean Stinger would need money wired in immediately to send these payments out and exclude them from the creditors list. Once the ABC is filed, Stinger has no authority to pay bills. The trustee will take control of the bank accounts and what is in them.

The immediate payables is as follows:

All vendors/suppliers for all three Stinger products: $26, 302

Aside from these vendors, major areas of concern are as follows:

Bladetech: Stinger's holster supplier: $18,404

CLW: Stinger's landlord. As you know a lump sum payment is due on July 14th in the amount of $71,125.62. I believe the cost of moving, up fitting, and security deposits would probably cost well more than that amount. Stinger spent over $100k up fitting its present facilities.

CNC: This is the milling machine lease. I believe I will be able to make this lease assumable under the new company

EDA: This is the engineering firm that has developed the Stinger electronics. Stinger owes $59k. I think if they get stiffed that will make relationships and moving forward very difficult

Therefore, if all established important relationships are paid in full, that would be approximately $175k. Additionally, our timeline for release of the new gun is getting close to being pushed back significantly because we have not ordered new parts. As mentioned in yesterday's email, paying them for a new order is vital if we want to make deliveries this summer and not turn away established sales and probable new sales. We've seen in the past, if we dip in production, just when sales ramp, the marketing efforts to re-establish ourselves is all that more difficult.

Please let me know how you would like to proceed on new company structure as well as maintaining established vendor relationships.

Bob

---

All e-mail sent to or from this address will be received or otherwise recorded by Vicis Capital, LLC and is subject to archival, monitoring and/or review, by and/or disclosure to, someone other than the recipient. This message is intended only for the use of the person(s) (""intended recipient"") to whom it is addressed. It may contain information that is privileged and confidential. If you are not the intended recipient, please contact the sender as soon as possible and delete the message without reading it or making a copy. Any dissemination, distribution, copying, or other use of this message or any of its content by any person other than the intended recipient is strictly prohibited. Vicis Capital, LLC only transacts business in states where it is properly registered or notice filed, or excluded or exempted from registration or notice filing requirements.

All e-mail sent to or from this address will be received or otherwise recorded by Vicis Capital, LLC and is subject to archival, monitoring and/or review, by and/or disclosure to, someone other than the recipient. This message is intended only for the use of the person(s) (""intended recipient"") to whom it is addressed. It may contain information that is privileged and confidential. If you are not the intended recipient, please contact the sender as soon as possible and delete the message without reading it or making a copy. Any dissemination, distribution, copying, or other use of this message or any of its content by any person other than the intended recipient is strictly prohibited. Vicis Capital, LLC only transacts business in states where it is properly registered or notice filed, or excluded or exempted from registration or notice filing requirements.

# Exhibit 10

**From:** Bob Gruder <bob@stingersystems.com>
**Sent:** 07/22/2010 10:01:54 am
**To:** james mcnulty <macslaw2000@yahoo.co.in>
**Cc:** P. Sterling Kerr <psklaw@aol.com>
**Bcc:**
**Subject:** RE: Stinger ABC

Jim,


Thanks for the advice. I have already done just as you outlined. Any new entity will cover expenses.


Bob


From: james mcnulty [mailto:macslaw2000@yahoo.co.in]
Sent: Thursday, July 22, 2010 12:07 PM
To: Bob Gruder
Cc: P. Sterling Kerr
Subject: Re: Stinger ABC


Bob,


You have been sued in this case personally, as have I. Stays in these situations are not mandatory, even as to Stinger. The case will likely proceed against us personally anyway, and moving for a stay is not advisable. It would likely sour the Court, as Taser would portray it as a stalling tactic. This Court has treated us favorably to date. However, if you forward the filing of the ABC to Mr. Kerr, he can notify the Court of same, let Stinger dissolve and then just allow a default judgement against it, thereafter, on your instruction. This shall also stop any further discovery of Stinger, making our peronal cases much simpler. You and I, however, will continue to have to defend this case, so, in negotiating your new employment contract with any entity that shall start up in Stinger's place, it s imperative therefore that you include as additional compensation therefrom that the new entity assumes the expenses of this litigation for you. We cannot afford to have Mr. Kerr withdraw. He is a solo practitioner, and cannot afford to carry us. His billings for your defense have been very reasonable to date, his work excellent and he is a well experienced litigator, and Stinger has to date kept its payments up to him reasonably well. Stinger (or another) must continue to do so, however, on your behalf. Unlike the patent case, Taser has you in this case personally, at least for the short term. A personal default judgement could wreck your and your family's finances. This is what Taser and those reprobetes Smith and Klit. They try to and have completely destroyed peoples lives, So, please, take my good counsel and arrange in any future employment contract between you and any entity that shall start up in Stinger's place for that entity to pay or reimburse any of your legal fees for this case, so the billings can be kept reasonably current, and you and your family continue to be defended personally. This litigation will not go away as to you

Page 1 of 2

personally. As to the patent case though, this is an excellent and conclusive strategy.


Your Friend,


Jim



On Thu, 22/7/10, Bob Gruder [BGruder@stingersystems.com] wrote:

From: Bob Gruder [BGruder@stingersystems.com]
Subject: Stinger ABC
To: ""P. Sterling Kerr"" [psklaw@aol.com]
Cc: ""james mcnulty"" [macslaw2000@yahoo.co.in]
Date: Thursday, 22 July, 2010, 8:06 AM

Sterling,


As anticipated, Stinger filed a motion to the court for an Assignment for the Benefit of Creditors. I believe this would be a good time to file a motion for a stay.


Bob