Chad S. Campbell, Bar No. 012080
CSCampbell@perkinscoie.com
John W. Rogers, Bar. No. 006439
JWRogers@perkinscoie.com
Aaron Matz, Bar No. 024108
AMatz@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000

Holly L. Gibeaut, Bar No. 019786
hgibeaut@taser.com
TASER International, Inc.
17800 North 85th Street
Scottsdale, AZ  85255-9603
Telephone:  480.502.6265
Facsimile:  480.991.0791

Attorneys for Plaintiff
TASER International, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TASER International, Inc.,<br><br>               Plaintiff,<br><br>   v.<br><br>Stinger Systems, Inc.,<br><br>               Defendant. | No. CV07-0042-PHX-MHM<br><br>**DECLARATION OF JEFFREY J. RODRIGUEZ, PH.D., IN SUPPORT OF TASER'S MOTION FOR ORDER TO SHOW CAUSE** |

I, Jeffrey J. Rodriguez, Ph.D., declare as follows:

1.     I have been retained by Perkins Coie LLP on behalf of TASER International, Inc. ("TASER") in the above case.  I make this declaration based on my own personal knowledge and the information described below.  If called to testify, I am competent to testify to the opinions and facts set forth in this declaration.

2.      Since 1990, I have been a faculty member at the University of Arizona.  I am currently an associate professor of electrical and computer engineering at the University.  I received a B.S. degree in electrical engineering from the University of Texas at Austin in 1984, an M.S. degree in electrical engineering from the Massachusetts Institute of Technology in 1986, and a Ph.D. degree in electrical engineering from the University of Texas at Austin in 1990.  A copy of my current *curriculum vitae* is attached as Exhibit 1.  I am being compensated at a rate of $495.00 per hour.  My compensation does not depend on the outcome of this case.

3.      I understand that the Court previously ruled that the S-200 Electronic Control Device ("ECD") manufactured and sold by Stinger Systems, Inc. ("Stinger") literally infringes claims 2 and 40 of United States Patent No. 6,999,295 ("the '295 patent").  I further understand that the Court issued an injunction prohibiting Stinger, together with its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, from making, using, offering to sell, or selling in or from the United States, or importing into the United States, the S-200 ECDs, as well as all other products that are only colorably different from the S-200 ECDs in the context of claims 2 or 40 of the '295 patent.

4.      I have been asked to give my opinions regarding the design and operation of the "Karbon MPID" ECD manufactured, sold, and offered for sale by Karbon Arms, LLC ("Karbon").   More particularly, I have been asked to give my opinion regarding the differences, if any, between the Karbon MPID and the S-200 ECD in the context of claims 2 and 40 of the '295 patent.  As set forth in more detail below, it is my opinion that the Karbon MPID is no more than colorably different from the S-200 ECD in the context of those claims.  In particular, the Karbon MPID, like the S-200 ECD, includes a dual-mode power supply.  In the first mode, the Karbon MPID power supply generates a high voltage that ionizes any air gaps that may exist between the device's electrodes and the target.  In the second mode, the Karbon MPID power supply generates a lower voltage that enables current to flow through the target.

5.     A list of the materials I considered in connection with this matter is attached as Exhibit 2.  As listed there, I examined two Karbon MPID devices with serial numbers S7033 and S7148, and one S-200 device with serial number S0752.  One of Karbon MPID devices, serial number S7033, has been partially disassembled, allowing me to examine the device's internal components, including its printed wiring boards ("PWBs") and the electronic components attached to those PWBs.  Additionally, I created oscilloscope tracings of the Karbon MPID's and S-200's output waveforms.  I also examined oscilloscope tracings of the Karbon MPID's and S-200's output waveforms created by Karbon and Stinger themselves.

6.     I am informed that, according to Karbon, the Karbon MPID practices one or more claims of U.S. Patent No. 7,778,005 (the "'005 patent"), which contains virtually the same text as the application for that patent, which I reviewed (and the Court considered) earlier in this lawsuit.  I am further informed that Thomas Saliga, the named inventor on the '005 patent, designed the electronics of the S-200 ECD and testified under oath that the disclosure of the '005 patent (then in only application form) describes the "fundamental operation" of the S-200's circuitry.

7.     I have examined documents describing the S-200's power supply circuitry and the operation of the software used with that circuitry.  I also prepared a report, dated April 17, 2009, in which I described in detail the operation of the S-200's power supply circuitry, including that circuitry's two distinct modes of operation.  As shown in those documents and described in my report, the S-200 circuitry and software operates substantially as described in the '005 patent.  Further, each claim of the '005 patent covers the S-200 circuitry as described.

8.     I understand that the United States Patent and Trademark Office ("PTO") considered the '295 patent during its evaluation of the patent application that issued as the '005 patent.  I further understand that the PTO allowed the issued claims of the '005 patent over the disclosure of the '295 patent.  That, however, does not mean that a circuit built according to the specification and claims of the '005 patent would not infringe

claims 2 and 40 of the '295 patent.  Indeed, as discussed above, the S-200 power supply circuit was built and operated according to the specification and claims of the '005 patent, yet as my previous report described, and as the Court ruled, that circuit infringes claims 2 and 40 of the '295 patent.  Moreover, my previous report and the Court's ruling were based, in part, on the disclosure of the application that issued as the '005 patent.  The portions of the '005 patent application on which my report and the Court relied are included essentially verbatim in the '005 patent as issued.

9.     The '005 patent discloses several embodiments.  One embodiment, shown in Figure 4, includes a set of diodes in the output circuit (shown as elements 48 in the figure).  Another embodiment, shown in Figure 2, does not include those diodes.  The PTO allowed the claims of the '005 patent primarily because the '295 patent does not disclose the diodes included in the Figure 4 embodiment, and those diodes are required by all of the '005 patent's claims.  But the presence of the diodes in the '005 patent's claims does not remove the claimed circuits from the scope of claims 2 and 40 of the '295 patent, as the Court already found with regard to the S-200 circuit.  Indeed, the portions of the '005 patent on which the Court relied, which describe the two distinct operating modes claimed in the '295 patent, apply to both the Figure 4 embodiment (which includes the diodes) and the Figure 2 embodiment (which does not).

10.    I examined several of the PWBs from a Karbon MPID device, serial number S7033.  (Some of the PWBs, primarily those associated with the high-voltage transformer, are encapsulated in epoxy and thus largely inaccessible.)  The T1 transformer PWB and microprocessor PWB appear to be identical to those used in the S-200.  Indeed, they are marked with S-200 component part numbers (400-5528 and 400-5527, respectively, which are listed on S-200 schematics and device master records) as well as the labels "Stinger" and "Stinger Systems."  Moreover, both PWBs also appear to include electronic components identical to those used in the S-200.  This indicates that the primary-side circuits of the Karbon MPID (that is, the circuits to the left of the transformer 36 shown in

1   Figure 4 of the '005 patent) are substantially identical, if not completely identical, to the

2   primary-side circuits of the S-200.

3         11.   The T1 transformer PWB includes the circuits that serve as the first stage in

4   creating the device's high voltage output.   The microprocessor PWB includes a

5   microprocessor that serves as the "brains" of the device, as well as other circuits.   The

6   microprocessor is responsible for, among other things, controlling the insulated gate

7   bipolar transistor ("IGBT") switch that creates the device's output waveform.   My

8   previous report described the operation of the relevant portions of the T1 transformer and

9   microprocessor circuits.

10        12.   I examined the output waveforms of the Karbon MPID device, including

11  waveforms shown in Karbon's marketing materials and oscilloscope tracings that I

12  created myself of MPID serial no. S7148.  I also examined the output waveforms of the

13  S-200 ECD, including waveforms shown in Stinger literature and oscilloscope tracings

14  that I created myself of S-200 serial no. S0752.  Representative oscilloscope tracings of

15  the Karbon MPID and S-200 ECD, creating using a Tektronix DPO3034 Digital Phosphor

16  Oscilloscope and Tektronix P6015A High Voltage probes, are included as Exhibit 3.

17  Although some of the timing parameters of the Karbon MPID waveform appear to differ

18  slightly from those of the S-200 waveform, the overall appearance of the Karbon MPID

19  waveform is strikingly similar to that of the S-200 waveform and is consistent with the

20  Karbon MPID's use of an infringing dual-mode power supply circuit substantially the

21  same as the S-200 power supply circuit and the circuit shown in the '005 patent.   In

22  particular, none of the altered timing parameters noted above would prevent the Karbon

23  MPID power supply circuit from operating in the same two modes used in the S-200

24  power supply circuit and described in the Court's opinion finding literal infringement:  a

25  first, high-voltage flyback mode followed by a second, lower-voltage non-flyback mode.

26  Rather, the Karbon MPID waveform is consistent with a power supply that uses a

27  microprocessor to create the output waveform by opening and closing a semiconductor

28  switch at the primary of the output transformer, just as is described in my previous report

1    regarding the S-200, and just as the '005 patent describes and claims.  The Karbon MPID

2    waveform also appears the same (in all material respects) as the waveform of Figure 5 of

3    the '005 patent.

4            13.     Based on the above, it is my opinion that, in the context of claims 2 and 40

5    of the '295 patent, any differences between the Karbon MPID power supply circuit and

6    the S-200 power supply circuit are no more than colorable.  In particular, much of the key

7    Karbon MPID and S-200 circuitry is identical, and the similarity of the Karbon MPID

8    waveform with the S-200 waveform indicates that both circuits operate in substantially the

9    same  way.    Moreover,  my  analysis  (described  above),  as  well  as  Karbon's  own

10   statements, indicate that the Karbon MPID uses the power supply circuit disclosed and

11   claimed in the '005 patent.  As previously discussed, that patent discloses and claims the

12   circuit used in the S-200, which the Court has already determined to be a dual-mode

13   circuit that infringes claims 2 and 40 of the '295 patent.  Accordingly, I conclude that the

14   Karbon  MPID  circuit  is  not  materially  different  from  the  S-200  circuit,  and  that  the

15   Karbon MPID circuit infringes claims 2 and 40 of the '295 patent.

16

17           I declare under penalty of perjury under the laws of the United States of America

18   that the foregoing is true and correct.

