UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TASER International, Inc.<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>Stinger Systems, Inc.<br><br>　　　　　　　Defendant | Case No.: CV07-0042-PHX-MHM |

## AFFIDAVIT OF SERVICE

I, Robert DeLacy, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Taser's Motion to Re-Open Case and Memorandum in Support; [Proposed] Order Re-Opening Case; Taser's Motion for Contempt and Application for Order to Show Cause and Memorandum in Support; [Proposed] Contempt Order; [Proposed] Order to Show Cause and Order Requiring Production; Declaration of Counsel Chad S. Campbell in Support of Taser's Motion for Contempt and Application for Order to Show Cause with Exhibits; and Declaration of Jeffrey J. Rodriguez, Ph.D., in Support of Taser's Motion for Order to Show Cause

SERVE TO: Karbon Arms, Inc. c/o The Corporation Trust Company
SERVICE ADDRESS: The Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801

DATE SERVED: July 06, 2011    TIME SERVED: 10:30 AM

PERSON SERVED: Scott LaScala, Operations Manager, authorized to accept

Described herein:
Gender: Male    Race/Skin: White    Hair: Brown    Age: 35    Height: 6'0"    Weight: 230


I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-6-11
Executed on:

Robert DeLacy, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 11-060735                                                                                                              Client Reference: 57518-0006
**CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050**