1  Chad S. Campbell, Bar No. 012080
   CSCampbell@perkinscoie.com
2  John W. Rogers, Bar No. 006439
   JRogers@perkinscoie.com
3  Aaron Matz, Bar No. 024108
   AMatz@perkinscoie.com
4  PERKINS COIE LLP
   2901 North Central Avenue, Suite 2000
5  Phoenix, AZ 85012-2788
   Telephone: 602.351.8000
6  Facsimile: 602.648.7000

7  Holly L. Gibeaut, Bar No. 019786
   hgibeaut@taser.com
8  TASER International, Inc.
   17800 North 85th Street
9  Scottsdale, AZ 85255-9603
   Telephone: 480.502.6265
10 Facsimile: 480.991.0791

11 Attorneys for Plaintiff
   TASER International, Inc.
12

13                UNITED STATES DISTRICT COURT

14                     DISTRICT OF ARIZONA

15

16  TASER International, Inc.,                    No. CV07-0042-PHX-JAT

17              Plaintiff,
                                                  **CERTIFICATE OF SERVICE**
18        v.

19  Stinger Systems, Inc.,

20              Defendant.

21

22    I hereby certify that, pursuant to Fed. R. Civ. P. 5(b), I served copies of the letter
23 attached as Exhibit A and the documents listed below to be served on Bruce E. Samuels,
24 Esq., counsel of record for Karbon Arms, LLC and Robert Gruder, by causing copies of
25 those documents to be hand delivered to Mr. Samuels at Lewis & Roca LLP, 40 North
26 Central Avenue, 19th Floor, Phoenix, Arizona 85004-4426:

- TASER's Motion to Re-open Case and Memorandum in Support, Dkt. 261;

- TASER's Motion for Contempt and Application for Order to Show Cause and Memorandum in Support, Dkt. 262;

- Declaration of Counsel Chad S. Campbell in Support of TASER's Motion for Contempt and Application for Order to Show Cause, Dkt. 263; and

- Declaration of Jeffrey J. Rodriguez, Ph.D, in Support of TASER's Motion for Order to Show Cause, Dkt. 264.

Dated:  July 18, 2011  **PERKINS COIE LLP**

By:/s/ Aaron Matz
Chad S. Campbell, Bar No. 012080
CSCampbell@perkinscoie.com
John W. Rogers, Bar No. 006439
JRogers@perkinscoie.com
Aaron Matz, Bar No. 024108
AMatz@perkinscoie.com
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000

Holly L. Gibeaut, Bar No. 019786
hgibeaut@taser.com
TASER International, Inc.
17800 North 85th Street
Scottsdale, AZ  85255-9603

Attorneys for Plaintiff TASER International, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2011, I electronically transmitted the foregoing documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Chad S. Campbell:     cscampbell@perkinscoie.com

John W. Rogers:       jwrogers@perkinscoie.com

Aaron Matz:           amatz@perkinscoie.com

Holly L. Gibeaut:     hgibeaut@taser.com

Attorneys for Plaintiff

   —and—

Bruce E. Samuels:     BSamuels@LRLaw.com

Shane E. Olafson:     SOlafson@LRLaw.com

Attorneys for Karbon Arms, LLC and Robert Gruder


                                    By/s/ Indy Fitzgerald

LEGAL21343258.1

# Exhibit A



2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8000
FAX: 602.648.7000
www.perkinscoie.com

Aaron H. Matz
PHONE: (602) 351-8407
FAX:   (602) 648-7167
EMAIL: AMatz@perkinscoie.com

July 18, 2011

**BY HAND DELIVERY**

Bruce E. Samuels, Esq.
Lewis & Roca LLP
40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429

    Re:    TASER International v. Stinger Systems, Inc., CV07-0042-PHX-JAT

Dear Mr. Samuels:

We represent TASER International, Inc. in the above matter and noticed that you recently entered an appearance on behalf of Karbon Arms, LLC and Robert Gruder. Enclosed are copies of the motion for contempt and related papers that TASER filed on July 5, 2011. We trust that you will agree that this will constitute effective service of those papers on both Karbon Arms and Mr. Gruder.

                                                        Very truly yours,

                                                        Aaron H. Matz

AHM:if
Enclosures

LEGAL21341186.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

Perkins Coie LLP