19           Executed on ___June 28___, 2011, at ___Tucson, AZ___.

20

21

22

23   _____

24                                          Jeffrey J. Rodriguez, Ph.D.

25   LEGAL21208696.1

26

27

28

No. CV07-0042-PHX-MHM

# EXHIBIT 1

June 27, 2011

# Jeffrey J. Rodriguez

5658 Caminito Genio              C: 520–360–1860
La Jolla, CA 92037               H: 858–456–2835
jrod@ece.arizona.edu             http://www.ece.arizona.edu/∼sail

## Professional Summary

Prof. Rodriguez has over twenty years of experience in the field of electrical and computer engineering. His areas of expertise include digital image analysis, signal (voice/image/video) processing, communication systems, microprocessor systems, electric circuits, data acquisition systems, biomedical instrumentation, and software development. He is a faculty member in the Dept. of Electrical and Computer Engineering at the University of Arizona and is the Director of Graduate Studies for the department. He is Director of Image Analysis for Cancer Imaging Shared Services at the Arizona Cancer Center, involving biomedical applications of digital image analysis. Recently, he served as Co-Director of Connection One, a National Science Foundation multi-university research center on communication circuits and systems. In addition to more than 70 publications in the field, he has been very active in professional activities as a Senior Member of the Institute of Electrical and Electronics Engineers (IEEE) Signal Processing Society.

Prof. Rodriguez is currently serving as a member of the IEEE-SPS Technical Committee on Image, Video, and Multidimensional Signal Processing. He served as General Chair of the 2007 IEEE Intl. Conf. on Image Processing, as well as General Chair of SSMSD 2003, General Chair of SSIAI 1998, and Vice Chair of SSIAI 2004, in addition to positions on numerous other professional committees. From 1996 to 2000, Prof. Rodriguez was Associate Editor of the journal, *IEEE Transactions on Image Processing.*

## Expertise

Signal (voice/image/video) processing (hardware and software, MP3, MPEG, etc.)

Digital image analysis (pattern recognition, etc.)

Communication systems (cell phones, data compression, etc.)

Microprocessor systems (architecture, interfacing, programming, etc.)

Electric circuits (analog and digital)

Data acquisition systems

Software systems (C and C++)

## Education

Ph.D., The University of Texas at Austin, Electrical Engineering, May 1990

S.M. (M.S.), Massachusetts Institute of Technology, Electrical Engineering, June 1986

B.S., The University of Texas at Austin, Electrical Engineering, May 1984

## Employment

1997–present:  The University of Arizona, Associate Professor of Electrical and Computer Engineering

- 2009–present, Director of Image Analysis, Cancer Imaging Shared Services, Arizona Cancer Center
- 2000-2003, 2005–present: Director of ECE Graduate Studies
- 2002–present: Faculty member in the Biomedical Engineering Interdisciplinary Program
- 2003–2008: Co-Director of Connection One, a National Science Foundation industry/university cooperative research center for communication circuits and systems

1990–1997:  The University of Arizona, Assistant Professor of Electrical and Computer Engineering

1986–1990:  The University of Texas at Austin, Graduate Research Assistant in Dept. of Electrical Engineering

1985:  Massachusetts Institute of Technology, Graduate Research Assistant in Dept. of Electrical Engineering

1982–1985 (summers): IBM Corp. (Austin, Texas)

1980–1981 (summers): Texas Instruments, Inc. (Austin, Texas)

## Consulting Experience

Expert Consultant, June 2011 – present
    Case: *NetAirus Technologies, LLC v. Apple Inc. (No. 10-CV-03257)*
    Court: U.S. District Court, Central District of California
    Client: Apple Inc.
    Counsel: Milbank, Tweed, Hadley, & McCloy LLP
    Technology: Wireless communication (cellular and Wi-Fi)

Expert Consultant, Aug. 2010 – present
    Case: *MedioStream v. Microsoft et al. (No. 5:11-CV-2525)*, transferred from Texas case *MedioStream v. Microsoft et al. (No. 2:08-CV-369-CE)*, merged from *MedioStream v. Acer America Corp. et al. (No. 2:07-CV-376-CE)*
    Court: U.S. District Court, Northern District of California, San Jose Division, transferred from Eastern District of Texas, Marshall Division
    Client: Apple Inc.
    Counsel: Milbank, Tweed, Hadley, & McCloy LLP
    Technology: Video compression, video format conversion, transcoding

Expert Consultant, Aug. 2007 – present
    Case: *TASER International, Inc. v. Stinger Systems, Inc. (No. CV07-0042-PHX-MHM)*
    Court: U.S. District Court, District of Arizona
    Client: TASER International, Inc.
    Counsel: Perkins Coie LLP
    Technology: Electric circuits for stun guns
    Testified (and cross-examined) at Markman hearing, May 2008

Expert Consultant, Nov. 2009 – March 2010
    Case: *SanDisk Corp. v. LSI Corp. et al. (No. C-09-02727-WHA)*
    Court: U.S. District Court, Northern District of California

Client: LSI Corp.

Counsel: Thompson & Knight LLP

Technology: MPEG video and audio data compression

Expert Consultant, Oct. 2008 – April 2009

Case: *Trover Group, Inc. et. al. v. Diebold, Inc. (No. 2:06-cv-00445-TJW)*

Court: U.S. District Court, Eastern District of Texas, Marshall Division

Client: Diebold, Inc.

Counsel: Thompson & Knight LLP

Technology: Image and video compression, storage, and retrieval in video security/surveillance systems

Expert Consultant, Feb. 2008 – May 2008

Case: *In Re: Katz Interactive Call Processing Patent Litigation, 07-ML-01816 FGK (FFMx) (Ronald A. Katz Technology Licensing, LP v. American Airlines et al., CV 07-2196 RGK (FFMx))*

Court: U.S. District Court, Central District of California

Client: National Railroad Passenger Corp. (d/b/a Amtrak)

Counsel: Steptoe & Johnson LLP

Technology: Telephone interface using voice prompts to collect data from caller

Expert Consultant, May 2006 – 2007

Case: *TASER International, Inc. v. Thomas G. Watkins III and Jane Doe Watkins, husband and wife (No. CV2005-002509)*

Court: Superior Court of Arizona, Maricopa County

Client: TASER International, Inc.

Counsel: Perkins Coie LLP

Technology: Electric circuits for stun guns

Expert Consultant, Sept. 2005 – May 2007

Case: *Vision BioSystems (USA) Trading, Inc. v. Ventana Medical Systems, Inc. (No. 03-CV-10391-GAO); Ventana Medical Systems, Inc. v. Vision BioSystems, Inc. (No. 05-CV-10614-GAO)*

Court: U.S. District Court, District of Massachusetts

Client: Ventana Medical Systems, Inc.

Counsel: Wilson Sonsini Goodrich & Rosati

Technology: Instrumentation for automated immunostaining

Expert Consultant, May 2006 – May 2007

Case: *Forgent Networks, Inc. v. Echostar Technologies Corp. et al. (No. 2-05CV-318-LED, transferred to No. 6:06-CV-208-LED)*

Court: U.S. District Court, Eastern District of Texas, Marshall Division, transferred to Tyler Division

Client: Digeo, Inc.

Counsel: Perkins Coie LLP

Joint Counsel: Morrison Foerster; Dewey Ballantine LLP; Jones Day

Technology: Video processing systems

Deposed March 2007

Expert Consultant, Aug. 2004 – May 2007
  Case: *Ventana Medical Systems, Inc. v. Biogenex Laboratories, Inc. (No. CIV 03-92 TUC RCC)*
  Court: U.S. District Court, District of Arizona
  Client: Ventana Medical Systems, Inc.
  Counsel: Wilson Sonsini Goodrich & Rosati
  Technology: Instrumentation for automated immunostaining
  Submitted expert reports Dec. 2004 and Jan. 2005
  Deposed June 2005

Expert Consultant, Sept. 2005
  Case: *Ventana Medical Systems, Inc. v. DakoCytomation California, Inc. (No. CIV 04-1522-GMS)*
  Court: U.S. District Court, District of Delaware
  Client: Ventana Medical Systems, Inc.
  Counsel: Wilson Sonsini Goodrich & Rosati
  Technology: Instrumentation for automated immunostaining

Expert Consultant, July 2005 – Aug. 2005
  Case: *Kyocera International, Inc. v. Nokia, Inc. (No. 04-CV-1992W-JFS)*
  Court: U.S. District Court, Southern District of California
  Client: Nokia, Inc.
  Counsel: Jones Day
  Technology: Cellular camera phone communications

Consulting Engineer, Oct. 2003
  Client: Active Recognition Technologies
  Technology: Image processing for automated license plate recognition

Consulting Engineer, April 2000
  Client: Aerotech Laboratories
  Technology: Image processing for automated recognition of fungal spores

## Teaching Experience

Digital Image Analysis

Digital Image Processing

Digital Signal Processing

Signals and Systems

Electric Circuits

## Honors, Awards, and Memberships

Senior Member, Institute of Electrical and Electronics Engineers (IEEE)

Senior Member, IEEE Signal Processing Society

Best Paper Award. Abhinav K. Jha, Matthew A. Kupinski, Jeffrey J. Rodriguez, Renu M. Stephen, and Alison T. Stopeck, "Evaluating Segmentation Algorithms for Diffusion-Weighted MR Images: A Task-Based Approach," David J. Manning and Craig K. Abbey, Eds., *Medical Imaging 2010: Image Perception, Observer Performance, and Technology Assessment*, Proc. of SPIE, vol. 7627. Presented at the *2010 SPIE Medical Imaging*, San Diego, CA, Feb. 13–18, 2010.

IEEE/HKN Outstanding Teaching Award, 1992

Andersen Consulting Outstanding Faculty Award, 1992

Honor societies: Eta Kappa Nu, Tau Beta Pi, Phi Kappa Phi, Sigma Xi

National Science Foundation Graduate Fellowship, 1985–1988

## University Service Activities

BME Faculty Search Committee, 2008

Director of ECE Graduate Studies and Chair of the Dept. of ECE Graduate Studies Committee, 2000–2003, 2005–present

Dept. of ECE Executive Committee, 2001–2003, 2005–present

Dept. of ECE Graduate Recruiting and Awards Committee, 2001–2003, 2005–present

Search Committee for the Dean of the Eller College of Business and Public Administration, 2003–2004

Dept. of ECE Graduate Studies Committee, 2003–2004

Chair, College of Engineering Graduate Studies Committee, 2001–2003

Co-Chair, Dept. of ECE Student/Faculty Interaction Committee, 2001–2002

Dept. of ECE Undergraduate Mentoring Committee, 2001–2002

College of Engineering Advisory Committee, 1998–2002

Faculty co-advisor for Eta Kappa Nu chapter (electrical engineering honor society), 1994–2002

Chair, Dept. of ECE Instructional Equipment and Software Planning Committee, 1998–2001

Faculty Co-Advisor, Dept. of ECE Graduate Student Activities Committee (GSAC), 1995–2000

Dept. of ECE Teaching Load Committee, Fall 2000

Dept. of ECE Annual Performance Review Committee, Fall 2000

Dept. of ECE Graduate Studies Committee, Fall 1997

Search Committee for Head of Dept. of ECE, 1996–1997

Dept. of ECE Computer Policy Committee, 1994–1997

Dept. of ECE Student Recruiting Committee, 1995–1996

Small Grants Peer Review Panel, U.A. Office of Vice President for Research, April 1993

Dept. of ECE Subcommittee on Computer Programming Curriculum, 1992

Dept. of ECE Seminar Series Committee, 1991–1992

## Professional Service Activities

Finance Chair, 2012 IEEE Southwest Symp. on Image Analysis and Interpretation

Finance Chair, 2010 IEEE Southwest Symp. on Image Analysis and Interpretation

Program Committee, 2010 IEEE Southwest Symp. on Image Analysis and Interpretation

Reviewer, 2010 IEEE Intl. Conf. on Image Processing

Reviewer, 2010 IEEE Intl. Conf. on Acoustics, Speech, and Signal Processing

Awards Subcommittee, IEEE Signal Processing Society Technical Committee on Image, Video, and Multidimensional Signal Processing (IVMSP), 2008–2010

Program Committee, 2009 IASTED Intl. Conf. on Signal Processing, Pattern Recognition and Applications (SPPRA)

Chair, Steering Committee, IEEE Southwest Symp. on Image Analysis and Interpretation, 2007–present

IEEE Signal Processing Society Technical Committee on Image, Video, and Multidimensional Signal Processing (IVMSP), 2005–2011

Reviewer, 2008 IEEE Intl. Conf. on Image Processing

Program Committee, 2008 IEEE Southwest Symp. on Image Analysis and Interpretation

Member, IEEE Signal Processing Society Technical Directions Board, 2007

IEEE Signal Processing Conference Board, 2006–2008

Reviewer, NSF Industry/University Cooperative Research Program, 2007

General Chair, 2007 IEEE Intl. Conf. on Image Processing

Program Committee, 2006 IEEE Intl. Conf. on Image Processing

Program Committee, 2006 IEEE Southwest Symp. on Image Analysis and Interpretation

Program Committee, 2005 IEEE Intl. Conf. on Image Processing

Reviewer, 2005 IEEE Intl. Conf. on Acoustics, Speech, and Signal Processing

Vice Chair, 2004 IEEE Southwest Symp. on Image Analysis and Interpretation

Program Committee, 2004 IEEE Intl. Conf. on Image Processing

Special Editor, *Integrated Computer-Aided Engineering*, 2003–2004

General Chair, 2003 IEEE Southwest Symp. on Mixed-Signal Design

Program Committee, 2003 IEEE Intl. Conf. on Image Processing

Program Committee, 2002 IEEE Intl. Conf. on Image Processing

Program Committee, 2002 Southwest Symp. on Image Analysis and Interpretation

Organizing Committee, 2002 IEEE Intl. Symp. on Circuits and Systems

Reviewer, 2002 IEEE Intl. Conf. on Acoustics, Speech, and Signal Processing

Program Committee, 2001 IEEE Intl. Conf. on Image Processing

Organizing Committee, 2001 Southwest Symp. on Mixed-Signal Design

Associate Editor, *IEEE Trans. on Image Processing* , 1996–2000

Vice Chair, 2000 IEEE Southwest Symp. on Image Analysis and Interpretation

Reviewer, 2000 IEEE Intl. Conf. on Acoustics, Speech, and Signal Processing

Program Committee, 2000 Intl. Conf. on Pattern Recognition

Organizing Committee, 2000 Southwest Symp. on Mixed-Signal Design

Publications Chair, 1999 IEEE Intl. Conf. on Acoustics, Speech, and Signal Processing

Organizing Committee, 1999 Southwest Symp. on Mixed-Signal Design

Program Committee, 1999 IEEE Intl. Conf. on Image Processing

Area Program Chair, 1999 IEEE-CS Conf. on Computer Vision and Pattern Recognition

General Chair, 1998 IEEE Southwest Symp. on Image Analysis and Interpretation

Program Committee, 1998 IEEE Intl. Conf. on Image Processing

Program Committee, Area Coordinator, 1997 IEEE Intl. Conf. on Image Processing

Organizing Committee, 1997 IEEE Intl. Performance, Computing, and Communications Conf.

National Science Foundation Reviewer for BIR Division, Sept. 1996

Program Committee, 1996 IEEE Intl Conf. on Image Processing

Program Chair, 1996 IEEE Southwest Symp. on Image Analysis and Interpretation

Organizing Committee, 1996 IEEE Intl. Performance, Computing, and Communications Conf.

Program Committee, 1995 SPIE Intl. Symp. on Optics, Imaging, and Instrumentation: Applications of Digital Image Processing XVIII

Organizing Committee, 1995 IEEE Intl. Performance, Computing, and Communications Conf.

Program Committee, 1995 IEEE Intl. Performance, Computing, and Communications Conf.

Session Chair, 1994 SPIE Intl. Symp. on Optics, Imaging, and Instrumentation: Applications of Digital Image Processing XVII

Program Committee, 1994 IEEE Intl. Performance, Computing, and Communications Conf.

National Science Foundation Review Panelist for DUE Division, Washington, D.C., Feb. 1993

Program Committee, 1993 IEEE Intl. Performance, Computing, and Communications Conf.

Technical reviewer for numerous technical conferences and journals

## Theses and Dissertations Supervised

Sundaresh Ram, M.S., Dec. 2010, *3-D Fluorescent Spot Segmentation in Confocal Microscopic Images.*

Abhinav Kumar Jha, M.S., Aug. 2009, *ADC Estimation in Diffusion-Weighted Images.*

Rohit Philip, M.S., Dec. 2008, *Seed Pruning for Multi-Resolution Segmentation of Vasculature in Immunohistochemical Images.*

Sivaramakrishnan Rajaraman, M.S., Dec. 2008, *Automated Registration of Breath-Hold DCE-MRI Images of Human Volunteers in Cancer Clinical Trials.*

Sunil Seepuri, M.S., Aug. 2008, *An Integrated Tool for 3-D Segmentation of Internal Hemoglobin in TEM Images.*

Naren Vijayakumar, M.S., Dec. 2008, *Multimodality Image Registration Using Gradient Information and Clustering.*

Santosh V. Chapaneri, M.S., Aug. 2008, *Content-Adaptive Improved Error Concealment Methods for H.264/AVC Video Communication.*

Narasimhan Rajagopalan, M.S., May 2008, *An Integrated Technique for Segmentation and Volume Estimation in Spots in 3-D Human Cell Cultures Using Watersnakes.*

Mehul Patel, M.S., May 2008, *Image Analysis Algorithms for Ovarian Cancer Detection Using Confocal Microendoscopy.*

Luca Caucci, M.S., May 2007, *Point Detection and Hotelling Discriminant: An Application in Adaptive Optics.*

Mingkuan Liu, Ph.D., Dec. 2006, *QoS Improvement Schemes for Real-Time Wireless VoIP.*

Natalia Gaviria Gómez, Ph.D., Aug. 2006, *Genetic Algorithms for Optimization of Wireless Devices.*

Diljith M. Thodi, M.S., Aug. 2005, *Techniques to Improve the Performance of Expansion-Embedding-Based Reversible Watermarking Algorithms.*

Neema K. Shetty, M.S., Aug. 2005, *Improving Image Fidelity of Equalized Spectrum Watermarking Scheme Using Perceptual Modeling.*

Nikhil S. Rajguru, M.S., Aug. 2005, *A Level-Set Approach to 3-D Segmentation of Lesions from T1-Weighted Spin-Echo DCE-MR Images.*

Vivek Shankar, M.S., May 2005, *Texture-Based Automated Lithological Classification Using Aeromagnetic Anomaly Images.*

Saurabh Srivastava, M.S., Dec. 2004, *Computer-Aided Identification of Ovarian Cancer in Confocal Microendoscope Images.*

Mary L. Cassabaum, Ph.D., Aug. 2004, *Exploiting High Dimensional Data for Signal Characterization and Classification in Feature Space.*

Ranjini T. Rajeevan, M.S., Aug. 2004, *Automated Segmentation of Lesions in Magnetic Resonance Images of the Brain.*

Chetankumar Krishnamurty, M.S., Aug. 2004, *Automated Lesion Segmentation and Tracking in Echo-Planar Diffusion-Weighted Liver MRI.*

Siddharth Mathur, M.S., Dec. 2003, *Variable-Length Vocal-Tract Modeling for Speech Synthesis.*

Victor Gajendran, M.S., Dec. 2003, *Towards a Completely Automated Chromosome Counting System.*

Amarpreet S. Chawla, M.S. Aug. 2003, *Analysis of Image Quality of Medical Imaging Displays.*

Sundararajan Sankaranarayanan, M.S., August 2003, *Design and Analysis of an Improved Data Acquisition System for Digital Flow Cytometry.*

Bo Xia, M.S., May 2002, *An Improved Digital System Design for Flow Cytometric Analysis.*

Phillip A. Mlsna, Ph.D., May 2001, *Color Sets with Morphological and B-Spline Enhancements for Content-Based Image Retrieval.*

Te-shen Liang, Ph.D., May 2000, *Methods for Improved Robustness of Image Watermarking Algorithms.*

Bruce A. Thomas, Ph.D., Dec. 1999, *New Aspects of Digital Color Image Enhancement.*

David E. Hoyer, M.S., May 1996, *Performance Analysis of Vector and Scalar Median Filtering.*

Qiang Zhang, M.S., May 1996, *A Recursive Technique for 3–D Histogram Enhancement of Color Images.*

Te-shen "Dickson" Liang, M.S., Aug. 1995, *Segmentation of MR Cranial Images Using Mathematical Morphology and Fuzzy Clustering.*

Mahesh Godavarti, M.S., Aug. 1995, *Digital Signal Processing and Neural Networks in Flow Cytometry.*

Troy A. Berchem, M.S., May 1995, *A Digital Reconstruction System for Real-Time Magnetic Resonance Imaging.*

Richard P. Mackey, M.S., May 1995, *An Asynchronous, Single-Chip, LMS Based, Adaptive Echo Canceller.*

Jesse C. Ma, M.S., Dec. 1994, *Segmentation of 3–D MR Images Using the Fuzzy C-Means Algorithm and a Neural Network.*

Nick A. Zilmer, M.S., May 1994, *Analysis of the Use of Digital Signal Processing in Flow Cytometry.*

James L. Lee, M.S., Dec. 1993, *Automated Segmentation of Magnetic Resonance Images of the Brain.*

Phillip A. Mlsna, M.S., Dec. 1992, *Color Image Enhancement by Three-Dimensional Histogram Modification.*

Christopher C. (Chuen-Chi) Yang, M.S., Dec. 1992, *Effects of Coordinate Systems on Color Image Processing.*

## Peer-Reviewed Journal Publications

[1] Sivaramakrishnan Rajaraman, Jeffrey J. Rodriguez, Christian Graff, Maria I. Altbach, Tomislav Dragovich, Claude B. Sirlin, Ronald L. Korn, and Natarajan Raghunand, "Automated Registration of Sequential Breath-Hold Dynamic Contrast-Enhanced MRI Images: A Comparison of 3 Techniques," *Magnetic Resonance in Medicine*, accepted for publication.

[2] Santosh V. Chapaneri and Jeffrey J. Rodriguez, "Content-Adaptive Temporal Error Concealment Scheme for H.264/AVC Video Communication," *ICGST Intl. Journal on Graphics, Vision and Image Processing* (GVIP), vol. 10, no. 2, June 2010, pp. 9–18.

[3] Luca Caucci, Harrison H. Barrett, and Jeffrey J. Rodriguez, "Spatio-Temporal Hotelling Observer for Signal Detection from Image Sequences," *Optics Express*, vol. 17, no. 13, June 2009, pp. 10946–10958.

[4] Natalia Gaviria Gomez, Jeffrey J. Rodriguez, Kathleen L. Melde, Kevin M. McNeill, "Design of Low-Sidelobe Linear Arrays with High Aperture Efficiency and Interference Nulls," *IEEE Antennas and Wireless Propagation Letters*, vol. 8, 2009, pp. 607–610.

[5] Saurabh Srivastava, Jeffrey J. Rodriguez, Andrew R. Rouse, Molly A. Brewer, and Arthur F. Gmitro, "Computer-Aided Identification of Ovarian Cancer in Confocal Microendoscope Images," *Journal of Biomedical Optics*, vol. 13, no. 2, March/April 2008, pp. 024021-1 to 024021-13.

[6] Luca Caucci, Harrison H. Barrett, Nicholas Devaney, and Jeffrey J. Rodriguez, "Application of the Hotelling and Ideal Observers to Detection and Localization of Exoplanets," *Journal of the Optical Society of America A*, vol. 24, no. 12, Dec. 2007, pp. B13-B24.

[7] Cynthia M. Smith, J. Cole Smith, Stuart K. Williams, Jeffrey J. Rodriguez, James B. Hoying, "Accurate Thresholding of Three-Dimensional Microvascular Structures from Confocal Microscopy Images," *Journal of Microscopy*, vol. 225 (Part 3), March 2007, pp. 244–57.

[8] Diljith M. Thodi and Jeffrey J. Rodriguez, "Expansion-Embedding Techniques for Reversible Watermarking," *IEEE Trans. on Image Processing*, vol. 16, no. 3, March 2007, pp. 721–30.

[9] Siddharth Mathur, Brad H. Story, and Jeffrey J. Rodriguez, "Vocal-Tract Modeling: Fractional Elongation of Segment Lengths in a Waveguide Model with Half-Sample Delays," *IEEE Trans. on Audio, Speech and Language Processing*, vol. 14, no. 5, Sept. 2006, pp. 1754–1762.

[10] Kirk W. Gossage, Cynthia M. Smith, Elizabeth M. Kanter, Lida P. Hariri, Alice L. Stone, Jeffrey J. Rodriguez, Stuart K. Williams, and Jennifer K. Barton, "Texture Analysis of Speckle in Optical Coherence Tomography Images of Tissue Phantoms," *Physics in Medicine and Biology*, vol. 51, no. 6, March 21, 2006, pp. 1563–1575.

[11] Amarpreet S. Chawla, Hans Roehrig, Jeffrey J. Rodriguez, and Jiahua Fan, "Determining the MTF of Medical Imaging Displays Using Edge Techniques," *Journal of Digital Imaging*, vol. 18, no. 4, Dec. 2005, pp. 296–310.

[12] Shiva Murthi, Sundararajan Sankaranarayanan, Bo Xia, Georgina M. Lambert, Jeffrey J. Rodriguez, and David W. Galbraith, "Performance Analysis of a Dual-Buffer Architecture for Digital Flow Cytometry," *Cytometry*, Part A, vol. 66A, no. 2, Aug. 2005, pp. 109–118.

[13] Rexford D. Newbould, David L. Irby, Jo Dale Carothers, Jeffrey J. Rodriguez, and W. Timothy Holman, "Mixed Signal Design Watermarking for IP Protection," *Integrated Computer-Aided Engineering*, vol. 10, no. 3, 2003, pp. 249–65.

[14] Kirk W. Gossage, Tomasz S. Tkaczyk, Jeffrey J. Rodriguez, and Jennifer K. Barton, "Texture Analysis of Optical Coherence Tomography Images: Feasibility for Tissue Classification," *Journal of Biomedical Optics*, vol. 8, no. 3, July 2003, pp. 570–5.

[15] Rexford D. Newbould, David L. Irby, Jo Dale Carothers, Jeffrey J. Rodriguez, and W. Timothy Holman, "Watermarking of ICs for IP Protection," *Electronics Letters*, vol. 38, no. 6, March 14, 2002, pp. 272–4.

[16] Christopher C. Yang and Jeffrey J. Rodriguez, "Efficient Luminance and Saturation Processing Techniques for Color Images," *J. of Visual Communication and Image Representation*, vol. 8, no. 3, Sept. 1997, pp. 263–77.

[17] Mahesh Godavarti, Jeffrey J. Rodriguez, Timothy A. Yopp, Georgina M. Lambert, and David W. Galbraith, "Automated Particle Classification Based on Digital Acquisition and Analysis of Flow Cytometric Pulse Waveforms," *Cytometry*, vol. 24, no. 4, 1996, pp. 330–9.

[18] Richard P. Mackey, Jeffrey J. Rodriguez, Jo D. Carothers and Sarma B. K. Vrudhula, "Asynchronous VLSI Architecture for Adaptive Echo Cancellation," *Electronics Letters*, vol. 32, no. 8, April 11, 1996, pp. 710–1.

[19] Jeffrey J. Rodriguez and Christopher C. Yang, "High-Resolution Histogram Modification of Color Images," *Graphical Models and Image Processing*, vol. 57, no. 5, Sept. 1995, pp. 432–40.

[20] Nick A. Zilmer, Jeffrey J. Rodriguez, Timothy A. Yopp, Georgina M. Lambert, and David W. Galbraith, "Flow Cytometric Analysis Using Digital Signal Processing," *Cytometry*, vol. 20, June 1995, pp. 102–17.

[21] Phillip A. Mlsna and Jeffrey J. Rodriguez, "A Multivariate Contrast Enhancement Technique for Multispectral Images," *IEEE Trans. on Geoscience and Remote Sensing*, vol. 33, no. 1, Jan. 1995, pp. 212–6.

[22] Jeffrey J. Rodriguez and C. C. Yang, "Effects of Luminance Quantization Error on Color Image Processing," *IEEE Trans. on Image Processing*, vol. 3, no. 6, Nov. 1994, pp. 850–4.

[23] Jeffrey J. Rodriguez and J. K. Aggarwal, "Matching Aerial Images to 3–D Terrain Maps," *IEEE Trans. on Pattern Analysis and Machine Intelligence*, vol. 12, no. 12, Dec. 1990, pp. 1138–49.

[24] Jeffrey J. Rodriguez and J. K. Aggarwal, "Stochastic Analysis of Stereo Quantization Error," *IEEE Trans. on Pattern Analysis and Machine Intelligence*, vol. 12, no. 5, May 1990, pp. 467–70.

[25] Jeffrey J. Rodriguez, "An Improved FFT Digit-Reversal Algorithm," *IEEE Trans. on Acoustics, Speech, and Signal Processing*, vol. 37, no. 8, Aug. 1989, pp. 1298–300.

## Peer-Reviewed Proceedings Publications

[1] Abhinav K. Jha, Matthew A. Kupinski, Jeffrey J. Rodriguez, Renu M. Stephen, and Alison T. Stopeck, "ADC Estimation in Multi-Scan DWMRI," in *Digital Image Processing and Analysis*, OSA Technical Digest (Optical Society of America, 2010), pp. DTuB3-1 to DTuB3-3. Presented at the OSA Topical Meeting, Digital Image Processing and Analysis (DIPA), Tucson, AZ, June 7–8, 2010.

[2] Abhinav K. Jha, Jeffrey J. Rodriguez, Renu M. Stephen, and Alison T. Stopeck, "A Clustering Algorithm for Liver Lesion Segmentation of Diffusion-Weighted MR Images," *2010 IEEE Southwest Symp. on Image Analysis and Interpretation*, Austin, TX, May 23–25, 2010, pp. 93–96.

[3] Abhinav K. Jha, Matthew A. Kupinski, Jeffrey J. Rodriguez, Renu M. Stephen, and Alison T. Stopeck, "ADC Estimation of Lesions in Diffusion-Weighted MR Images: A Maximum-Likelihood Approach," *2010 IEEE Southwest Symp. on Image Analysis and Interpretation*, Austin, TX, May 23–25, 2010, pp. 209–212.

[4] Sundaresh Ram, Jeffrey J. Rodriguez, and Giovanni Bosco, "Segmentation and Classification of 3-D Spots in FISH Images," *2010 IEEE Southwest Symp. on Image Analysis and Interpretation*, Austin, TX, May 23–25, 2010, pp. 101–104.

[5] Abhinav K. Jha, Matthew A. Kupinski, Jeffrey J. Rodriguez, Renu M. Stephen, and Alison T. Stopeck, "Evaluating Segmentation Algorithms for Diffusion-Weighted MR Images: A Task-Based Approach," in *Image Perception, Observer Performance, and Technology Assessment*, David J. Manning and Craig K. Abbey, Eds., Proc. of SPIE, vol. 7627, pp. 76270L-1 to 76270L-8. Presented at *SPIE Medical Imaging 2010*, San Diego, CA, Feb. 13–18, 2010. **Best paper award**.

[6] Santosh V. Chapaneri and Jeffrey J. Rodriguez, "Content-Adaptive Macroblock Partitioning Scheme for Error Concealment of H.264/AVC Coded Video," *2009 IEEE Intl. Conf. on Image Processing*, Cairo, Egypt, Nov. 7–11, 2009, pp. 917–920.

[7] Santosh V. Chapaneri and Jeffrey J. Rodriguez, "Low Complexity Error Concealment Scheme for Intra-Frames in H.264/AVC," *2009 IEEE Intl. Conf. on Image Processing*, Cairo, Egypt, Nov. 7–11, 2009, pp. 925–928.

[8] S. Rajaraman, J. J. Rodriguez, C. Graff, M. I. Altbach, T. Dragovich, C. B. Sirlin, R. L. Korn, and N. Raghunand, "Automated Registration of Sequential Breath-Hold DCE-MRI Images," *Intl. Society for Magnetic Resonance in Medicine (ISMRM), 17th Scientific Meeting & Exhibition*, Honolulu, April 18–24, 2009, p. 5722.

[9] Narasimhan Rajagopalan, Jeffrey J. Rodriguez, and Kathleen Dixon, "An Integrated Technique for Spot Volume Estimation in 3-D Human Cell Cultures: Watersnakes," *2008 IEEE Intl. Conf. on Image Processing*, San Diego, CA, Oct. 12–15, 2008, pp. 3004–3007.

[10] Rohit C. Philip, Jeffrey J. Rodriguez, and Robert J. Gillies, "Seed Pruning Using a Multi-Resolution Approach for Automated Segmentation of Breast Cancer Tissue," *2008 IEEE Intl. Conf. on Image Processing*, San Diego, CA, Oct. 12–15, 2008, pp. 1436–1439.

[11] Mehul B. Patel, Jeffrey J. Rodriguez, and Arthur F. Gmitro, "Effect of Gray-Level Re-Quantization on Co-Occurrence Based Texture Analysis," *2008 IEEE Intl. Conf. on Image Processing*, San Diego, CA, Oct. 12–15, 2008, pp. 585–588.

[12] Mehul B. Patel, Jeffrey J. Rodriguez, and Arthur F. Gmitro, "Image Classification Based on Focus," *2008 IEEE Intl. Conf. on Image Processing*, San Diego, CA, Oct. 12–15, 2008, pp. 397–400.

[13] Sunil Seepuri, Jeffrey J. Rodriguez, and David A. Elliott, "Automated Segmentation of Internal Hemoglobin in TEM Images," *2008 IEEE Southwest Symp. on Image Analysis and Interpretation*, Santa Fe, NM, March 24–26, 2008, pp. 117–120.

[14] Luca Caucci, Harrison H. Barrett, Nicholas Devaney, and Jeffrey J. Rodriguez, "Statistical Decision Theory and Adaptive Optics: A Rigorous Approach to Exoplanet Detection," *Adaptive Optics: Analysis and Methods*, OSA Technical Digest, Vancouver, B.C., Canada, June 18-20, 2007, paper ATuA5.

[15] Mingkuan Liu, Jeffrey J. Rodriguez, and Kevin M. McNeill, "An Adaptive Jitter Buffer Play-Out Scheme to Improve VoIP Quality in Wireless Networks," *Military Communications Conf.* (MILCOM), Washington, D.C., October 23–25, 2006, pp. 1–5.

[16] Natalia Gaviria, Kathleen L. Melde, Kevin M. McNeill, and Jeffrey J. Rodriguez, "Development of Array Distributions for Smart Antennas with Low Sidelobes, Interference-Nulling, and Effective Radiated Voltage Constraints," *2006 IEEE Intl. Symp. on Antennas and Propagation* (AP-S), Albuquerque, NM, July 9–14, 2006, pp. 3323–3326.

[17] Nikhil S. Rajguru, Jeffrey J. Rodriguez, Natarajan Raghunand, and Robert J. Gillies, "Enhanced Level-Set Approach to Segmentation of 3-D Heterogeneous Lesions from Dynamic Contrast-Enhanced MR Images," *2006 IEEE Southwest Symp. on Image Analysis and Interpretation*, Denver, CO, March 26–28, 2006, pp. 71–75.

[18] Neema K. Shetty and Jeffrey J. Rodriguez, "Equalized-Spectrum Watermarking Using Perceptual Modeling," *2006 IEEE Southwest Symp. on Image Analysis and Interpretation*, Denver, CO, March 26–28, 2006, pp. 1–5.

[19] Vivek Shankar, Jeffrey J. Rodriguez, and Mark E. Gettings, "Texture Analysis for Automated Classification of Geologic Structures," *2006 IEEE Southwest Symp. on Image Analysis and Interpretation*, Denver, CO, March 26–28, 2006, pp. 81–85.

[20] Saurabh Srivastava, Jeffrey J. Rodriguez, Andrew R. Rouse, Molly A. Brewer, and Arthur F. Gmitro, "Analysis of Confocal Microendoscope Images for Automatic Detection of Ovarian Cancer," *2005 IEEE Intl. Conf. on Image Processing*, Genoa, Italy, Sept. 11–14, 2005, vol. 1, pp. 1113–1116.

[21] Chetankumar Krishnamurthy, Jeffrey J. Rodriguez, Natarajan Raghunand, Rebecca Theilmann, Nikhil Rajguru, and Robert Gillies, "Automated Lesion Tracking in Echo-Planar Diffusion-Weighted Liver MRI: An Active Contour Based Approach," *Intl. Society for Magnetic Resonance in Medicine (ISMRM) 13th Scientific Meeting & Exhibition*, Miami, May 7–13, 2005.

[22] Nikhil Rajguru, Jeffrey J. Rodriguez, M. Runquist, J. Neville, C. Howison, and Robert Gillies, "Automatic 3D Segmentation of High Resolution Breast Tumors in Mice Using Region Growing, Active Contours and Gradient Vector Flow," *Intl. Society for Magnetic Resonance in Medicine (ISMRM) 13th Scientific Meeting & Exhibition*, Miami, May 7–13, 2005

[23] Saurabh Srivastava, Jeffrey J. Rodriguez, Andrew R. Rouse, Molly A. Brewer, and Arthur F. Gmitro, "Automated Texture-Based Identification of Ovarian Cancer in Confocal Microendoscope Images," in *Three-Dimensional and Multidimensional Microscopy: Image Processing and Acquisition XII*, Jose-Angel Conchello, Carol J. Cogswell, and Tony Wilson, Eds., Proc. of SPIE, vol. 5701, presented at BiOS 2005 at Photonics West 2005, San Jose, CA, Jan. 22–27, 2005.

[24] Diljith M. Thodi and Jeffrey J. Rodriguez, "Prediction-Error Based Reversible Watermarking," in *Proc. 2004 IEEE Intl. Conf. on Image Processing*, Oct. 24–27, 2004, Singapore, vol. 3, pp. 1549–52.

[25] Victor Gajendran and Jeffrey J. Rodriguez, "Chromosome Counting via Digital Image Analysis," in *Proc. 2004 IEEE Intl. Conf. on Image Processing*, Oct. 24–27, 2004, Singapore, vol. 5, pp. 2929–32.

[26] Chetankumar Krishnamurthy, Jeffrey J. Rodriguez, and Robert Gillies, "Automated Segmentation of Liver Metastases in Diffusion-Weighted Echoplanar Images Using Region Growing and Snakes Based on Fuzzy Sobel Edge Detector," in *Proc. Intl. Society for Magnetic Resonance in Medicine (ISMRM) Twelfth Scientific Meeting and Exhibition*, Kyoto, Japan, May 15–21, 2004.

[27] Mary L. Cassabaum, Donald E. Waagen, Jeffrey J. Rodriguez, and Harry A. Schmitt, "Unsupervised Optimization of Support Vector Machine Parameters," in *Automatic Target Recognition XIV*, Ivan Kadar, ed., Proc. of SPIE, vol. 5426(1), SPIE Defense & Security Symposium, Orlando, FL, April 13–15, 2004, pp. 316–325.

[28] Diljith M. Thodi and Jeffrey J. Rodriguez, "Reversible Watermarking by Prediction Error Expansion," in *Proc. 2004 IEEE Southwest Symp. on Image Analysis and Intepretation*, Lake Tahoe, CA, March 28–30, 2004, pp. 21–25.

[29] Chetankumar Krishnamurthy, Jeffrey J. Rodriguez, and Robert J. Gillies, "Snake-Based Liver Lesion Segmentation," in *Proc. 2004 IEEE Southwest Symp. on Image Analysis and Intepretation*, Lake Tahoe, CA, March 28–30, 2004, pp. 187–191.

[30] Kirk W. Gossage, Cynthia M. Smith, Elizabeth M. Kanter, Lida P. Hariri, Alice L. Stone, Jeffrey J. Rodriguez, Stuart K. Williams, and Jennifer K. Barton, "Texture Analysis of Speckle in Optical Coherence Tomography Images of Tissue Phantoms," in *Advanced Biomedical and Clinical Diagnostic Systems II*, Gerald E. Cohn et al., Eds., Proc. SPIE, vol. 5318, 2004, pp. 140–150. Presented at Photonics West, San Jose, CA, Jan. 25–26, 2004.

[31] Kirk W. Gossage, Tomasz S. Tkaczyk, Jeffrey J. Rodriguez, and Jennifer K. Barton, "Texture Analysis for Tissue Classification of Optical Coherence Tomography Images," in *Advanced Biomedical and Clinical Diagnostic Systems*, Tuan Vo-Dinh et al., Eds. Proc. SPIE, vol. 4958, 2003, pp. 109–17. Presented at the Biomedical Optics Symp. (BiOS 2003) at Photonics West 2003, San Jose, CA, Jan. 26–28, 2003.

[32] Shiva Murthi, Sundararajan Sankaranarayanan, Bo Xia, Jeffrey J. Rodriguez, and David W. Galbraith, "An Improved Data Acquisition System for Digital Flow Cytometry," in *Proc. 2002 IEEE Intl. Symp. on Circuits and Systems*, Scottsdale, AZ, May 26–29, 2002, vol. 1, pp. 669-72.

[33] Rexford D. Newbould, Jo Dale Carothers, Jeffrey J. Rodriguez, and W. Timothy Holman, "A Hierarchy of Physical Design Watermarking Schemes for Intellectual Property Protection of IC Designs," in *Proc. 2002 IEEE Intl. Symp. on Circuits and Systems*, Scottsdale, AZ, May 26–29, 2002, vol. 4, pp. 862–5.

[34] Mary L. Cassabaum, Jeffrey J. Rodriguez, Jack G. Riddle, and Donald E. Waagen, "Feature Analysis Using Millimeter-Wave Real Beam and Doppler Beam Sharpening Techniques," in *Proc. 2002 IEEE Southwest Symp. on Image Analysis and Interpretation*, Santa Fe, NM, April 7-9, 2002, pp. 101–5.

[35] Khusro Sajid, Jo Dale Carothers, Jeffrey J. Rodriguez, and W. Timothy Holman, "Global Routing Methodology for Analog and Mixed-Signal Layout," in *Proc. 14th Annual IEEE Intl. ASIC/SOC Conf.*, Arlington, VA, Sept. 12–15, 2001, pp. 442–6.

[36] Naveen Narayan, Rexford D. Newbould, Jo Dale Carothers, Jeffrey J. Rodriguez, and W. Timothy Holman, "IP Protection for VLSI Designs Via Watermarking of Routes," in *Proc. 14th Annual IEEE Intl. ASIC/SOC Conf.*, Arlington, VA, Sept. 12–15, 2001, pp. 406–10.

[37] David L. Irby, Rexford D. Newbould, Jo Dale Carothers, Jeffrey J. Rodriguez, and W. Timothy Holman, "Watermarking of Standard-Cell Feedthroughs in Mixed-Signal Design," in *Proc. 2001 Southwest Symp. on Mixed-Signal Design*, Austin, TX, Feb. 25–27, 2001, pp. 121–5.

[38] David L. Irby, Rexford D. Newbould, Jo Dale Carothers, Jeffrey J. Rodriguez, and W. Timothy Holman, "Placement Watermarking of Standard-Cell Designs," in *Proc. 2001 Southwest Symp. on Mixed-Signal Design*, Austin, TX, Feb. 25–27, 2001, pp. 116–20.

[39] Rexford D. Newbould, David L. Irby, Jo Dale Carothers, Jeffrey J. Rodriguez, and W. Timothy Holman, "Mixed Signal Design Watermarking for IP Protection," in *Proc. 2001 Southwest Symp. on Mixed-Signal Design*, Austin, TX, Feb. 25–27, 2001, pp. 110–15.

[40] David L. Irby, Rexford D. Newbould, Jo Dale Carothers, Jeffrey J. Rodriguez, and W. Timothy Holman, "Low-Level Watermarking of VLSI Designs for Intellectual Property Protection," in *Proc. 13th Annual IEEE Intl. ASIC/SOC Conf.*, Washington, D.C., Sept. 13–16, 2000, pp. 136–40.

[41] Bruce A. Thomas and Jeffrey J. Rodriguez, "Wavelet-Based Color Image Denoising," in *Proc. 2000 IEEE Intl. Conf. on Image Processing*, Vancouver, B.C., Canada, Sept. 10-13, 2000, vol. 2, pp. 804–7.

[42] Te-shen Liang and Jeffrey J. Rodriguez, "A Modified Robust Embedding Scheme for Faithful Watermark Extraction," in *Proc. 2000 IEEE Intl. Conf. on Image Processing*, Vancouver, B.C., Canada, Sept. 10-13, 2000, vol. 1, pp. 419–22.

[43] Te-shen Liang and Jeffrey J. Rodriguez, "Improved Watermark Robustness Via Spectrum Equalization," in *Proc. 2000 IEEE Intl. Conf. on Acoustics, Speech, and Signal Processing*, Istanbul, Turkey, June 5–9, 2000, vol. 4, pp. 1951–4.

[44] Te-shen Liang and Jeffrey J. Rodriguez, "Robust Image Watermarking Using Inversely Proportional Embedding," in *Proc. 4th IEEE Southwest Symp. on Image Analysis and Interpretation*, Austin, TX, April 2–4, 2000, pp. 182–6.

[45] Phillip A. Mlsna and Jeffrey J. Rodriguez, "Efficient Indexing of Multi-Color Sets for Content-Based Image Retrieval," in *Proc. 4th IEEE Southwest Symp. on Image Analysis and Interpretation*, Austin, TX, April 2–4, 2000, pp. 116-20.

[46] Te-shen Liang and Jeffrey J. Rodriguez, "Robust Image Watermarking Using Robust Coefficients," in *Security and Watermarking of Multimedia Contents II*, Ping Wah Wong and Edward J. Delp III, Eds. Proc. SPIE, vol. 3971, 2000. Presented at the IS&T/SPIE Intl. Symp., Electronic Imaging 2000: Science & Technology, San Jose, CA, Jan. 23–28, 2000, pp. 326–35.

[47] Bruce A. Thomas and Jeffrey J. Rodriguez, "Practical Implementation of Multirate Convolution for Multiresolution Image Processing," in *Proc. 1998 IEEE Southwest Symp. on Image Analysis and Interpretation*, Tucson, AZ, April 6–7, 1998, pp. 217–22.

[48] Pinkesh Shah, Pixuan Zhou, Jue Wu, Vaishali Ghiya, Indra Widjaja, Jeffrey J. Rodriguez, Jo Dale Carothers, and David Paldan, "Data Network Analysis Using NOVA," in *Proc. 1998 IEEE Intl. Performance, Computing and Communications Conf.*, Tempe, AZ, Feb. 16–18, 1998, pp. 124–30.

[49] Bruce A. Thomas, Robin N. Strickland, and Jeffrey J. Rodriguez, "Color Image Enhancement Using Spatially Adaptive Saturation Feedback," in *Proc. IEEE Intl. Conf. on Image Processing*, Santa Barbara, CA, Oct. 26–29, 1997, vol. 3, pp. 30–3.

[50] Mahesh Godavarti and Jeffrey J. Rodriguez, "An Improved Technique for Automated Image Histogram Thresholding," in *Proc. 8th Intl. Conf. on Signal Processing Applications & Technology*, San Diego, CA, Sept. 14–17, 1997, pp. 1165–70.

[51] Phillip A. Mlsna, Qiang Zhang, and Jeffrey J. Rodriguez, "3–D Histogram Modification of Color Images," in *Proc. IEEE Intl. Conf. on Image Processing*, vol. III, Lausanne, Switzerland, Sept. 16–19, 1996, pp. 1015–8.

[52] Te-shen Liang and Jeffrey J. Rodriguez, "MR Cranial Image Segmentation — A Morphological and Clustering Approach," in *Proc. IEEE Southwest Symp. on Image Analysis and Interpretation*, San Antonio, Texas, April 8–9, 1996, pp. 184–9.

[53] Qiang Zhang, Phillip A. Mlsna, and Jeffrey J. Rodriguez, "A Recursive Technique for 3–D Histogram Enhancement of Color Images," in *Proc. IEEE Southwest Symp. on Image Analysis and Interpretation*, San Antonio, Texas, April 8–9, 1996, pp. 218–23.

[54] Phillip A. Mlsna, Tingyang Liu, John M. Galbraith, Jo D. Carothers, Jeffrey J. Rodriguez, David Paldan, and Mary A. Bogner, "NOVA — An Interactive Network Design Visualization and Optimization Tool," in *Proc. 1996 IEEE Fifteenth Annual Intl. Phoenix Conf. on Computers and Communications*, Scottsdale, AZ, March 27–29, 1996, pp. 413–9.

[55] Christopher C. Yang and Jeffrey J. Rodriguez, "Saturation Clipping in the LHS and YIQ Color Spaces," in *Color Imaging: Device-Independent Color, Color Hard Copy and Graphic Arts*, J. Bares, Ed. Proc. SPIE, vol. 2658, 1996, pp. 297–307. Presented at the IS&T/SPIE Intl. Symp. on Electronic Imaging '96: Science & Technology, San Jose, CA, Jan. 27 – Feb. 2, 1996.

[56] Jesse C. Ma and Jeffrey J. Rodriguez, "MR Image Segmentation Using a Fuzzy-Based Neural Network," in *Proc. 1995 IEEE Intl. Conf. on Neural Networks*, vol. 5, Perth, Australia, Nov. 27 – Dec. 1, 1995, pp. 2190–5.

[57] Mahesh Godavarti, Jeffrey J. Rodriguez, Timothy A. Yopp, Georgina M. Lambert, and David W. Galbraith, "Neural Network Analysis of Digital Flow Cytometric Data," in *Proc. IEEE Intl. Conf. on Neural Networks*, vol. 5, Perth, Australia, Nov. 27 – Dec. 1, 1995, pp. 2211–6.

[58] Christopher C. Yang and Jeffrey J. Rodriguez, "Efficient Luminance and Saturation Processing Techniques for Bypassing Color Coordinate Transformations," in *Proc. IEEE Intl. Conf. on Systems, Man and Cybernetics*, vol. 1, Vancouver, Canada, Oct. 22–25, 1995, pp. 667–72.

[59] Richard P. Mackey, Jeffrey J. Rodriguez, and Jo Dale Carothers, and Sarma B. K. Vrudhula, "A Single-Chip, Asynchronous Echo Canceller for High-Speed Data Communication," in *Proc. Eighth Annual IEEE Intl. Application Specific Integrated Circuit Conf. and Exhibit*, Austin, Texas, Sept. 18–22, 1995, pp. 181–4.

[60] Phillip A. Mlsna and Jeffrey J. Rodriguez, "Explosion of Multidimensional Image Histograms," in *Proc. IEEE Intl. Conf. on Image Processing*, vol. 3, Austin, Texas, Nov. 13–16, 1994, pp. 958–62.

[61] James L. Lee and Jeffrey J. Rodriguez, "Edge-Based Segmentation of 3–D Magnetic Resonance Images," in *Proc. IEEE Intl. Conf. on Image Processing*, vol. 1, Austin, Texas, Nov. 13–16, 1994, pp. 876–80.

[62] James L. Lee and Jeffrey J. Rodriguez, "Volumetric Segmentation of Magnetic Resonance Images," in *Applications of Digital Image Processing XVII*, A. G. Tescher, Ed., Proc. of SPIE, vol. 2298, 1994, pp. 652–61. Presented at the SPIE Intl. Symp. on Optics, Imaging, and Instrumentation, San Diego, CA, July 26–29, 1994.

[63] Jesse C. Ma and Jeffrey J. Rodriguez, "Segmentation of Multidimensional MR Images Using a Fuzzy Neural Network," in *Applications of Digital Image Processing XVII*, A. G. Tescher, Ed., Proc. of SPIE, vol. 2298, 1994, pp. 636–43. Presented at the SPIE Intl. Symp. on Optics, Imaging, and Instrumentation, San Diego, CA, July 26–29, 1994.

[64] Phillip A. Mlsna and Jeffrey J. Rodriguez, "Enhancement of Multispectral Images Using Histogram Explosion," in *Applications of Digital Image Processing XVII*, A. G. Tescher, Ed., Proc. of SPIE, vol. 2298, 1994, pp. 132–42. Presented at the SPIE Intl. Symp. on Optics, Imaging, and Instrumentation, San Diego, CA, July 26–29, 1994.

[65] Jeffrey J. Rodriguez and J. K. Aggarwal, "Terrain Matching by Analysis of Aerial Images," in *Proc. Third Intl. Conf. on Computer Vision*, Osaka, Japan, Dec. 4–7, 1990, pp. 677–81.

[66] Jeffrey J. Rodriguez and J. K. Aggarwal, "Navigation Using Image Sequence Analysis and 3–D Terrain Matching," in *Proc. IEEE-CS Workshop on Interpretation of 3D Scenes*, Austin, Texas, Nov. 27–29, 1989, pp. 200–7.

[67] Jeffrey J. Rodriguez and J. K. Aggarwal, "Terrain Matching Using Image Sequence Analysis," in *Image Understanding and Machine Vision*, 1989 Technical Digest Series, vol. 14 (Optical Society of America, Washington, D. C., 1989), pp. 30–3. Presented at the OSA Topical Meeting on Image Understanding and Machine Vision, North Falmouth, MA, June 12–14, 1989.

[68] Jeffrey J. Rodriguez and J. K. Aggarwal, "Quantization Error in Stereo Imaging," in *Proc. IEEE Computer Society Conf. on Computer Vision and Pattern Recognition*, Ann Arbor, MI, June 5–9, 1988, pp. 153–8.

[69] Jeffrey J. Rodriguez, "An Improved Bit-Reversal Algorithm for the Fast Fourier Transform," in *Proc. IEEE Intl. Conf. on Acoustics, Speech, and Signal Processing*, vol. 3., New York, NY, 1988, pp. 1407–10.

[70] Jeffrey J. Rodriguez, Jae S. Lim, and Elliot Singer, "Adaptive Noise Reduction in Aircraft Communication Systems," in *Proc. IEEE Intl. Conf. on Acoustics, Speech, and Signal Processing*, vol. 1, Dallas, Texas, 1987, pp. 169–72.

## **Other Publications**

[1] Phillip A. Mlsna and Jeffrey J. Rodriguez, "Gradient and Laplacian Edge Detection," in *The Essential Guide to Image Processing, 2nd ed.*, Al Bovik, ed. San Diego, CA: Elsevier, 2009, Ch. 19, pp. 495–524 (book chapter).

[2] Narendhran Vijayakumar, Lars Ewell, and Jeffrey J. Rodriguez, Baldassarre Stea, "Inferior Brain Lesions Monitored Using Diffusion Weighted Magnetic Resonance Imaging" (abstract), presented at the Sino-American Network for Therapeutic Radiology and Oncology (SANTRO) Symp., August 28-30, 2008, Beijing, China.

[3] Phillip A. Mlsna and Jeffrey J. Rodriguez, "Gradient and Laplacian Edge Detection," in *Handbook of Image and Video Processing, 2nd ed.*, Al Bovik, ed. San Diego, CA: Academic Press, 2005, Sect. 4.13, pp. 535–553 (book chapter).

[4] Cynthia M. Smith, Helen Y. S. Chen, Jeffrey J. Rodriguez, Jennifer K. Barton, Stuart K. Williams, and James B. Hoying, "Three Dimensional Analysis of Mural Cell Coverage in Microvascular Collagen Gels," *FASEB Journal* (Federation of American Societies for Experimental Biology), vol. 17, no. 4, supplement, p. 500 (abstract). Presented at Experimental Biology 2003, San Diego, CA, April 2003.

[5] Phillip A. Mlsna and Jeffrey J. Rodriguez, "Gradient and Laplacian-Type Edge Detection," in *Handbook of Image and Video Processing*, Al Bovik, ed. San Diego, CA: Academic Press, 2000, pp. 415–32 (book chapter).

[6] Jeffrey J. Rodriguez, David W. Galbraith, Bo Xia, Kusnadi, Timothy A. Yopp, Shiva Murthi, and Sundararajan Sankaranarayanan, "Digital Data Acquisition System for Flow Cytometric Analysis," in *Cytometry* (abstract). Presented at the XX Intl. Congress of the Intl. Society for Analytical Cytology (ISAC), May 20–25, 2000, Montpellier, France.

[7] Jeffrey J. Rodriguez and David W. Galbraith, "Digital Data Acquisition System for Flow Cytometry" (abstract), Ninth Cytometry Development Workshop (Asilomar, CA), Oct. 1999.

[8] Heidi Leising, Joseph M. Miller, John E. Greivenkamp, Kendel McCarley, Jeffrey J. Rodriguez, and David L. Guyton, "Quantification of the Brückner Test for Strabismus," *Investigative Ophthalmology & Visual Science*, vol. 35, no. 4, supplement, March 15, 1994, p. 2202 (abstract). Presented at the 1994 meeting of the Association for Research in Vision and Ophthalmology, Sarasota, FL.

[9] Nick A. Zilmer, Jeffrey J. Rodriguez, Timothy A. Yopp, Georgina M. Lambert, and David W. Galbraith, "Digital Flow Cytometry," *Cytometry*, Supplement 7, 1994 (abstract). Presented at the 1994 Intl. Congress of the Intl. Soc. for Analytical Cytology (ISAC).

[10] Jeffrey J. Rodriguez, "Vector-Based Techniques for Color Image Processing" (abstract), OSA Symp. on Multidimensional Image Processing (Toronto, Canada), Oct. 1993 (invited presentation).

[11] Jeffrey J. Rodriguez, *Terrain Matching Using Image Sequence Analysis.* Ph.D. dissertation, Dept. of Electrical Engineering, The University of Texas at Austin, 1990. Also available as pub. no. 90–31700, UMI Dissertation Services, Ann Arbor, MI.

[12] Jeffrey J. Rodriguez, *Adaptive Noise Reduction in Aircraft Communication Systems.* M.S. thesis, Dept. of Electrical Engineering, Massachusetts Institute of Technology, Cambridge, 1986. Also available as tech. report 756, M.I.T. Lincoln Laboratory, Lexington, MA, 1987.


## Keynote/Plenary Presentations

"Image Analysis Applications in Microscopy," Plenary Speaker, 2008 IEEE Southwest Symp. on Image Analysis and Interpretation, Santa Fe, New Mexico, March 26, 2008.

"Texture Analysis for Automated Classification of Digital Images," Keynote Speaker, Seventh IASTED Intl. Conf. on Signal and Image Processing, Honolulu, Hawaii, August 15, 2005.

## Other Presentations Without Proceedings

"Automated Detection and Segmentation of FISH Spots," Invited Speaker, 2011 Arizona Imaging and Microanalysis Society Annual Meeting, Tucson, Arizona, March 24, 2011.

"Digital Image Analysis and Image Database Applications," IBM UA Day, Oct. 2007.

"Color Image Enhancement and Coordinate Systems," IEEE Signal Processing Society Phoenix Chapter, May 1992 (invited presentation).

"Digital Image Processing," IEEE Intl. Performance, Computing, and Communications Conf., April 1992 (tutorial presentation).

"Color Image Enhancement Techniques," Dept. of Computer Science, University of California at Santa Barbara, April 1991 (invited presentation).

## Grants and Contracts

National Institutes of Health / National Cancer Institute, "Cancer Center Support Grant - CA023074," principal investigator (with D. S. Alberts and other principal investigators), July 2009-June 2014.

NSF I/UCRC Connection One, "Content-Adaptive Improved Error Concealment Method for H.264/AVC Encoded Video Streaming," principal investigator, Jan. 2008 – June 2008.

National Institutes of Health / National Institute of Biomedical Imaging and Bioengineering, "Graduate Training in Biomedical Imaging and Spectroscopy," Grant No. 5T32EB000809-05, participant (with A. Gmitro *et al.*), May 2003 – April 2008.

National Institutes of Health, "Advanced Intravital Microscope," participant (with U. Utzinger *et al.*), April 2007 – March 2008.

National Institutes of Health / National Cancer Institute, "Diagnosis of Ovarian Cancer by Confocal Microendoscopy," Grant No. 5R01CA115780-03, co-investigator (with A. F. Gmitro), July 2005 – June 2009.

National Science Foundation Industry/University Research Center (I/UCRC), "Connection One: Communication Circuits and Systems Center," Grant No. EEC-0333046, principal investigator, July 2003 – June 2008.

Texas Instruments, NSF I/UCRC Connection One Membership, Aug. 2005 – June 2008.

Analog Devices, NSF I/UCRC Connection One Membership, July 2003 – June 2008.

Raytheon, NSF I/UCRC Connection One Membership, July 2003 – June 2008.

BAE Systems, "Modeling and Simulation of MANET, IPv6 Interfaces and Optical Switching Architectures for Advanced Mobile Network-Centric Platforms," co-investigator (with K. M. McNeill), Oct. 2003 – Sept. 2007 (my involvement began July 2005).

NSF I/UCRC Connection One, "Integrated Management/Control Plane Architecture with VoIP Application," principal investigator, Aug. 2005 – Aug. 2006.

BAE Systems, NSF I/UCRC Connection One Membership, Jan. 2004 – June 2006.

Cisco Systems, NSF I/UCRC Connection One Membership, July 2003 – June 2006.

NSF I/UCRC Connection One, "Adaptive Voice Quality Enhancement Mechanisms for VoIP," co-investigator (with K. M. McNeill), Aug. 2004 – Aug. 2006.

NSF I/UCRC Connection One, "Integrated Management Control Plane Architecture for Heterogeneous Networks," co-investigator (with K. M. McNeill), Aug. 2003 – July 2005 (my involvement began July 2005).

State of Arizona Prop. 301 Information Technology Committee, "Connection One: Communication Circuits and Systems Center," principal investigator, July 2003 – June 2006.

National Science Foundation, "Planning Grant for NSF I/UCRC Connection One: Communication Circuits and Systems Center," Grant No. EEC-0245729, principal investigator, Feb. 2003 – Jan. 2004.

The University of Arizona Prop. 301 Small Grants Program in Imaging and Image Science, "Automated Analysis of Chromosome Images for Cytogenetic Applications," principal investigator, Jan.–Dec. 2002.

UA Office of the Dean of Students, "Student/Faculty Interaction Program," principal investigator (with J. D. Carothers), Aug. 2001 – Dec. 2002,

National Institutes of Health, "Wavelet Analysis of Flow Cytometric Information," co-investigator (with D. W. Galbraith), Sept. 1998 – Sept. 2001.

National Science Foundation, "Flow Cytometry: Digital Processing of Molecular Information," Grant No. BIR-9604929, co-investigator (with D. W. Galbraith), Feb. 1997 – Jan. 2001.

UA College of Engineering, Arizona Software Institute, "A Software Toolbox for Multimedia Indexing and Retrieval," principal investigator, July 1999 – Feb. 2000.

Hughes Missile Systems Company, "Signature Prediction of Targets Given 2–D Views," principal investigator, Nov. 1996 – June 1997.

National Science Foundation, "Flow Cytometry: Digital Processing of Molecular Information," Grant No. BIR-9513602, co-investigator (with D. W. Galbraith), March 1996 – Feb. 1997.

Hughes Missile Systems Company, "Reference Generation with Gray Shade Signature Overlay," principal investigator, Feb. 1996 – June 1997.

Motorola, Inc. (SSTG), "Telecommunications Analysis," co-investigator (with J. D. Carothers and I. Widjaja), Aug. 1996 – Dec. 1996.

Motorola, Inc. (GSTG), "Optimization for Data Visualization," co-investigator (with J. D. Carothers and I. Widjaja), Jan. 1996 – Dec. 1996.

Motorola, Inc. (GSTG), "Optimization for Data Visualization," co-investigator (with J. D. Carothers), Feb. 1995 – Jan. 1996.

National Science Foundation, "Flow Cytometry: Digital Processing of Molecular Information," Grant No. BIR-9116067, co-investigator (with D. W. Galbraith), July 1992 – Dec. 1995.

Motorola, Inc. (GSTG), "Optimization for Data Visualization," co-investigator (with J. D. Carothers and M. K. Liu), Jan. 1995 – Dec. 1995.

AT&T Foundation, "Digital Retrieval and Visualization of 3–D Magnetic Resonance Images," principal investigator, Oct. 1994 – Oct. 1995.

Hughes Missile Systems Company, "Reconstruction of 3–D Geometry of Objects from Limited Views," principal investigator, July 1994 – July 1995.

Texas Instruments, Inc., software donation, TMS320C30 C-compiler/assembler/linker package, April 1995.

Motorola, Inc. (GSTG), "Multidimensional Algorithms for Biomedical Image Analysis," principal investigator, May 1994 – Feb. 1995.

National Science Foundation, "Digital Image Archiving and Viewing Station," Grant No. CDA-9212524, co-investigator (with R. A. Schowengerdt and R. N. Strickland), Sept. 1992 – Aug. 1994.

University of Arizona, Office of Vice President for Research, "Coordinate Systems for Processing Digital Color Images," principal investigator, Jan. 1992 – Dec. 1992.

National Science Foundation, "Color Image Enhancement and Segmentation for Computer Vision," Grant No. IRI-9112350, principal investigator, July 1991 – Sept. 1992.

# EXHIBIT 2

**Jeffrey J. Rodriguez, Ph.D.**
**Materials Considered**

1.      Summary Judgment Order dated March 31, 2010 (Dkt. #211).

2.      Final Injunction dated August 30, 2010 (Dkt. #259).

3.      My Report Concerning Infringement dated April 17, 2009.

4.      Karbon Arms Marketing Presentation (undated).

5.      Email from George. DiScioscia to Alan L. Edington dated February 25, 2011.

6.      Excerpts from the Karbon Arms Website, http://www.karbonarms.com, from June 22,
        2011.

7.      Technical Specifications for the Karbon MPID with TruVu Color Camera.

8.      Transcript of the deposition of Thomas Saliga dated August 27, 2008.

9.      S-200 Basic Operator Certification Program Student Manual, STINGER000805-58.

10.     S-200 Owners Manual & Operating Instructions, STINGER000025-38.

11.     Excerpts from the Stinger Systems Website (Dkt. #186-2).

12.     U.S. Patent Application No. 11/746,952 (Ex. 29 to August 27, 2008 Saliga deposition).

13.     U.S. Patent No. 7,778,005 (issued August 17, 2010).

14.     The file history of U.S. Patent No. 7,778,005.

15.     S-200 Schematics, STINGER001384-88, 90, 91

16.     S-200 Device Master Records, STINGER001272-79.

17.     Karbon MPID serial no. S7033 (partially disassembled) and component parts.

18.     Karbon MPID serial no. S7148 (operational).

19.     S-200 serial no. S0752.

# EXHIBIT 3



**S-200 Serial No. S0752**



**Karbon MPID Serial No. S7148**